# EXHIBIT 1



# Loan Agreement

City of Moscow                                                                 February 6, 2012

Mann Andrei Yurievich, a permanent resident of the USA, hereinafter the "Borrower", on the one hand, and

Dmitriev Petr Valentinovich, herein after the "Lender", together to be referred to as the

"Parties", have entered into this Agreement (hereinafter the "Agreement") at the premises of Limited Liability Company "S-info", located at: city of Moscow, 1905 year Street, building 10A, block 1, as follows:

### 1. SUBJECT OF THE AGREEMENT



1.1. The lender shall transfer into ownership the funds in the amount of USD 1,500,000

(one million five hundred) and the Borrower shall repay the received funds within the term, in a manner and upon other conditions, as defined in this Agreement.

All payments with respect to transfer and repayment of the funds upon this loan shall be made in USD.

1.2. The loan shall be provided on an interest-free basis.

1.4. All possible expenses and commissions, related to transfer/payment of the funds by the Lender to the Borrower, shall be covered by the Lender. All possible expenses and commissions, related to transfer/payment of the funds by the Borrower to the Lender, shall be covered by the Borrower.

### 2. RIGHTS AND OBLIGATIONS OF THE PARTIES

2.1. The Lender:

- shall transfer into ownership of the Borrower the funds, due to him under the terms

and conditions of this Agreement;

- shall have the right to provide loan amounts in separate installments;

- shall have the right to claim the repayment of provided loan within the period of time,

as defined in Section 1.2 of this Agreement, as well as in case of early termination of

this Agreement.

2.2. The Borrower:

I, Andrew Hryhorov, professional translator, hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true to the best of my knowledge. For and in collaboration with 001 Translation Inc, October 21, 2020.. Tel. (646) 503-1172.           Translation Reference # : 20-2110-01



- shall have the right to claim from the Lender the transfer of the funds in the amount, within the period of time and in a manner, as defined in this Agreement;

- shall repay the provided funds to the Lender within the period of time, as defined in this Agreement.

2.3. The Parties hereby agree that the Borrower shall provide 51 shares in the company "CALLISTO MEDIA CORPORATION", registered in the territory of the USA and being the sole founder of "PUBLISHING HOUSE "S-INFO" in the Russian Federation, as a security for the funds, specified in Section 1.1.

2.4. The Parties hereby agree that in accordance with this Agreement the Borrower shall have the right to prepay the borrowed funds to the Lender, including in parts (on a monthly, weekly basis and in another manner) without any additional notice to the Lender.

2.5. The repayment of the funds can be made by transferring of a corresponding amount (a part of the amount) to the Lender in cash or by transferring such funds to the bank account of the Lender, which details shall be specified by the Lender.

2.6. The loan shall be repaid, and the obligations shall be deemed as dully performed once the amount of the received loan shall be deposited (repaid) in full to the Lender no later than the date, as specified in Section 1.2 of the Agreement.

### 3. TERM OF THE AGREEMENT

3,1 . This Agreement shall enter into force upon its signature by the Parties and remain in force until repayment of the loan amount in full by the Borrower to the Lender.

3.2. Amendments and supplements to this Agreement shall be executed by addenda of the Parties in writing. Such addenda shall be an integral part of this Agreement upon their signature by the Parties or authorized persons of the Parties.

3.3. This Agreement is drafted in Russian, in 2 identical counterparts of equal legal force and each Party has one counterpart.

### 4. ADRESSES AND DETAILS OF THE PARTIES

4.1. The Borrower: Mann Andrey Yurievich, passport 45 05 160682, issued by the Passport Office No.1 OVD Krasnoselskiy Branch UVD TSAO on 18.04.2003 in the city of Moscow, code of subdivision 772-124, residing at: 314 Dartmouth Street, apartment C, Boston, USA, MA 02116, personal tax reference number 770803076025.

