# **EXHIBIT 2**




## Agreement 1

We, the undersigned, Mann A.Yu., Ladur D.A., together to be referred to as the "Parties", have entered into this Agreement as follows:

1. Credit relations of the Parties are the subject of this agreement.
2. As of September 12, 2008 the following credit relations were registered:

Ladur D.A. transferred funds to Mann A.Y. for operational management as a credit in the amount of 11 500 000 (eleven million five hundred thousand) rubles, at a rate of 25.8 rubles per 1 dollar, which amounts to 445, 418 U.S. dollars. This amount is considered to have been utilized for operational management since September 12, 2008.

Credit parameters:

1. The amount of credit is 445,418 USD
2. Interest rate is 13% per annum
3. The credit term is two years.
4. Other: the credit term may not be interrupted prematurely, otherwise all interest paid shall be returned.

_____  Mann Andrei Yurievich  Signed  _____

_____  Ladur Daria Anatolievna  Signed  _____



I, Andrew Hryhorov, professional translator, hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true to the best of my knowledge. For and in collaboration with 001 Translation Inc, October 21, 2020. Tel. (646) 503-1172.
Translation Reference # : 20-2110-01

# Соглашение 1

Мы, нижеподписавшиеся, Манн А.Ю., Ладур Д.А., вместе именуемые «Стороны», заключили соглашение о нижеследующем:

1. Предметом данного соглашения являются кредитные взаимоотношения Сторон.
2. На 12 сентября 2008 года зафиксированы следующие кредитные взаимоотношения:

Ладур Д.А. передала Манну А.Ю. в оперативное управление денежные средства в виде кредита в сумме 11 500 000 (одиннадцать миллионов пятьсот тысяч) рублей, по курсу 25,8 р. за 1 доллар США, что составляет 445,418 долларов США. Данная сумма считается взятой в оперативное управление с 12 сентября 2008 года.

Параметры кредита:
1. Сумма кредита 445,418 долларов США
2. Процентная ставка 13% годовых
3. Срок кредита два года
4. Прочее: кредит не может быть прерван раньше срока, в противном случае все выплаченные проценты возвращаются.

_Манн Андрей Юрьевич_ [подпись]

_Ладур Дарья Анатольевна_ [подпись]

г. Москва
12 сентября 2008 года