# EXHIBIT 3

## PROMISSORY NOTE

$371,823.00                                                                                           Date: September 15, 2006

For value received, the undersigned Lake Louise Revocable Trust II (the "Promisor") promises to pay to the order of Joussoup Osmanov of 03170 calle Cordoba 10, Rojales. Alicante, Spain, (or at such other place as the Payee may designate in writing) the sum of **$371,823.00** with interest from February 2010, on the unpaid principal at the rate of **8.5 (eight and a half)** percent annually.

The unpaid principal and accrued interest shall be payable monthly or bi-monthly in the amount of **$5,004.21** or **$10,008.42** subsequently in Euro directly to the account of Joussoup Osmanov of 03170 calle Cordoba 10, Rojales. Alicante, Spain, (or at such other place as the Payee may designate in writing). The unpaid principal and accrued interest shall be paid off on August 2018 (the "Due Date"). All payments on this Note shall be applied first in payment of accrued interest and any remainder in payment of principal.

The Promisor reserves the right to prepay this Note (in whole or in part) prior to the Due Date with no prepayment penalty.

If any of the following events of default occur, this Note and any other obligations of the Promisor to the Payee, shall become due immediately, without demand or notice:

**1) the failure of the Promisor to pay the principal and any accrued interest in full on or before the Due Date;**

**2) the death of the Promisor(s) or Payee(s);**

**3) the filing of bankruptcy proceedings involving the Promisor as a Debtor;**

**4) the application for appointment of a receiver for the Promisor;**

**5) the making of a general assignment for the benefit of the Promisor's creditors;**

**6) the insolvency of the Promisor; or**

**7) the misrepresentation by the Promisor to the Payee for the purpose of obtaining or extending credit.**

If any one or more of the provisions of this Note are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operative.

All payments of principal and interest on this Note shall be paid in the legal currency of the United States converted to Euro. Promisor waives presentment for payment, protest, and notice of protest and nonpayment of this Note.

No renewal or extension of this Note, delay in enforcing any right of the Payee under this Note, or assignment by Payee of this Note shall affect the liability of the Promisor. All rights of the Payee under this Note are cumulative and may be exercised concurrently or consecutively at the Payee's option.

This Note shall be construed in accordance with the laws of the State of Massachusetts.

Signed this ___15___ day of _September_, 2006

For Lake Louise Revocable Trust II

*[signature]*

Michael Hellman
Trustee

This Summary is not an official part of your document. It contains highlights of the important information that has been entered into the document.

## SUMMARY
## of the
## PROMISSORY NOTE

DATE OF NOTE
  September 15, 2006
AMOUNT OF NOTE
  371,823.00
INTEREST
  RATE
  8.5%

PAYMENT FREQUENCY
  Monthly of bi-monthly

PROMISOR(S)
  Lake Louise Revocable Trust II

PAYEE(S)
  Joussoup Osmanov

PREPAYMENT     section included.

EVENTS OF DEFAULT   section included.