# **EXHIBIT 4**



## Summary of Loans Mann A.Yu. – Osmanov Yu.M.
## as of July 01, 2018
### (taking into account interests for April, May, June 2018)

| Equivalent in currency | | | TOTAL | Rate per annum | Note | Date |
|---|---|---|---|---|---|---|
| **WHO** | **EUR** | **USD** | **RUB** | From 01.04.2018 | | |
| | 367,500 | 6,924,866 | 461,428,415 | | | |
| OSMANOV Yu.M. | 367,500 | | 26,823,825 | 15 % | Exchange rate: 1 EUR = 72.99 RUB | 01.07.18 |
| OSMANOV Yu.M. (Mirchi) | | 691,978 | 43,428,539 | 15 % | Exchange rate: 1 $ = 62.76 RUB | 01.07.18 |
| OSMANOV Yu.M. | | 2,499,901 | 503,221,787 | 15 % | | 01.07.18 |
| OSMANOV Yu.M. | | 3,782,987 | 237,420,264 | 15 % | | 01.07.18 |

I, Mann Andrei Yurievich, hereby confirm that the above amounts have been received by me from Osmanov Y.M. for personal needs. The total value of loans taken and received by me is the ruble equivalent of 367,500 (three hundred sixty-seven thousand five hundred) euros, and 6,929,683 (six million nine hundred twenty-four thousand eight hundred sixty-six) US dollars as of July 1, 2018. (rates of the Central Bank of the Russian Federation as of 01.07.18: 1 EUR = 72.99 RUB; 1 USD = 62.76 RUB), which amounts to 461,428,415 (four hundred sixty-one million four hundred twenty-eight thousand four hundred and fifteen) rubles.

I confirm _____ Signed _____ Mann Andrei Yurievich



*I, Andrew Hryhorov, professional translator, hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true to the best of my knowledge. For and in collaboration with 001 Translation Inc, October 21, 2020.. Tel. (646) 503-1172.*
*Translation Reference # : 20-2110-01*

| Сводка займов Манн А.Ю.- Османов Ю.М. по состоянию на 01 июля 2018 года (с учетом процентов за апрель, май, июнь 2018 года) ||||||||
|---|---|---|---|---|---|---|---|
| эквивалент || в валюте || ВСЕГО | годовая ставка | примечания | Дата |
| КТО | ЕВРО | ДОЛЛАРЫ || рубли | с 01.04.18 || |
|  | 367 500 | 6 924 866 || 461 428 415 |  |  |  |
| ОСМАНОВ Ю.М. | 367 500 |  || 26 823 825 | 15% | курс 1 евро= 72,99 руб. | 01.07.18 |
| ОСМАНОВ Ю.М. (Мичри) |  | 691 978 || 43 428 539 | 15% | курс 1 $ = 62,76 руб. | 01.07.18 |
| ОСМАНОВ Ю.М. |  | 2 449 901 || 153 755 787 | 15% |  | 01.07.18 |
| ОСМАНОВ Ю.М. |  | 3 782 987 || 237 420 264 | 15% |  | 01.07.18 |

Я, Манн Андрей Юрьевич, настоящим подтверждаю, что указанные выше суммы получены мною от Османова Ю.М. для личных нужд. Общая стоимость взятых и полученных мною займов составляет рублевый эквивалент 367 500 (триста шестьдесят семь тысяч пятьсот) евро, и 6 929 683 (шесть миллионов девятьсот двадцать четыре тысячи восемьсот шестьдесят шесть) долларов США по состоянию на 01 июля 2018 года. (курсы ЦБ РФ на 01.07.18 г. 1 евро= 72,99 руб.; 1 доллар США = 62,76 руб.) что составляет 461 428 415 (четыреста шестьдесят один миллион четыреста двадцать восемь тысяч четыреста пятнадцать) рублей

ПОДТВЕРЖДАЮ _____