# EXHIBIT 5

# ГАРАНТИЙНОЕ ОБЯЗАТЕЛЬСТВО

г.Москва                                                               «_11_» _окт__ 2017 года

Я, Манн Андрей Юрьевич, *паспорт серия 45 05 № 160682 выдан паспортным столом №1 ОВД Красносельского района УВД ЦАО г. Москвы 18.04.2003г.( код подразделения 772-124)*, зарегистрирован по адресу: г.Москва, ул.Маршала Бирюзова д.32,к.1, кв71, проживающий постоянно в США по адресу : 314 Dartmouth st., apt C, Boston, USA, MA, 02116, составил настоящее Гарантийное обязательство о нижеследующем:

1. Подтверждаю, что между мной и Рязановым Юрием Юрьевичем, *паспорт серия 4511 № 074675 выдан отделением УФМС России по гор. Москве по району мещанский 16.02.2011 ( код подразделения 770-007)* , зарегистрирован по адресу: г. Москва ул. Гиляровского д. 50 кв. 68, заключен Договор займа денежных средств от 9 апреля 2009 года (далее - Договор 1) и Дополнительное соглашение к нему от 10 марта 2016 года (далее - Дополнительное соглашение 1). Денежные средства по Договору 1 получены мною в полном объеме.

В соответствии с Дополнительным соглашением 1 задолженность по Договору 1 составляет 3 467 938 (три миллиона четыреста шестьдесят семь тысяч девятьсот тридцать восемь) долларов США.

Подтверждаю, что в соответствии с п.3 Дополнительного соглашения 1 я обязался вернуть сумму займа по Договору 1 в срок до 30 июня 2016 года. В случае невозврата указанного займа, в соответствии с условиями Договора 1, я обязуюсь уплатить неустойку в размере 0,02% от суммы займа за каждый день просрочки, но не более 4% от общей суммы займа.

2. Подтверждаю, что между мной и Рязановым Юрием Юрьевичем *паспорт серия 4511 № 074675 выдан отделением УФМС России по гор. Москве по району мещанский 16.02.2011 ( код подразделения 770-007)* , зарегистрирован по адресу: г. Москва ул. Гиляровского д. 50 кв. 68 заключен Договор займа денежных средств от 9 апреля 2009 года (далее - Договор 2) и Дополнительное соглашение к нему от 10 марта 2016 года (далее - Дополнительное соглашение 2) . Денежные средства по Договору 2 получены мною в полном объеме.

В соответствии Дополнительным соглашением 2 задолженность по Договору 2 составляет 2 498 390 (два миллиона четыреста девяноста восемь тысяч триста девяносто) евро.

Подтверждаю, что в соответствии с п.2 Дополнительного соглашения 2 я обязался вернуть сумму займа по Договору 2 в срок до 31 декабря 2016 года. В случае невозврата указанного займа, в соответствии с условиями Договора 2, я обязуюсь уплатить неустойку в размере 0,02% от суммы займа за каждый день просрочки, но не более 4% от общей суммы займа.

3. Исходя из положений п. 1, 2 настоящего Гарантийного обязательства подтверждаю, что на «_11_» _окт__ 2017 г. моя задолженность перед Рязановым Юрием Юрьевичем по Договору 1 и Договору 2 составляет:

- По Договору 1:

3 771 729 (три миллиона семьсот семьдесят одна тысяча семьсот двадцать девять) долларов = 693,58 (0,02% в день) x 438 (кол-во просроченных дней) + 3 467 938 (сумма займа).

- По Договору 2:

2 630 304 (два миллиона шестьсот тридцать тысяч триста четыре) евро = 499,67 (0,02% в день) x 264 (кол-во дней) + 2 498 390 (сумма займа).

4. Подтверждаю получение от Рязанова Ю.Ю. уведомления о возврате суммы займа по Договору 1 и Договору 2.

5. Обязуюсь сумму задолженности по Договору 1 и Договору 2, указанную в п. 3 настоящего Гарантийного обязательства, вернуть в срок не позднее «__» _____ 201_ г. полностью в рублевом эквиваленте по курсу ЦБ РФ на день возврата. В случае

подписания графика платежей между сторонами Договора 1 и Договора 2, сумма займа может быть возвращена частями.

6. Обязуюсь по требованию Рязанова Ю.Ю. предоставить сведения о принадлежащем мне имуществе для заключения договора залога для обеспечения возврата долга по Договору 1 и Договору 2.

7. Подтверждаю, что для целей любой переписки в рамках исполнения Договора 1 и Договора 2 будет использован адрес моей регистрации, а именно: г. Москва, ул. Маршала Бирюзова д.32, к.1, кв71, либо электронный адрес_____.

8. Настоящее Гарантийное обязательство вступает в силу с момента его подписания.

