# **EXHIBIT 6**

 

## Acquittance

I, Mann Andrey Yurievich registered at the address: Moscow, Biriuzov Str., h. 32, bldg. 1, apt. 71, passport 45 05 No. 160682, issued on April 18, 2003 by the OVD of Krasnoselskiy Passport Office No. UVD TSAO in the city of Moscow, received a loan of 150,000 U.S. dollars (one hundred and fifty thousand) from O.V. Semenets, which I undertake to return to him by July 1, 2018.

05.03.2018

Signed



*I, Andrew Hryhorov, professional translator, hereby certify that I have translated this document into English from the original source document in Russian, and that this translation is true to the best of my knowledge. For and in collaboration with 001 Translation Inc, October 21, 2020.. Tel. (646) 503-1172.*
*Translation Reference # : 20-2110-01*

Расписка.

Я, Манн Влад[?] Юрьевич, зарегистрированный по адресу Москва, ул. Б-Дорожная, д. 32, корп. 1, кв. [?]1, паспорт серия 4505, №160682, дата выдачи 18 апреля 2003 г., выданный ОВД Красносельского ТС № УВД САО г. Москвы, взял в долг от Семенова О.В. 150,000 долларов (сто пятьдесят тысяч) США, которые обязуюсь ему вернуть в срок до июня 2018 года.

05 03 2018

[подпись]