UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>  Plaintiffs<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>  Defendants | CIVIL ACTION NO.  4:21-CV-40068 |

## NOTICE OF APPEARANCE

Please enter my appearance for the plaintiffs.

                PETR DMITRIEV, DARIA LATOUR,
                YUSUP OSMANOV, YURI RYAZANOV,
                ARSENIY SHCHEPIN, GEORGY
                SHCHEPIN, and OLEG SEMENETS,

                By their attorneys,

                _/s/ Kenneth C. Pickering_

                Kenneth C. Pickering, BBO #634121
                Lauren E. Sparks, BBO #693935
                Mirick, O'Connell, DeMallie & Lougee, LLP
                100 Front Street
                Worcester, MA 01608-1477
                Phone: (508) 791-8500
                Fax: (508) 791-8502
                kpickering@mirickoconnell.com
Dated: June 25, 2021         lsparks@mirickoconnell.com