UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS
          Plaintiffs,

v.

ANDREI MANN and MICHAEL HELLMAN,
          Defendant.

Case No. 1:21-cv-40068-NMG

## NOTICE OF APPEARANCE

Please enter the appearance of Sean T. Carnathan of O'Connor, Carnathan & Mack, LLC as counsel of record for Defendant, Michael Hellman, in the above captioned matter.

Respectfully Submitted,

*/s/ Sean T. Carnathan*
Sean T. Carnathan, BBO No. 636889
*scarnathan@ocmlaw.net*
**O'Connor, Carnathan and Mack LLC**
67 South Bedford Street, Suite 400W
Burlington, Massachusetts 01803
T: (781) 359-9000

Dated: July 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's ECF MA E-file system, and that it will be sent electronically to the registered participants listed to receive electronic filings in this case on July 19, 2021.

*/s/ Sean T. Carnathan*
Sean T. Carnathan