IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068=NMG<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ANDREI MANN** |

PLEASE TAKE NOTICE that the undersigned enters his appearance in the present action on behalf of Defendant ANDREI MANN. Please direct all correspondence and communications concerning said Defendant as follows:

George Lambert, Esq.

MA bar # 568769; D.C. bar #979327

The Lambert Law Firm

100 Cambridge St., 14th Fl., Boston, MA 02114,

1025 Connecticut Ave., #1000 NW, Washington, D.C., 20036

Tel. (617) 925 7500; (202) 640 1897, Fax (800) 952 1950

Email: Lawoffice2279@gmail.com

Dated: August 3, 2021.    Respectfully submitted,

_____/George Lambert/
George Lambert, Esq.
MA bar # 568769; D.C. bar #979327
The Lambert Law Firm

1

100 Cambridge St., 14th Fl.,  
Boston, MA 02114  
1025 Connecticut Ave., #1000 NW  
Washington, D.C., 20036  
Tel. (617) 925 7500; (202) 640 1897, Fax (800) 952 1950  
Email: Lawoffice2279@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this August 3, 2021, the foregoing Notice of Appearance was served on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: August 3, 2021

/George Lambert/
_____
George Lambert