UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS
          Plaintiffs,

v.

ANDREI MANN and MICHAEL HELLMAN,
          Defendants.

Case No. 1:21-cv-40068-NMG

### DEFENDANT MICHAEL HELLMAN's MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(6), Defendant, Michael Hellman respectfully moves to dismiss all claims asserted against him.

Plaintiffs allege that Defendant Andrei Mann borrowed millions of dollars from them "under false pretenses with no intent to repay the plaintiffs" and that Mr. Hellman gave Mr. Mann "support and assistance." Complaint, Introduction. Mr. Mann was a highly successfully publisher and business person who, years after taking out the loans in question, suffered financial reversals that led to default. See Complaint ¶¶ 12-14 (Mann was prominent and successful, from respected family and moved in wealthiest circles), 16 (took a decade for plaintiffs to "discover" Mann was not as successful as claimed). By the Plaintiffs' own allegations, Mann persuaded them to loan him the money at issue "[t]hrough his professional reputation." Id. ¶ 15.

Only three of the plaintiffs – Petr Dmitriev, Arseniy Shchepin and Georg Shchepin – actually assert claims against Mr. Hellman, and those claims are highly duplicative assertions of a purported conspiracy with Mr. Mann to defraud them. See Complaint, Counts III, XI, XVI-XIX. Plaintiffs fail to allege any plausible claim against Mr. Hellman. Nowhere in the

Complaint do the plaintiffs provide any allegation resembling the sort of specific allegations of fraud necessary to support their claims against Mr. Hellman. Fed. R. Civ. P. 9(b).

The Court should dismiss all claims against Mr. Hellman contained in the Complaint.

                                        Respectfully Submitted,

                                        */s/ Sean T. Carnathan*
                                        Sean T. Carnathan, BBO No. 636889
                                        scarnathan@ocmlaw.net
                                        **O'Connor, Carnathan and Mack LLC**
                                        67 South Bedford Street, Suite 400W
                                        Burlington, Massachusetts 01803
Dated:  August 19, 2021              T: (781) 359-9000

## CERTIFICATE OF SERVICE

    I hereby certify that I filed this document through the Court's ECF MA E-file system, and that it will be sent electronically to the registered participants listed to receive electronic filings in this case on August 19, 2021.

                                        */s/ Sean T. Carnathan*
                                        Sean T. Carnathan