IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068=NMG<br><br>**NOTICE**<br>**BY DEFENDANT ANDREI MANN OF**<br>**MOTION TO DISMISS THE COMPLAINT** |

Defendant ANDREI MANN respectfully provides to all Plaintiffs and the co-defendant MICHAEL HELLMAN the present NOTICE OF MOTION to dismiss the plaintiffs' Complaint, dated June 22, 2021, based on F.R.Civ.P. Rules 9, 12 and other law.  The Motion is supported by the companion Memorandum of Points and Authorities and the Declaration of the Movant, being filed on the same day.

As an alternative or additional relief, Defendant ANDREI MANN incorporates by reference his other requests outlined in his Memorandum, for alternative or related forms of relief, namely to order a joinder indispensable corporate parties under F.R.Civ.P. Rule 19; for severance of the unrelated claims, such as stated in the Complaint, under F.R.Civ.P. Rule 21; as well as a relief for a more definite statement under F.R.Civ.P. Rule 12(e).

Dated: August 19, 2021.

1

Respectfully submitted,

_____*/George Lambert/*
George Lambert, Esq.
MA bar # 568769; D.C. bar #979327
The Lambert Law Firm
100 Cambridge St., 14th Fl.,
Boston, MA 02114
1025 Connecticut Ave., #1000 NW
Washington, D.C., 20036
Tel. (617) 925 7500; (202) 640 1897, Fax (800) 952 1950
Email: Lawoffice2279@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this August 19, 2021, the foregoing Declaration was served on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: August 19, 2021

*/George Lambert/*
_____
George Lambert