## LIST OF EXHIBITS TO DECLARATION OF ANDREI MANN

| EXHIBIT NO. | DESCRIPTION OF DOCUMENT | DATE when relevant |
|---|---|---|
| 1 | Court Decision in Moscow | July 25, 2019 |
| 2 | Court Decision in Moscow | November 8, 2019 |
| 3 | Court Decision in Moscow | January 17, 2020 |
| 4 | Court Decision in Moscow | January 29, 2020 |
| 5 | Court Decision in Moscow | March 16, 2020 |
| 6 | Court Decision in Moscow | September 1, 2020 |
| 7 | Court Decision in Moscow | January 22, 2021 |
| 8 | Court Decision in Moscow | May 14, 2021 |
| 9 | Public records on S-Info LLC (Massachusetts Secretary of State) | |
| 10 | Public records on OOO S-Info (Moscow) | |
| 11 | Public records on Callisto Media Group LLC (Massachusetts) and Publishing House S-Info (Moscow) | |
| 12 | Public records on First Crandull Construction, Inc. (Massachusetts) and its registration in Moscow, Russia | |
| 13 | Proof of payment by A. Mann of 30 million rubles to S-Info | |
| 14 | Receipts proving payments, OOO Moda Alliance, Moscow | |

# EXHIBIT 1




# ARBITRATION COURT OF THE CITY OF MOSCOW

17, Bolshaya Tulskaya str., Moscow, 115191
http://www.msk.arbitr.ru
Phone: 600-99-26

**R U L I N G**

Moscow  Case No. A40-291728/18-101-368F
July 25, 2019

The Arbitration court comprised of:

Judge I.A. Belova, with the clerk of the court G.S. Nechaev preparing the court record,

having examined during an open hearing under the case of adjudication of insolvency (bankruptcy) of Mr. Andrei Yurievich Mann (DOB: December 21, 1957, Tax ID: 770803076025, address: 32/1 Marshala Biryuzova Str., # 71, Moscow) the request by S.M. Guseinov, L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman, and Yu.Yu. Ryazanov, with appearances as noted in the court hearing minutes,

**DETERMINED**: The court ruling of March 20, 2019, in regards to Andrei Yurievich Mann (DOB: December 21, 1957, Tax ID: 770803076025, address: 32/1 Marshala Biryuzova Str., # 71, Moscow), put in place the debt restructuring procedure, appointed Sergei Aleksandrovich Mukha (Tax ID: 231399408664, mailing address: P.O. Box 4801, Krasnodar, 350063) as the financial manager. This notification was published in the *Kommersant* paper on March 30, 2019.

The court session examined the request by S.M. Guseinov, L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman, and Yu.Yu. Ryazanov on including the debtor's debt into the creditors' claims register.

The debtor, the financial manager did not appear in court, they had been summoned in accordance with Articles 121 and 123 of the Arbitration Procedure Code of the Russian Federation. The case hearing was held in accordance with Article 156 of the Arbitration Procedure Code of the Russian Federation.

S.M. Guseinov, a creditor's representative, stated the waiver of the requirement to include the debt into the debtor's claims register.

The creditors' representative provided clarifications on the claims in regards to D.A. Latur, L.A. Vinogradova, V.A. Solntseva, I.A. Sazonov, G.M. Kiselman.

The representative of creditors Yu.M. Osmanov and Yu.Yu. Ryazanov made a motion to postpone the court session for the purpose of clarifying of the debt calculation.

The representative of CB Ergobank, LLC attached written objections, left granting S.M. Guseinov's request on the waiver of the requirement to include the debt into the debtor's claims register to the court discretion, and supported the motion to postpone the court session.

The court, having heard the individuals participating in the case, has arrived at the following conclusions.

Pursuant to Article 223 of the Arbitration Procedure Code of the Russian Federation, cases on insolvency (bankruptcy) are considered by an arbitration court in accordance with the

rules stipulated in the Arbitration Procedure Code of the Russian Federation with details identified by the Federal law regulating delinquency (bankruptcy) issues.

In accordance with Part 1 of Article 49 of the Arbitration Procedure Code of the Russian Federation, the plaintiff has the right, with the case being considered at an arbitration court of first instance prior to the performance of the judicial act that ends the consideration of the case on the merits, to change the basis or subject of the claim, increase or decrease the amount of the requested claims.

