# EXHIBIT 2




# ARBITRATION COURT OF THE CITY OF MOSCOW

17, Bolshaya Tulskaya str., Moscow, 115191

http://www.msk.arbitr.ru

Phone: 600-99-26

**R U L I N G**

Moscow  
November 8, 2019  

Case No.  A40-291728/18-101-368F

The Arbitration court comprised of:

Judge I.A. Belova,

with the clerk of the court G.S. Nechaev preparing the court record,

having examined during an open hearing under the case of adjudication of insolvency (bankruptcy) of Mr. Andrei Yurievich Mann (DOB: December 21, 1957, Tax ID: 770803076025, address: 32/1 Marshala Biryuzova Str., # 71, Moscow) the request by L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman, and Yu.Yu. Ryazanov,

with appearances as noted in the court hearing minutes,

**DETERMINED**: The court ruling of March 20, 2019, in regards to Andrei Yurievich Mann (DOB: December 21, 1957, Tax ID: 770803076025, address: 32/1 Marshala Biryuzova Str., # 71, Moscow), introduced the debt restructuring procedure, appointed Sergei Aleksandrovich Mukha (Tax ID: 231399408664, mailing address: P.O. Box 4801, Krasnodar, 350063) as the financial manager. This notification was published in the *Kommersant* paper on March 30, 2019.

The court session examined the request by L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman, and Yu.Yu. Ryazanov on including the debtor's debt into the creditors' claims register.

The Debtor and the financial manager did not appear in court, they had been summoned in accordance with Articles 121 and 123 of the Arbitration Procedure Code of the Russian Federation. The case hearing was held in accordance with Article 156 of the Arbitration Procedure Code of the Russian Federation.

On November 8, 2019, the court received a waiver of the stated claims from Yuri Yurievich Ryazanov.

The representative of CB Ergobank LLC filed a motion for discovery and postponement of the court session.

The creditors' representative objects to the postponement of the court session and the discovery of evidence.

The court, having heard the individuals participating in this case, has arrived at the following conclusions.

Pursuant to Article 223 of the Arbitration Procedure Code of the Russian Federation, cases on insolvency (bankruptcy) are considered by an arbitration court in accordance with the rules stipulated in the Arbitration Procedure Code of the Russian Federation with details identified by the Federal law regulating delinquency (bankruptcy) issues.

In accordance with Part 1 of Article 49 of the Arbitration Procedure Code of the Russian Federation, the plaintiff has the right, with the case being considered at an arbitration

court of first instance prior to the performance of the judicial act that ends the consideration of the case on the merits, to change the basis or subject of the claim, increase or decrease the amount of the requested claims.

Pursuant to Part 2 of Article 49 of the Arbitration Procedure Code of the Russian Federation, the plaintiff has the right, prior to the performance of the judicial act that ends the consideration of the case on the merits at an arbitration court of first instance or at an arbitration court of appeal, to relinquish the claim in whole or in part.

The court, having verified that the stated waiver of the claims does not contradict the law and does not violate the rights of other individuals, accept Yu.Yu. Ryazanov's waiver of the claims against the debtor by virtue of Part 2 of Article 49 of the Arbitration Procedure Code of the Russian Federation.

In accordance with Paragraph 4 of Part 1 of Article 150 of the Arbitration Procedure Code of the Russian Federation, an arbitration court terminates the proceedings on the case if the plaintiff relinquishes the claim and the arbitration court accepts this relinquishment.

Having reviewed the motion of CB Ergobank LLC for discovery, the court, taking into account the opinions of the individuals participating in the court session, as well as Articles 66 and 68 of the Arbitration Procedure Code of the Russian Federation, dismisses the motion for discovery.

The court, having heard the opinions of the individuals participating in the case and having reviewed the written materials of the case, came to the conclusion that it would not be possible to consider the claims of L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman during this court session, due to which it would have to be postponed in accordance with Part 5 of Article 158 of the Arbitration Procedure Code of the Russian Federation.

In view of the foregoing, in accordance with Articles 32, 60, 100, 213.24 of the Federal Law: On Insolvency (Bankruptcy), Articles 18, 158, 159, 184-185, and 223 of the Arbitration Procedure Code of the Russian Federation, the court

**R U L E D:**

The motion for discovery – to dismiss.

Reschedule the court session to consider the claim of L.A. Vinogradova, Yu.M. Osmanov, V.A. Solntsev, I.A. Sazonov, D.A. Latur, G.A. Kiselman to December 19, 2019 at 3:10 pm at the court location at the address: 17, Bolshaya Tulskaya str., Room No. 8063, 8th Floor.

The individuals participating in the case shall provide to the court the information on the results of consideration of a private complaint of the creditors for Case No. 2-5274/18, appearance.

Accept Yuri Yurievich Ryazanov's waiver of the requirement to include the debt into the debtor's creditors' claims register.

Terminate the proceedings on Yuri Yurievich Ryazanov's claim against Andrei Yurievich Mann.

The Ruling in this part may be appealed within ten days to the Ninth Arbitration Court of Appeal.

**Judge**                                                                                                              **I.A. Belova**

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Court Ruling of November 8, 2019 in the Russian language is true and correct, to the best of my knowledge.   Made in Washington, D.C.

