# EXHIBIT 3

900109395_24507024




# ARBITRATION COURT OF THE CITY OF MOSCOW

17, Bolshaya Tulskaya Str., Moscow, 115191
http://www.msk.arbitr.ru

**IN THE NAME OF THE RUSSIAN FEDERATION**
**D E C I S I O N**

Moscow
January 17, 2020                                                                                      Case No. A40-115544/19-9-7 «B»

The resolutive part of the decision was announced on January 14, 2020.
The decision in its entirety was prepared on January 17, 2020.
The arbitration court comprised of:
Judge M.V. Ageeva (judge code: 9-7 «B»),
With the Clerk of the Court I.V. Echeistov preparing the court record, having examined, during an open hearing, the case on bankruptcy of «S-INFO», Tax ID: 719036520, OGRN 1037739209177) on the merits, with appearances as stated in the minutes of the court session,

**D E T E R M I N E D:**

The Ruling of the Arbitration Court of the City of Moscow of July 26, 2019 (the resolutive part was announced on July 25, 2019) in regards to «SINFO» limited liability company, tax ID: 7719036520, OGRN 1037739209177) introduced the procedure of observation, appointed Vitaliy Sergeevich Likhachyov (Tax ID: 503125618602) as the interim manager, the information on which was published in the *Kommersant* paper on August 3, 2019.

This court session considered the case on the merits on insolvency (bankruptcy) of «S-INFO» limited liability company.

In spite of the appropriate notification on the time and location of the court hearing, the debtor did not appear at this court session. The case materials contain evidence on his appropriate notification and, in addition, the court posted information on the time and location of the court session on the official website of the Arbitration Court of the City of Moscow on Internet. The case was considered as set forth in Articles 121, 123, and 156 of the Arbitration Procedure Code of the Russian Federation in absence of the individuals mentioned above.

The representative of the interim manager provided additional documents, filed a motion to declare the debtor bankrupt and introduce a liquidation process.

According to the documents in the case files, including the report of the interim manager, restoration of the debtor's solvency is impossible. The creditors' claims register has been generated and the total amount of the creditors' claims equals to 30,696,629.08 rubles.

The creditors' meeting held on December 30, 2019 made a decision to file a motion to the arbitration court on declaring the debtor insolvent (bankrupt) and initiating a liquidation process in regards to the debtor.

In addition, the creditors' meeting of December 30, 2019 decided to retain the arbitration manager Vitaliy Sergeevich Likhachyov, a member of NPS SOPAU MANAGERS ALLIANCE in the position of the bankruptcy manager for the «S-INFO» limited liability company, Tax ID 7719036520, OGRN 1037739209177).

The workers' meeting appointed their representative, Oleg Pavlovich Karamza, with the remuneration of 10,000 rubles for the entire process.

The court notes that the debtor possesses vehicles as property to finance the liquidation process in regards to the debtor.

The court having reviewed the report of the interim manager and other documents provided as the case materials comes to the conclusion on declaring the debtor insolvent (bankrupt) and initiating the liquidation process in regards to the debtor since the debtor has over three months overdue accounts payable exceeding 300,000 rubles and, according to the financial status analysis,

is not capable of fully satisfying the creditors' claims on the monetary obligations, which corresponds to the signs of bankruptcy as set forth in Paragraph 2 of Article 3 of the Federal Law: On Insolvency (Bankruptcy).

Considering the decision made at the creditors' meeting of December 30, 2019, the arbitration court appoints Vitaliy Sergeevich Likhachyov as the bankruptcy manager.

On the basis of the foregoing and guided Articles 3, 4, 6, 12, 19, 20, 20.2, 20.6, 20.7, 32, 45, 51-53, 59, 60, 73-75, 124, 126, and 127 of the Federal Law: On Insolvency (Bankruptcy), Articles 13, 64-71, 75, 123, 167-170, 180-181, and 223 of the Arbitration Procedure Code of the Russian Federation, the court

**D E C I D E D:**

Declare «S-INFO» limited liability company (Tax ID: 7719036520, OGRN 1037739209177) insolvent (bankrupt).

Initiate a liquidation process in regards to «S-INFO» limited liability company (Tax ID: 7719036520, OGRN 037739209177) for the period of six months.

Collect the state fee of 6,000 rubles from «S-INFO» OOO in favor of CHOP «OP-SHANS» OOO.

Terminate the authorities of the manager of «S-INFO» OO and other management bodies of the debtor except the authorities stated in Paragraph 2, Article 126 of the Federal Law: On Insolvency (Bankruptcy).

