**EXHIBIT 9**

# Corporations Division
## Business Entity Summary

ID Number: 200552087    [Request certificate]    [New search]

Summary for: S-INFO, L.L.C.

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | S-INFO, L.L.C. |
| **Entity type:** Domestic Limited Liability Company (LLC) | |
| **Identification Number:** 200552087 | **Old ID Number:** 000857833 |
| **Date of Organization in Massachusetts:** 01-06-2004 | |
| **Date of Involuntary Dissolution by Court Order or by the SOC:** 06-28-2019 | **Last date certain:** 04-01-2075 |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address: 1330 CENTRE ST

City or town, State, Zip code, Country: NEWTON CENTRE, MA 02459 USA

**The name and address of the Resident Agent:**

Name: MICHAEL HELLMAN

Address: 61 GREAT MEADOW RD.

City or town, State, Zip code, Country: NEWTON, MA 02459 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | MICHAEL HELLMAN | 1330 CENTRE ST NEWTON CENTRE, MA 02459 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | MICHAEL HELLMAN | 1330 CENTRE ST NEWTON CENTRE, MA 02459 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | MICHAEL HELLMAN | 1330 CENTRE ST NEWTON CENTRE, MA 02459 USA |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

**View filings for this business entity:**



# Corporations Division
## Business Entity

**Name: S-INFO, L.L.C.**

| Order certified copies ☐ check all | Name of filing | Year filed | Date filed | Filing No. | View PDF |
|---|---|---|---|---|---|
| | Dissolution by Court Order or by the SOC | | 06/28/2019 05:00 PM | 201910116520 | Index Number = 0 (0 pages) |
| ☐ | Annual Report | 2016 | 02/16/2016 01:31 PM | 201665440600 | 201665440600_1.pdf, 3 pgs |
| ☐ | Annual Report | 2015 | 01/20/2015 01:02 PM | 201511292010 | 201511292010_1.pdf, 3 pgs |
| ☐ | Annual Report | 2014 | 01/20/2015 01:00 PM | 201511290700 | 201511290700_1.pdf, 3 pgs |
| ☐ | Annual Report | 2013 | 04/04/2013 06:03 PM | 201332774520 | 201332774520_1.pdf, 3 pgs |
| ☐ | Statement of Change of Resident Agent/Resident Office | | 03/14/2013 03:22 PM | 201327708460 | 201327708460_1.pdf, 2 pgs |
| ☐ | Annual Report | 2012 | 12/15/2011 04:32 PM | 201161354140 | 201161354140_1.pdf, 3 pgs |
| ☐ | Annual Report | 2011 | 03/29/2011 01:13 PM | 201138493210 | 201138493210_1.pdf, 3 pgs |
| ☐ | Annual Report | 2010 | 03/29/2011 12:38 PM | 201138477940 | 201138477940_1.pdf, 3 pgs |
| ☐ | Annual Report | 2009 | 03/06/2009 04:42 PM | 200953677380 | 200953677380_1.pdf, 3 pgs |
| ☐ | Annual Report | 2008 | 03/11/2008 04:06 PM | 200814565120 | 200814565120_1.pdf, 3 pgs |
| ☐ | Annual Report | 2007 | 03/19/2007 04:09 PM | 200777115820 | 200777115820_1.pdf, 3 pgs |
| ☐ | Annual Report | 2006 | 03/14/2006 05:54 PM | 200639876830 | 200639876830_1.pdf, 3 pgs |
| ☐ | Annual Report | 2005 | 03/14/2006 05:47 PM | 200639871970 | 200639871970_1.pdf, 3 pgs |
| ☐ | Certificate of Organization | | 01/06/2004 | 200459361620 | 200459361620_1.pdf, 3 pgs |

**Return to entity summary**     **Order filings**

FILED

JAN 6 2004

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

## S-info, L.L.C.

### CERTIFICATE OF LIMITED LIABILITY COMPANY

1. The date of this Certificate is January 6, 2004.

2. The name of the Limited Liability Company is S-info, L.L.C. (the "Company").

3. The address of the office of the Company in the Commonwealth shall be 1340 Centre Street, Suite 209, Newton Centre, MA 02459.

4. The registered agent and registered office of the Company in the Commonwealth of Massachusetts for service of process shall be Paul Fisher, whose address is 45 Union Street, Brighton, MA 02135.

5. The term of the Company shall commence on the date of the filing of this Certificate of Organization and shall continue in full force and effect until April 1, 2075.

6. Kenneth Glusman is authorized to file this Certificate.

7. The sole Member of the Company is OOO "S-info" ("S-INFO"), a corporate organized under the laws of Russia.

8. The Manager of the Company is Paul Fisher, whose address is 45 Union Street, Brighton, MA 02135. The Member may remove and appoint Managers of the Company at any time in its sole discretion.

9. The sole purpose of the Company is to act as the representation office of its parent company, S-INFO, a Russian corporation, in the United States, including representation and protection of the interests of S-INFO in the United States, coordination of the relationship between S-INFO and United States governmental and administrative authorities, companies and other entities on the territory of the United States, and to conduct other activities that are consistent with its purpose and legal status. Specfically, in that regard, the Company is authorized to:

    (a) Represent S-INFO before governmental, administrative, judicial and other bodies and agencies, banks, and other organizations;

    (b) Obtain necessary licenses, approvals and certificates necessary for S-INFO activity within the territory of the United States;

    (c) Conduct marketing research activity, seek business partners and investors for S-INFO, prepare and organize business contacts, meetings and negotiations;

    (d) Perform advertising campaigns and other promotional efforts for increasing sales of S-INFO products and services.

3638616v1

    (e)    Open bank accounts.

10. The Company may not use funds for the following operations: regular business transactions, investment activity, transactions related to acquiring of legal rights on the real estate, excluding the rights based on the lease (rent) of the property for the purposes of the Company's maintenance.

_____
Kenneth Glusman, Authorized Representative

Ck.# 1742

The Commonwealth of Massachusetts
Limited Liability Company
(General Laws, Chapter 156C)

867524

Filed this _____6_____ day _____January_____ ,2004.

*William Francis Galvin* (signature)

WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH

_____Processor_____

_____

_____

Phone:_____