# EXHIBIT 10

Full legal name: LIMITED LIABILITY COMPANY "S-INFO"

| | |
|---|---|
| Manager | BANKRUPTCY MANAGER VITALIY SERGEEVICH LIKHACHYOV |
| Tax ID/KPP | 7719036520 / 771901001 |
| Authorized capital | 10,000 Rubles |
| Number of personnel | 106 |
| Number of founding parties | 1 |
| Date of registration | January 24, 2003 |
| Status | The legal entity was declared insolvent (bankrupt) and, starting January 25, 2020, bankruptcy proceedings were opened against it |

CONTACT INFORMATION

Zip code: 105264

Address: 23A, Verkhnyaya Pervomayskaya str., Moscow

GPS Coordinates: 55.800369263,37.785171509

Legal address: 44/20, Pervomayskaya str., Moscow, 105043

FOUNDING PARTIES:

| Date | Name | Tax ID | Share | Amount |
|---|---|---|---|---|
| 08/13/2018 | NIGMEDZYANOV, YURI VALERYEIVCH | 505000323090 | 100% | 10,000 Rub |
| Historical Data: | | | | |
| 02/18/2017 | MANN, ANDREI YURIEVICH | 770803076025 | 62% | 6,200 Rub |
| 02/18/2017 | IVANOVA, TATIANA PAVLOVNA | 771407586592 | 28% | 2,800 Rub |
| 02/18/2017 | GURINOVICH, IGOR LEONIDOVICH | 773605871669 | 10% | 1,000 Rub |

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: S-INFO LIMITED LIABILITY COMPANY in the Russian language is true and correct, to the best of my knowledge.   Made in Washington, D.C.

Date: August 19, 2021

*[signature]*

Tatyana Albert

