# EXHIBIT 11

# Corporations Division
## Business Entity Summary

**ID Number: 000940760**  [Request certificate] [New search]

**Summary for:** CALLISTO MEDIA CORPORATION

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** | CALLISTO MEDIA CORPORATION |
| **Entity type:** | Domestic Profit Corporation |
| **Identification Number:** | 000940760 |
| **Date of Organization in Massachusetts:** | 01-02-2007 |
| **Date of Involuntary Dissolution by Court Order or by the SOC:** | Last date certain: 06-30-2014 |
| **Current Fiscal Month/Day:** | 12/31 |

**The location of the Principal Office:**

Address: 1340 CENTRAL STR., SUITE 209

City or town, State, Zip code, Country: NEWTON, MA 02459 USA

**The name and address of the Registered Agent:**

Name: MICHAEL HELLMAN

Address: 1340 CENTRE STREET, SUITE 209

City or town, State, Zip code, Country: NEWTON, MA 02459 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |
| TREASURER | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |
| SECRETARY | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |
| DIRECTOR | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CNP | $ 0.00 | 100 | $ 0.00 | 100 |



# Corporations Division
## Business Entity

**Name: CALLISTO MEDIA CORPORATION**

| Order certified copies ☐ check all | Name of filing | Year filed | Date filed | Filing No. | View PDF |
|---|---|---|---|---|---|
| | Dissolution by Court Order or by the SOC | | 06/30/2014 12:00 AM | 201488843800 | Index Number = 0 (0 pages) |
| ☐ | Annual Report | 2009 | 03/08/2010 05:35 PM | 200956236980 | **200956236980_1.pdf, 2 pgs** |
| ☐ | Annual Report | 2008 | 03/16/2009 09:58 AM | 200957127610 | **200957127610_1.pdf, 2 pgs** |
| ☐ | Annual Report | 2007 | 03/13/2008 03:19 PM | 200815734390 | **200815734390_1.pdf, 2 pgs** |
| ☐ | Articles of Organization | | 01/02/2007 11:12 AM | 200762989320 | **200762989320_1.pdf, 4 pgs** |

Note:
Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 2002.

[Return to entity summary]   [Order filings]

MA SOC    Filing Number: 200762989320    Date: 01/02/2007 11:12 AM



The Commonwealth of Massachusetts
William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $250.00

**Articles of Organization**
(General Laws, Chapter 156D, Section 2.02; 950 CMR 113.16)

**Federal Employer Identification Number:** 000940760 *(must be 9 digits)*

### ARTICLE I

The exact name of the corporation is:

CALLISTO MEDIA CORPORATION

### ARTICLE II

Unless the articles of organization otherwise provide, all corporations formed pursuant to G.L. C156D have the purpose of engaging in any lawful business. Please specify if you want a more limited purpose:

### ARTICLE III

State the total number of shares and par value, if any, of each class of stock that the corporation is authorized to issue. All corporations must authorize stock. If only one class or series is authorized, it is not necessary to specify any particular designation.

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CNP | $0.00000 | 100 | $0.00 | 100 |

G.L. C156D eliminates the concept of par value, however a corporation may specify par value in Article III. See G.L. C156D Section 6.21 and the comments thereto.

### ARTICLE IV

Prior to the issuance of shares of any class or series, the articles of organization must set forth the preferences, limitations and relative rights of that class or series. The articles may also limit the type or specify the minimum amount of consideration for which shares of any class or series may be issued. Please set forth the preferences, limitations and relative rights of each class or series and, if desired, the required type and minimum amount of consideration to be received.

### ARTICLE V

The restrictions, if any, imposed by the Articles of Organization upon the transfer of shares of any class or series of stock are:

### ARTICLE VI

Other lawful provisions, and if there are no provisions, this article may be left blank.

**Note: The preceding six (6) articles are considered to be permanent and may be changed only by filing appropriate articles of amendment.**

### ARTICLE VII

The effective date of organization and time the articles were received for filing if the articles are not rejected within the time prescribed by law. If a *later* effective date is desired, specify such date, which may not be later than the *90th day* after the articles are received for filing.

**Later Effective Date:** 1/2/2007  **Time:** 4:00 PM

### ARTICLE VIII

The information contained in Article VIII is not a permanent part of the Articles of Organization.