4.2. The Lender: Dmitriev Petr Valentinovich, passport 45 09 531935, issued by Begovoy



I, Andrew Hryhorov, professional translator, hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true to the best of my knowledge. For and in collaboration with 001 Translation Inc, October 21, 2020.. Tel. (646) 503-1172.   Translation Reference # : 20-2110-01

District Branch OUFMS Russia in the city of Moscow in SAO on 21.02.2008, code of subdivision 770-014, residing at: 15, Begovaya Street, apartment 8, the city of Moscow.





## 5. SIGNATURES OF THE PARTIES:

| THE BORROWER: | THE LENDER: |
|---|---|
| Signed   /Mann A.Yu./ | Signed   /Dmitriev P.V./ |

The Commonwealth of Massachusetts

On this 6th day of February 2012
Before me the undersigned notary public personally appeared
_____Signed_____

Proved to me through satisfactory evidence of identification which were Passport to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for the stated purpose

_____Signed_____
MICHAEL HELLMANN, Notary Public
My Commission Expires July 18 2014

Embossed notarial seal:

MICHAEL HELLMANN, NOTARY PUBLIC

The Commonwealth of Massachusetts

On this 6th day of February 2012
Before me the undersigned notary public personally appeared
_____Signed_____

Proved to me through satisfactory evidence of identification which were Passport to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for the stated purpose

_____Signed_____
MICHAEL HELLMANN, Notary Public
My Commission Expires July 18 2014

Embossed notarial seal:

MICHAEL HELLMANN, NOTARY PUBLIC



*I, Andrew Hryhorov, professional translator, hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true to the best of my knowledge. For and in collaboration with 001 Translation Inc, October 21, 2020.. Tel. (646) 503-1172.          Translation Reference # : 20-2110-01*

The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
This public document
2. has been signed by: Michael Hellman
3. acting in the capacity of: Notary Public
4. bears the seal/stamp of: Michael Hellman
whose commission expires on: July 18, 2014

Certified
5. at: Boston, Massachusetts     6. the: 14 February, 2012
7. by: the Secretary of the Commonwealth
8. No.: 1581581
9. Seal/stamp:                          *Great Seal of the Commonwealth*

10. Signature:

*William Francis Galvin*
*Secretary of the Commonwealth*

prepared by: jphelan

"B"."C"

# ДОГОВОР ЗАЙМА

г. Москва                                                                  06 февраля 2012г.

Маня Андрей Юрьевич, постоянно проживающий в США, именуемый в дальнейшем «Заемщик», с одной стороны, и

Дмитриев Петр Валентинович, именуемый в дальнейшем «Займодавец», а вместе именуемые в дальнейшем «Стороны», заключили настоящий Договор (далее по тексту «Договор») в помещении Общества с ограниченной ответственностью «С-инфо» по адресу: г.Москва, ул.1905 года, д.10А, стр.1 о нижеследующем:

## 1. ПРЕДМЕТ ДОГОВОРА

1.1. Займодавец обязуется передать в собственность Заемщика денежные средства в размере 1.500.000,00 (один миллион пятьсот тысяч) долларов США, а Заемщик обязуется возвратить полученную денежную сумму в срок, в порядке и на прочих условиях, предусмотренных настоящим Договором.

Все расчеты по выдаче и возврату денежных средств по настоящему займу производятся в долларах США.

1.2. Заем предоставляется на срок с 06 февраля 2012г. и по 06 февраля 2013г. (включительно).

1.3. Заем предоставляется на беспроцентной основе.

1.4. Все возможные расходы и комиссионные, связанные с передачей/перечислением денежных средств от Займодавца Заемщику, оплачиваются Займодавцем. Все банковские расходы и комиссионные, связанные с передачей/перечислением денежных средств от Заемщика Займодавцу, оплачиваются Заемщиком.

## 2. ПРАВА И ОБЯЗАННОСТИ СТОРОН

2.1. Займодавец:

- обязуется передать в собственность Заемщика денежные средства, причитающиеся ему в соответствии с условиями настоящего Договора;

- вправе осуществлять предоставление суммы займа несколькими отдельными платежами;

- вправе требовать от Заемщика возврата предоставленной суммы займа в срок, указанный в п.1.2. настоящего Договора, а также при досрочном расторжении настоящего Договора.