«11» октября 2017 года

_____ /Манн А.Ю./

**CERTIFIED TRANSLATION**

## WARRANTY STATEMENT

Moscow, October 11, 2017

I, Andrey Yuryevich Mann passport series 4505 No. 160682 issued by passport office No. 1 of the Internal Affairs Directorate of the Central Administrative District of the Krasnoselsky District of the Internal Affairs Directorate of the Central Administrative District of Moscow on April 18, 2003 (subdivision code 772-124) registered at the city of Moscow, Marshal Biryuzov str., House 32, building 1, apartment 71 residing permanently in the United States at the address: 314 Dartmouth St., Apartment C, Boston, USA, MA 02116, has drawn up this Warranty Statement as follows:

1. I confirm that between me and Ryazanov Yury Yuryevich passport series 4511 No. 074675 issued by the department of the Federal Migration Service of Russia in Moscow in the Meshchansky district on February 16, 2011 (subdivision code 770 - 007) who is registered at the address: Moscow, Gilyarovskiy street, 50, apartment 68 a cash loan agreement is made dated April 9, 2009 (hereinafter Agreement 1) and an additional agreement to it dated March 10, 2016 (hereinafter additional agreement 1). I received the funds under Agreement 1 in full.

In accordance with Supplementary Agreement 1, the debt under Agreement 1 is 3,467,938 (three million four hundred sixty-seven thousand nine hundred thirty-eight) US dollars.

I confirm that in accordance with clause 3 of Supplementary Agreement 1, I have undertaken to return the loan amount under Agreement 1 by June 30, 2016. In case of non-repayment of the specified loan, in accordance with the terms of Agreement 1, I undertake to pay a penalty in the amount of 0.02 % of the loan amount for each day of delay, but not more than 4% of the total loan amount.

2. I confirm that between me and Ryazanov Yuri Yuryevich passport series 4511 No. 074675 issued by the department of the Federal Migration Service of Russia in Moscow in the Meshchansky district on February 16, 2011 (subdivision code 770 - 007), who is registered at the address: Moscow, Gilyarovskiy street, 50, apartment 68 a cash loan agreement is made dated April 9, 2009 (hereinafter Agreement 2) and an additional agreement to it dated March 10, 2016 (hereinafter additional agreement 2). I received the funds under Agreement 1 in full.

In accordance with Additional Agreement 2, the debt under Agreement 2 is 2,498,390 (two million four hundred ninety-eight thousand three hundred ninety) Euros.

I confirm that in accordance with clause 2 of Additional Agreement 2, I have undertaken to repay the loan amount under Agreement 2 by December 31, 2016. In case of non-repayment of the specified loan in accordance with the terms of Agreement 2, I undertake to pay a penalty in the amount of 0.02 % of the loan amount for each day of delay, but not more than 4% of the total loan amount.

3. Based on the provisions of paragraph 1 and 2 of this Warranty, I confirm that on October 11, 2017. / Signed / my debt to Ryazanov Yuri Yuryevich under Agreement 1 and Agreement 2 is:

• Under Agreement 1:

**3,771,729** (three million seven hundred seventy-one thousand seven hundred twenty-nine) dollars = 693.58 (0.02% per day) x 438 (number of overdue days) +3 467 938 (loan amount)

• Under Agreement 2:

**2,630,304** (two million six hundred thirty thousand three hundred and four) Euros = 499.67 (0.02% per day) x 264 (number of days) + 2,498,390 (loan amount).

4. I acknowledge receipt from Yu.Yu. Ryazanov. notification of the return of the loan amount under Agreement 1 and Agreement 2.

5. I undertake to return the amount of debt under Agreement 1 and Agreement 2 specified in clause three of this Warranty Statement no later than December 31, 2017 fully in rubles at the rate of the Central Bank of the Russian Federation on the day of return. In case

---

*I, Tanya Smith, professional MCIL translator (member number 30765), hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true and correct to the best of my knowledge.*
*For and in collaboration with 001 Translation Inc, 27th October 2020.*
*Translation Reference # 20-1027-01*



of signing of the payment schedule between the parties to Agreement 1 Agreement 2 The loan amount can be returned in parts.

6. I undertake at the request of Ryazanov Yu.Yu. provide information about property belonging to me to conclude a Pledge Agreement to ensure the repayment of debt under Agreement 1 and Agreement 2.

7. I confirm that for the purposes of any correspondence within the framework of the execution of Agreement 1 and Agreement 2, the address of my registration will be used, namely the city of Moscow, Marshal Biryuzov street, House 32, building 1, apartment 71 or email address _____

8. This Warranty Statement comes into force from the moment of its signing.

October 11, 2017

/Signed / Mann Andrey Yuryevich

---

*I, Tanya Smith, professional MCIL translator (member number 30765), hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true and correct to the best of my knowledge.*
*For and in collaboration with 001 Translation Inc, 27th October 2020.*
*Translation Reference # 20-1027-02*