Pursuant to Part 2 of Article 49 of the Arbitration Procedure Code of the Russian Federation, the plaintiff has the right, prior to the performance of the judicial act that ends the consideration of the case on the merits at an arbitration court of first instance or at an arbitration court of appeal, to relinquish the claim in whole or in part.

The court, having verified that the stated waiver of part of the claims does not contradict the law and does not violate the rights of other individuals, accept S.M. Guseinov's waiver of the claims against the debtor by virtue of Part 2 of Article 49 of the Arbitration Procedure Code of the Russian Federation.

In accordance with Paragraph 4 of Part 1 of Article 150 of the Arbitration Procedure Code of the Russian Federation, an arbitration court terminates the proceedings on the case if the plaintiff relinquishes the claim and the arbitration court accepts this relinquishment.

The court, having heard the opinions of the individuals participating in the case and having reviewed the written materials of the case, came to the conclusion that it would not be possible to consider the claims of S.M. Guseinov, L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman, Yu.Yu. Ryazanov during this court session, due to which it will have to be postponed in accordance with Part 5 of Article 158 of the Arbitration Procedure Code of the Russian Federation.

In view of the foregoing, in accordance with Articles 32, 60, 100, and 213.24 of the Federal Law: On Insolvency (Bankruptcy), Articles 18, 158, 159, 184-185, and 223 of the Arbitration Procedural Code of the Russian Federation, the court

**R U L E D:**

Accept S.M. Guseinov's waiver of the requirement to include the debt into the debtor's creditors' claims register.

Terminate the proceedings on Suleiman Magomedovich Guseinov's claim against Andrei Yurievich Mann.

This Ruling in this part may be appealed within ten days to the Ninth Arbitration Court of Appeal.

The motion on postponement of the court session – to sustain.

Reschedule the court session to consider the claim of L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman, Yu.Yu. Ryazanov to September 17, 2019, at 3:30 pm at the court location at the address: 17, Bolshaya Tulskaya str., Room 8063, 8th Floor, Moscow.

To Yu.M. Osmanov and Yu.Yu. Ryazanov - provide the debt calculations in rubles at the exchange rate of the Russian Federation Central Bank on the date of introduction of the debt restructuring procedure.

To the Creditors - provide the documents established by Paragraph 26 of Order No. 35 of the Plenum of the Higher Arbitration Court of the Russian Federation.

To the Debtor – provide evidence of expenditure of funds received under the loan agreements, appearance.

To the financial manager – appearance, provide a review or objections.

**Judge**                                                                                                                                **I.A. Belova**

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Court Ruling of July 25, 2019 in the Russian language is true and correct, to the best of my knowledge.   Made in Washington, D.C.

Date: August 16, 2021

*[signature]*

Tatyana Albert



900001703_23190774



# АРБИТРАЖНЫЙ СУД ГОРОДА МОСКВЫ

115191, г.Москва, ул. Большая Тульская, д. 17
http://www.msk.arbitr.ru
Тел. 600-99-26

# О П Р Е Д Е Л Е Н И Е

г. Москва                                                                      Дело № А40-291728/18-101-368Ф
25 июля 2019г.

Арбитражный суд в составе:
Судьи Беловой И.А.,
при ведении протокола судебного заседания секретарем Нечаевым Г.С.
рассмотрев в открытом судебном заседании в рамках дела о признании несостоятельным (банкротом) гражданина Манн Андрея Юрьевича (21.12.1957г.р., ИНН 770803076025, адрес: г.Москва, ул. Маршала Бирюзова д.32 корп.1 кв.71), требование Гусейнова С.М., Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., Рязанова Ю.Ю.,
с участием лиц, указанных в протоколе судебного заседания,

**УСТАНОВИЛ**: Определением суда от 20 марта 2019г. в отношении гражданина Манн Андрея Юрьевича (21.12.1957г.р., ИНН 770803076025, адрес: г.Москва, ул. Маршала Бирюзова д.32 корп.1 кв.71) введена процедура реструктуризации долгов гражданина, финансовым управляющим утвержден Муха Сергей Александрович (ИНН 231299408664, адрес для направления корреспонденции: 350063, г.Краснодар, а/я 4801). Сообщение об этом опубликовано в газете «Коммерсантъ» от 30.03.2019г.