Date: August 16, 2021

Tatyana Albert



101_24119069



# АРБИТРАЖНЫЙ СУД ГОРОДА МОСКВЫ
115191, г.Москва, ул. Большая Тульская, д. 17
http://www.msk.arbitr.ru
Тел. 600-99-26

**О П Р Е Д Е Л Е Н И Е**

г. Москва                                          Дело № А40-291728/18-101-368Ф
8 ноября 2019г.

Арбитражный суд в составе:
Судьи Беловой И.А.,
при ведении протокола судебного заседания секретарем Вишняковым В.С.,
рассмотрев в открытом судебном заседании в рамках дела о признании несостоятельным (банкротом) гражданина Манн Андрея Юрьевича (21.12.1957г.р., ИНН 770803076025, адрес: г.Москва, ул. Маршала Бирюзова д.32 корп.1 кв.71), требование Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., Рязанова Ю.Ю.,
с участием лиц, указанных в протоколе судебного заседания,

**УСТАНОВИЛ**: Определением суда от 20 марта 2019г. в отношении гражданина Манн Андрея Юрьевича (21.12.1957г.р., ИНН 770803076025, адрес: г.Москва, ул. Маршала Бирюзова д.32 корп.1 кв.71) введена процедура реструктуризации долгов гражданина, финансовым управляющим утвержден Муха Сергей Александрович (ИНН 231299408664, адрес для направления корреспонденции: 350063, г.Краснодар, а/я 4801). Сообщение об этом опубликовано в газете «Коммерсантъ» от 30.03.2019г.

В судебном заседании рассматривались требование Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., Рязанова Ю.Ю. о включении в реестр требований кредиторов должника задолженности.

Должник, финансовый управляющий в судебное заседание не явились, извещены в порядке ст. 121, 123 АПК РФ. Дело рассматривалось в порядке ст. 156 АПК РФ.

8 ноября 2019 года в суд поступил отказ Рязанова Юрия Юрьевича от заявленных требований.

Представитель ООО КБ «Эргобанк» заявил ходатайство об истребовании доказательств и отложения судебного заседания

Представитель кредиторов возражает против отложения судебного заседания и истребования доказательств.

Суд, выслушав лиц, участвующих в деле, пришел к следующим выводам.

В соответствии со ст. 223 АПК РФ дела о несостоятельности (банкротстве) рассматриваются арбитражным судом по правилам, предусмотренным АПК РФ с особенностями, установленными федеральным законом, регулирующим вопросы несостоятельности (банкротства).

В соответствии с ч.1 ст. 49 АПК РФ истец вправе при рассмотрении дела в арбитражном суде первой инстанции до принятия судебного акта, которым заканчивается рассмотрение дела по существу, изменить основание или предмет иска, увеличить или уменьшить размер исковых требований.

Согласно части 2 статьи 49 АПК РФ истец вправе до принятия судебного акта, которым заканчивается рассмотрение дела по существу в арбитражном суде первой

инстанции или в арбитражном суде апелляционной инстанции, отказаться от иска полностью или частично.

Суд, проверив, что заявленный отказ от требований, не противоречит закону и не нарушает права других лиц, принимает отказ Рязанова Ю.Ю. от требований к должнику в силу ч. 2 ст. 49 АПК РФ.

В соответствии с п.4 ч.1 ст.150 АПК РФ арбитражный суд, прекращает производство по делу, если истец отказался от иска и отказ принят арбитражным судом.

Рассмотрев ходатайство ООО КБ «Эргобанк» об истребовании доказательств, суд с учетом мнения лиц, участвующих в судебном заседании, а также ст.ст. 66, 68 АПК РФ, отказывает в истребовании доказательств.

Суд, выслушав мнение лиц участвующих в деле, исследовав письменные материалы дела, пришел к выводу о невозможности рассмотрения требования требование Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., в настоящем судебном заседании, в связи с чем, оно подлежит отложению в соответствии с ч. 5 ст. 158 АПК РФ..

На основании изложенного, руководствуясь ст. 32, 60, 100, 213.24 ФЗ «О несостоятельности (банкротстве)», ст. ст. 18, 158, 159, 184-185, 223 АПК РФ, суд

**О П Р Е Д Е Л И Л:**

В удовлетворении ходатайства об истребовании доказательств, - отказать.

Отложить судебное заседание по рассмотрению требования Виноградовой Л.А., Османова Ю.М., Солнцева В.А., Сазонова И.А., Латур Д.А., Кисельмана Г.А., - на 19 декабря 2019 года на 15 час. 10 мин. в помещении суда по адресу: г. Москва, ул. Большая Тульская, дом 17, зал № 8063, 8 этаж.

Лицам участвующим в деле, предоставить в суд информацию о результатах рассмотрения частной жалобы кредиторов по делу № 2-5274/18, явка.

Принять отказ Рязанова Юрия Юрьевича от требования о включении задолженности в реестр требований кредиторов должника.

Прекратить производство по требованию Рязанова Юрия Юрьевича к Манн Андрею Юрьевичу.

Определение в данной части может быть обжаловано в десятидневный срок в Девятый апелляционный арбитражный суд.

**Судья**                                                              **И.А. Белова**