Remove earlier imposed arrests of the debtor's property and other restrictions for disposal of the debtor's property.

Appoint Vitaliy Sergeevich Likhachyov (Tax ID: 503125618602, mailing address: P.O. Box 16, Moscow, 119435 to which all concerned parties can send correspondence to the manager).

Remove the «S-INFO» OOO management authorities from performing management and the debtor's property disposal functions, obliging them to transfer to the «S-INFO» OOO bankruptcy manager within three days after the bankruptcy manager is appointed accounting and other documentation, stamps and seals, material and other assets of the debtor.

Oblige the bankruptcy manager to comply with the requirements of the Federal Law: On Insolvency (Bankruptcy) in regards to publishing data on initiating the liquidation process in regards to the debtor; the evidence of the publication shall be immediately submitted to the court.

A court hearing on reviewing the report of the «S-INFO» OOO bankruptcy manager regarding the results of the liquidation process shall be scheduled **for 09:40 am on July 16, 2020** at the Arbitration court of Moscow at the address 17, Bolshaya Tulskaya str., Room 4023, 4th Floor, Moscow, 115191.

The bankruptcy manager shall submit to the court the report on results of the liquidation process with the documents identified in Paragraph 2 of Article 147 of the Federal Law: On Insolvency (Bankruptcy).

This Decision may be appealed within one month, and in regards to the appointment of the bankruptcy manager – within ten days, to the arbitration court of appeal.

**Presiding**                                                                                                                                **M.V. Ageeva**

> Electronic signature is valid.
> Electronic signature data: Certification Center of the Federal State
> Budgetary Institution Information and Analytical Center of the
> Judicial Department
> Date:08.13.2019 11:58:25
> Issued to Maria Viktorovna Ageeva

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Court Decision of January 17, 2020 in the Russian language is true and correct, to the best of my knowledge.   Made in Washington, D.C.

Date: August 16, 2021

Tatyana Albert


900109395_24507024



# АРБИТРАЖНЫЙ СУД ГОРОДА МОСКВЫ
115191, г.Москва, ул. Большая Тульская, д. 17
http://www.msk.arbitr.ru
**ИМЕНЕМ РОССИЙСКОЙ ФЕДЕРАЦИИ**
**Р Е Ш Е Н И Е**

город Москва

17 января 2020 года                                                              Дело № А40-115544/19-9-7 «Б»

Резолютивная часть решения оглашена 14 января 2020 г.

Решение в полном объеме изготовлено 17 января 2020 г.

Арбитражный суд в составе:

Судьи Агеевой М.В.(шифр судьи: 9-7 «Б»),

При ведении протокола судебного заседания секретарем Ечеистовым И.В.,

рассмотрел в открытом судебном заседании дело о банкротстве Общества с ограниченной ответственностью «С-ИНФО» ИНН 7719036520, ОГРН 1037739209177) по существу

с участием лиц, указанных в протоколе судебного заседания,

**У С Т А Н О В И Л:**

Определением Арбитражного суда города Москвы 26 июля 2019г. (рез. часть объявлена 25 июля 2019г.) в отношении Общества с ограниченной ответственностью «С-ИНФО» ИНН 7719036520, ОГРН 1037739209177) введена процедура наблюдения, временным управляющим должника утвержден Лихачев Виталий Сергеевича (ИНН 503125618602), о чем опубликована информация в газете «КоммерсантЪ» от 03.08.2019 г.

В настоящем судебном заседании рассматривалось дело о несостоятельности (банкротстве) Общества с ограниченной ответственностью «С-ИНФО» по существу.

Несмотря на надлежащее извещение о времени и месте судебного разбирательства, должник в настоящее судебное заседание не явился. В материалах дела имеются доказательства его надлежащего уведомления, кроме того, судом размещена информация о времени и месте судебного заседания на официальном сайте Арбитражного суда города Москвы в информационно-телекоммуникационной сети Интернет. Дело рассматривалось в порядке ст. ст. 121, 123, 156 АПК РФ в отсутствие указанных лиц.

Представитель временного управляющего представил дополнительные документы, ходатайствовал о признании должника банкротом и введении конкурсного производства.

Согласно имеющимся документам в материалах дела, в том числе отчету временного управляющего, восстановление платежеспособности должника невозможно. Реестр требований кредиторов должника сформирован, общая сумма требований кредиторов составляет 30 696 629,08 руб.