**a,b. The street address of the initial registered office of the corporation in the commonwealth and the name of the initial registered agent at the registered office:**

Name:              MICHAEL HELLMAN
No. and Street:    1340 CENTRE STREET, SUITE 209
City or Town:      NEWTON        State: MA       Zip: 02459        Country: USA

**c. The names and street addresses of the individuals who will serve as the initial directors, president, treasurer and secretary of the corporation (an address need not be specified if the business address of the officer or director is the same as the principal office location):**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | MICHAEL HELLMAN | 61 GREAT MEADOW RD.<br>NEWTON, MA 02459 USA |
| TREASURER | MICHAEL HELLMAN | 61 GREAT MEADOW RD.<br>NEWTON, MA 02459 USA |
| SECRETARY | MICHAEL HELLMAN | 61 GREAT MEADOW RD.<br>NEWTON, MA 02459 USA |
| DIRECTOR | MICHAEL HELLMAN | 61 GREAT MEADOW RD.<br>NEWTON, MA 02459 USA |

**d. The fiscal year (i.e., tax year) of the corporation:**
December

**e. A brief description of the type of business in which the corporation intends to engage:**

PUBLISHING, ENTERTAINMENT, PERFORMING ARTS

**f. The street address *(post office boxes are not acceptable)* of the principal office of the corporation:**

No. and Street:    1340 CENTRAL STR., SUITE 209
City or Town:      NEWTON        State: MA       Zip: 02459        Country: USA

**g. Street address where the records of the corporation required to be kept in the Commonwealth are located**

*(post office boxes are not acceptable)*:

No. and Street:         1340 CENTRAL STREET, SUITE 209
City or Town:           NEWTON              State: MA         Zip: 02459         Country: USA
**which is**
 **X**  its principal office                         __ an office of its transfer agent
 __ an office of its secretary/assistant secretary   __ its registered office

**Signed this 2 Day of January, 2007 at 11:18:06 AM by the incorporator(s).** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
MICHAEL HELLMAN

© 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:
January 02, 2007 11:12 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

0-1049-0

# Corporations Division
## Business Entity Summary

ID Number: 830424564     **Request certificate**    **New search**

Summary for: CALLISTO MEDIA GROUP, LLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** CALLISTO MEDIA GROUP, LLC | |
| **Entity type:** Domestic Limited Liability Company (LLC) | |
| **Identification Number:** 830424564 | **Old ID Number:** 000892046 |
| **Date of Organization in Massachusetts:** 03-29-2005 | |
| **Date of Involuntary Dissolution by Court Order or by the SOC:** 04-19-2011 | **Last date certain:** 04-01-2050 |
| **The location or address where the records are maintained** (A PO box is not a valid location or address): | |
| Address: | |
| City or town, State, Zip code, Country: | |
| **The name and address of the Resident Agent:** | |
| Name: MICHAEL HELLMAN | |
| Address: 1340 CENTRE ST., STE 209 | |
| City or town, State, Zip code, Country: NEWTON CENTRE, MA 02459 USA | |

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | MICHAEL HELLMAN | 1340 CENTRE ST., STE 209 NEWTON CENTRE, MA 02459 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | KENNETH A. GLUSMAN | 1340 CENTRE ST., STE 209 NEWTON CENTRE, MA 02459 USA |
| SOC SIGNATORY | MICHAEL HELLMAN | 1340 CENTRE ST., STE 209 NEWTON CENTRE, MA 02459 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | MICHAE HELLMAN | 1340 CENTRE ST., STE 209 NEWTON CENTRE, MA 02459 USA |

☐    ☐ Confidential    ☐ Merger    ☐



# Corporations Division

## Business Entity

**Name: CALLISTO MEDIA GROUP, LLC**

| Order certified copies ☐ check all | Name of filing | Year filed | Date filed | Filing No. | View PDF |
|---|---|---|---|---|---|
|  | Dissolution by Court Order or by the SOC |  | 04/19/2011 12:00 AM | 201141327410 | Index Number = 0 (0 pages) |
| ☐ | Annual Report | 2007 | 10/15/2008 03:46 PM | 200837737690 | **200837737690_1.pdf, 3 pgs** |
| ☐ | Annual Report | 2006 | 10/15/2008 03:37 PM | 200837735380 | **200837735380_1.pdf, 3 pgs** |
| ☐ | Annual Report | 2008 | 03/13/2008 03:40 PM | 200815757470 | **200815757470_1.pdf, 3 pgs** |
| ☐ | Certificate of Amendment |  | 12/22/2006 04:00 PM | 200662418470 | **200662418470_1.pdf, 2 pgs** |
| ☐ | Certificate of Organization |  | 03/29/2005 02:08 PM | 200509388720 | **200509388720_1.pdf, 2 pgs** |