2.2. Заемщик:

- вправе требовать от Займодавца предоставления денежных средств в размере, в сроки и в порядке, предусмотренные настоящим Договором;

- обязуется возвратить Займодавцу предоставленную сумму займа в предусмотренный настоящим Договором срок.

2.3. Стороны пришли к соглашению, что в качестве обеспечения указанной в п.1.1. суммы Заемщик предоставляет 51 акцию компании "CALLISTO MEDIA CORPORATION", которая зарегистрирована на территории США, являющаяся на территории России единственным учредителем "ИЗДАТЕЛЬСКОГО ДОМА "С-ИНФО".

2.4. Стороны пришли к соглашению о том, что по настоящему Договору допускается досрочный возврат заемных денежных средств Заемщиком Займодавцу, в том числе по частям (ежемесячно, ежеквартально и в ином порядке), без какого-либо дополнительного уведомления Займодавца.

2.5. Возврат денежных средств может быть осуществлен путем передачи Займодавцу соответствующей суммы (части суммы) наличными денежными средствами либо путем перечисления таких денежных средств на банковский счет Займодавца по реквизитам, указанным Займодавцем.

2.6. Заем считается возвращенным, а обязательства Заемщика надлежаще исполненными при поступлении (возврате) суммы полученного займа в полном объеме Займодавцу не позднее даты, установленной п.1.2. Договора.

## 3. ДЕЙСТВИЕ ДОГОВОРА

3.1. Настоящий Договор вступает в силу с момента подписания его Сторонами и действует до момента возврата Займодавцу Заемщиком суммы займа в полном объеме.

3.2. Изменения и/или дополнения к настоящему Договору оформляются Дополнительными соглашениями Сторон в письменной форме. Такие Дополнительные соглашения являются неотъемлемой частью настоящего Договора при условии подписания их Сторонами или уполномоченными лицами Сторон.

3.3. Настоящий Договор составлен на русском языке, в двух идентичных экземплярах, имеющих равную юридическую силу, и находится в одном экземпляре у каждой из Сторон.

"B"-"Э"

## 4. АДРЕСА И РЕКВИЗИТЫ СТОРОН

4.1. Заемщик: МАНН АНДРЕЙ ЮРЬЕВИЧ, паспорт 45 05 160682 выдан паспортным столом №1 ОВД Красносельского района УВД ЦАО г.Москвы 18.04.2003г. (код подразделения 772-124), проживающий по адресу: 314 Dartmouth Street, Apt.C, Boston, USA, MA 02116, ИНН 770803076025.

4.2. Займодавец: ДМИТРИЕВ ПЕТР ВАЛЕНТИНОВИЧ, паспорт 45 09 531935 выдан отделением по району "Беговой" ОУФМС России по г.Москве в САО 21.02.2008г., код подразделения 770-014, проживающий по адресу: г.Москва, ул.Беговая, д.15, кв.8.

## 5. ПОДПИСИ СТОРОН:

ЗАЕМЩИК:                                             ЗАЙМОДАВЕЦ:

/Манн А.Ю./                                          /Дмитриев П.В./

The Commonwealth of Massachusetts                    The Commonwealth of Massachusetts
On this 6 day of February 20 12                      On this 6 day of February 20 12
before me, the undersigned notary public, personally appeared    before me, the undersigned notary public, personally appeared
_Andrey Mann_                                        _Petr Dmitriev_
proved to me through satisfactory evidence of identification, which were Passport    proved to me through satisfactory evidence of identification, which were Passport
to be the person whose name is signed on the preceding or attached document and    to be the person whose name is signed on the preceding or attached document and
acknowledged to me that he/she signed it voluntarily for its stated purpose.    acknowledged to me that he/she signed it voluntarily for its stated purpose.

MICHAEL HELLMAN, Notary Public                       MICHAEL HELLMAN, Notary Public
My Commission Expires July 18, 2014                  My Commission Expires July 18, 2014