В судебном заседании рассматривались требование Гусейнова С.М., Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., Рязанова Ю.Ю. о включении в реестр требований кредиторов должника задолженности.

Должник, финансовый управляющий в судебное заседание не явились, извещены в порядке ст. 121, 123 АПК РФ. Дело рассматривалось в порядке ст. 156 АПК РФ.

Представитель кредитора Гусейнова С.М. заявил об отказе от требования о включении задолженности в реестр требований должника.

Представитель кредиторов представил уточнения по требованиям в отношении Латур Д.А, Виноградовой Л.А., Солнцевой В.А., Сазонову И.А., Кисельман Г.М.

Представитель кредитора Османова Ю.М. и Рязанова Ю.Ю. заявил ходатайство об отложении судебного заседания с целью уточнить расчет задолженности.

Представитель ООО КБ «ЭргоБанк» приобщил письменные возражения, оставил удовлетворение заявления об отказе от требования о включении задолженности в реестр требований должника Гусейнова С.М. на усмотрение суда, поддержал ходатайство об отложении судебного заседания.

Суд, выслушав лиц, участвующих в деле, пришел к следующим выводам.

В соответствии со ст. 223 АПК РФ дела о несостоятельности (банкротстве) рассматриваются арбитражным судом по правилам, предусмотренным АПК РФ с особенностями, установленными федеральным законом, регулирующим вопросы несостоятельности (банкротства).

В соответствии с ч.1 ст. 49 АПК РФ истец вправе при рассмотрении дела в арбитражном суде первой инстанции до принятия судебного акта, которым

2

заканчивается рассмотрение дела по существу, изменить основание или предмет иска, увеличить или уменьшить размер исковых требований.

Согласно части 2 статьи 49 АПК РФ истец вправе до принятия судебного акта, которым заканчивается рассмотрение дела по существу в арбитражном суде первой инстанции или в арбитражном суде апелляционной инстанции, отказаться от иска полностью или частично.

Суд, проверив, что заявленный отказ от части требований, не противоречит закону и не нарушает права других лиц, принимает отказ Гусейнова С.М. от требований к должнику в силу ч. 2 ст. 49 АПК РФ.

В соответствии с п.4 ч.1 ст.150 АПК РФ арбитражный суд, прекращает производство по делу, если истец отказался от иска и отказ принят арбитражным судом.

Суд, выслушав мнение лиц участвующих в деле, исследовав письменные материалы дела, пришел к выводу о невозможности рассмотрения требования требование Гусейнова С.М., Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., Рязанова Ю.Ю. в настоящем судебном заседании, в связи с чем, оно подлежит отложению в соответствии с ч. 5 ст. 158 АПК РФ.

На основании изложенного, руководствуясь ст. 32, 60, 100, 213.24 ФЗ «О несостоятельности (банкротстве)», ст. ст. 18, 158, 159, 184-185, 223 АПК РФ, суд

**О П Р Е Д Е Л И Л:**

Принять отказ Гусейнова С.М. от требования о включении задолженности в реестр требований кредиторов должника.

Прекратить производство по требованию Гусейнова Сулеймана Магомедовича к Манн Андрею Юрьевичу.

Определение в данной части может быть обжаловано в десятидневный срок в Девятый апелляционный арбитражный суд.

Ходатайство об отложении судебного заседания, - удовлетворить.

Отложить судебное заседание по рассмотрению требования Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., Рязанова Ю.Ю. - на 17 сентября 2019 года на 15 час. 30 мин. в помещении суда по адресу: г. Москва, ул. Большая Тульская, дом 17, зал № 8063, 8 этаж.

Османову Ю.М. и Рязанову Ю.Ю. - предоставить расчет задолженности в рублях по курсу ЦБ РФ на дату введения процедуры реструктуризации долгов.

Кредиторам – предоставить документы, установленные п. 26 Постановления Пленума ВАС РФ № 35.

Должнику, - представить доказательства расходования полученных денежных средств по договорам займа, явка.

Финансовому управляющему, - явка, представить отзыв или возражения.

**Судья**                                                                                                              **И.А. Белова**