На состоявшемся 30.12.2019 года собрании кредиторов было принято решение ходатайствовать перед арбитражным судом о признании должника несостоятельным (банкротом) и об открытии в отношении него конкурсного производства.

Кроме того, собрание кредиторов от 30.12.2019 года определило сохранить кандидатуру арбитражного управляющего Лихачева Виталия Сергеевича, члена НПС СОПАУ «АЛЬЯНС УПРАВЛЯЮЩИХ» в качестве конкурсного управляющего Общества с ограниченной ответственностью «С-ИНФО» ИНН 7719036520, ОГРН 1037739209177).

Собранием работников выбран представитель работников Карамза Олега Павловича с вознаграждением в размере 10 000 руб. за всю процедуру.

Суд отмечает, что у должника в качестве имущества для финансирования процедуры банкротства в отношении должника имеются транспортные средства.

Суд, исследовав отчет временного управляющего и иные документы, представленные в материалы дела, приходит к выводу о признании должника несостоятельным (банкротом) и об открытии в отношении него конкурсного производства,

поскольку должник имеет просроченную свыше трех месяцев кредиторскую задолженность, превышающую 300 000 руб., и согласно анализу финансового состояния не способен в полном объеме удовлетворить требования кредиторов по денежным обязательствам, что соответствует признакам банкротства, установленным п. 2 ст. 3 Федерального закона «О несостоятельности (банкротстве)».

С учетом решения, принятого на собрании кредиторов должника от 30.12.2019 года, арбитражный суд утверждает конкурсным управляющим должника Лихачев Виталий Сергеевича.

На основании изложенного, руководствуясь ст. ст. 3, 4, 6, 12, 19, 20, 20.2, 20.6, 20.7, 32, 45, 51-53, 59, 60, 73-75, 124, 126, 127 Федерального закона «О несостоятельности (банкротстве)», ст. ст. 13, 64-71, 75, 123, 167-170, 180-181, 223 АПК РФ, суд

**Р Е Ш И Л:**

Признать Общества с ограниченной ответственностью «С-ИНФО» ИНН 7719036520, ОГРН 1037739209177) несостоятельным (банкротом).

Открыть в отношении Общества с ограниченной ответственностью «С-ИНФО» ИНН 7719036520, ОГРН 1037739209177) конкурсное производство сроком на шесть месяцев.

Взыскать с ООО «С-ИНФО» в пользу ООО ЧОП «ОП-ШАНС» государственную пошлину в размере 6 000 рублей.

Прекратить полномочия руководителя ООО «С-ИНФО» и иных органов управления должника, за исключением полномочий, указанных в п. 2, ст. 126 Федерального закона «О несостоятельности (банкротстве)».

Снять ранее наложенные аресты имущества должника и иные ограничения распоряжения имуществом должника.

Утвердить конкурсным управляющим должника Лихачева Виталия Сергеевича (ИНН 503125618602, адрес для корреспонденции по которому все заинтересованные лица могут направлять управляющему корреспонденцию: 119435, г. Москва. а/я 16).

Отстранить органы управления должника ООО «С-ИНФО» от исполнения функций по управлению и распоряжению имуществом должника, обязав их передать конкурсному управляющему ООО «С-ИНФО» в трехдневный срок с момента его утверждения бухгалтерскую и иную документацию, печати и штампы, материальные и иные ценности должника.

Обязать конкурсного управляющего выполнить требования Федерального закона «О несостоятельности (банкротстве)» об опубликовании сведений о введении в отношении должника конкурсного производства; доказательства публикации незамедлительно представить в суд.

Судебное разбирательство по рассмотрению отчета конкурсного управляющего ООО «С-ИНФО» о результатах проведения конкурсного производства, - назначить **на 09 часов 40 минут 16.07.2020** в Арбитражном суде г. Москвы по адресу: 115191, город Москва, Большая Тульская ул., дом 17, зал 4023, этаж 4.

Конкурсному управляющему представить в суд отчет о результатах проведения конкурсного производства с документами, установленными п. 2 ст. 147 Федерального закона «О несостоятельности (банкротстве)».

Настоящее решение может быть обжаловано в месячный срок, а в части утверждения конкурсного управляющего – в десятидневный срок в арбитражный суд апелляционной инстанции.

**Председательствующий** М.В. Агеева

Электронная подпись действительна.
Данные ЭП: Удостоверяющий центр ФГБУ ИАЦ Судебного департамента
Дата 13.08.2019 11:58:25
Кому выдана Агеева Мария Викторовна