**Return to entity summary**    **Order filings**

FILED

MAR 2 9 2005

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

## **Callisto Media Group, LLC**

CERTIFICATE OF ORGANIZATION OF LIMITED LIABILITY COMPANY

1. The name of the Limited Liability Company is Callisto Media Group, LLC (the "LLC").

2. The address of the office of the LLC in the Commonwealth shall be 1340 Centre St., Newton Centre, MA, 02459  Suite 209.

3. The registered agent and registered office of the LLC in the Commonwealth of Massachusetts for service of process shall be Andrei Y. Mann, 1340 Centre St., Newton Centre, MA, 02459  Suite 209.

4. The term of the LLC shall commence on the date of the filing of this Certificate of Organization and shall continue in full force and effect until April 1, 2050.

5. The LLC shall have one manager, who shall be Andrei Y. Mann, 1340 Centre St., Newton Centre, MA, 02459  Suite 209.

6. The purpose of the LLC is to make, hold, manage and sell investments and businesses of any kind and otherwise to engage in any lawful act or activity for which limited liability companies may be formed under the Limited Liability Company Act and to engage in any and all activities necessary, convenient, desirable or incidental to the foregoing.

7. Kenneth A. Glusman or any manager of the LLC is authorized to execute documents to be filed with the Secretary of State of the Commonwealth of Massachusetts.

Dated:   March 29, 2005

_____
Kenneth A. Glusman

3904852v1

Ck.# 21520

## The Commonwealth of Massachusetts
## Limited Liability Company
## (General Laws, Chapter 156C)

Filed this _____29_____ day _____MARCH_____, 2005.

928681

*William Francis Galvin*

**WILLIAM FRANCIS GALVIN**
**SECRETARY OF THE COMMONWEALTH**

_____Rocisio_____

_____

_____

Phone: _____

Profit and Loss Statement

for _____Year_____ ## 14 .

| | Codes |
|---|---|
| OKUD format | 0710002 |
| Date (date, month, year) | 31 \| 12 |
| Organization: Kalisto, "Publishing House S-Info"     As in OKPO | 80834222 |
| Taxpayer's Identification Number     INN | 7703633271 |
| Type of economic activity: Book publishing     As in OKVED | 22.11 |
| Type of legal entity/type of ownership: private | |
| Limited liability company     As in OKOP/OKFS | 65 \| 23 |
| Unit of measurement, thousand rub     As in OKEI… | 384 |

Manager _____ I.A. Sazonov     Chief Accountant _____ Z.K. Molotkova
         (signature)     (printed name)                          (signature)         (printed name)

28 February 20 15 .

Previous attachment

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Profit and Loss Statement in the Russian language is true and correct, to the best of my knowledge.   Made in Washington, D.C.

Date: August 19, 2021

*Tatyana Albert*

Tatyana Albert

**Отчет о прибылях и убытках**

за год ## 14 г.

| | Коды |
|---|---|
| Форма по ОКУД | 0710002 |
| Дата (число, месяц, год) | 31 / 12 / 2014 |

Организация  Калисто, "Издательский Дом С-инфо"   по ОКПО  80834222

Идентификационный номер налогоплательщика   ИНН  7703633271

Вид экономической деятельности  издание книг   по ОКВЭД  22.11

Организационно-правовая форма/форма собственности  частная

Общество с ограниченной ответственностью   по ОКОПФ/ОКФС  65 / 23

Единица измерения: тыс. руб.   по ОКЕИ  384

Предыдущее вложение

| Руководитель | | Сазонов И.А. | Главный бухгалтер | | Молоткова З.К. |
|---|---|---|---|---|---|
| (подпись) | | (расшифровка подписи) | (подпись) | | (расшифровка подписи) |

" 28 "  февраля  20 15 г.