# EXHIBIT 12

# Corporations Division

## Business Entity Summary

**ID Number: 113587928**      Request certificate     New search

**Summary for: FIRST CRANDULL CONSTRUCTION, INC.**

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** | FIRST CRANDULL CONSTRUCTION, INC. |
| **Converted from** FIRST CRANDULL CONSTRUCTION, INC. (DE) (Note: Entity is not registered in Massachusetts) **on** 12-12-2006 | |
| **Entity type:** Domestic Profit Corporation | |
| **Identification Number:** 113587928 | **Old ID Number:** |
| **Date of Organization in Massachusetts:** 01-01-2007 | |
| **Date of Involuntary Dissolution by Court Order or by the SOC:** 06-28-2019 | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | |
| **The location of the Principal Office:** | |
| Address: 61 GREAT MEADOW RD. | |
| City or town, State, Zip code, Country: NEWTON, MA 02459 USA | |
| **The name and address of the Registered Agent:** | |
| Name: MICHAEL HELLMAN | |
| Address: 61 GREAT MEADOW RD. | |
| City or town, State, Zip code, Country: NEWTON, MA 02459 USA | |

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |
| TREASURER | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |
| SECRETARY | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |
| DIRECTOR | MICHAEL HELLMAN | 61 GREAT MEADOW RD. NEWTON, MA 02459 USA |

Business entity stock is publicly traded: ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par | No. of shares |

| | | | value | |
|---|---|---|---|---|
| CNP | $ 0.00 | 100 | $ 0.00 | 0 |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Corporations Division
## Business Entity

**Name: FIRST CRANDULL CONSTRUCTION, INC.**

| Order certified copies ☐ check all | Name of filing | Year filed | Date filed | Filing No. | View PDF |
|---|---|---|---|---|---|
|  | Dissolution by Court Order or by the SOC |  | 06/28/2019 05:00 PM | 201908046480 | Index Number = 0 (0 pages) |
| ☐ | Annual Report | 2015 | 02/15/2016 07:27 PM | 201665317380 | 201665317380_1.pdf, 2 pgs |
| ☐ | Annual Report | 2014 | 12/11/2014 03:12 PM | 201405447500 | 201405447500_1.pdf, 2 pgs |
| ☐ | Annual Report | 2013 | 12/11/2014 03:08 PM | 201405445920 | 201405445920_1.pdf, 2 pgs |
| ☐ | Annual Report | 2012 | 10/26/2013 12:20 PM | 201353772240 | 201353772240_1.pdf, 2 pgs |
| ☐ | Annual Report | 2011 | 10/26/2013 12:17 PM | 201353771900 | 201353771900_1.pdf, 2 pgs |
| ☐ | Annual Report | 2010 | 10/26/2013 12:11 PM | 201353771810 | 201353771810_1.pdf, 2 pgs |
| ☐ | Annual Report | 2009 | 03/05/2010 12:06 PM | 201092941620 | 201092941620_1.pdf, 2 pgs |
| ☐ | Annual Report | 2008 | 02/24/2009 04:55 PM | 200951370580 | 200951370580_1.pdf, 2 pgs |
| ☐ | Annual Report | 2007 | 02/28/2008 01:34 PM | 200811666550 | 200811666550_1.pdf, 2 pgs |
| ☐ | Articles of Domestication |  | 12/12/2006 10:59 AM | 200661489110 | 200661489110_1.pdf, 5 pgs |

Note:
Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 2002.

**Return to entity summary**　　**Order filings**

**F**
**FPC**

# The Commonwealth of Massachusetts
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED          **Articles of Domestication**          FORM MUST BE TYPED
(General Laws Chapter 156D, Section 9.50; 950 CMR 113.24)

(1) Exact name of corporation in the jurisdiction of organization:
**FIRST CRANDULL CONSTRUCTION, INC.**

(2) A corporate name that satisfies the requirements of G. L. Chapter 156D, Section 4.01, if the name of the corporation is unavailable for use in the commonwealth, or the corporation desires to change its name:
**NONE**

(3) Jurisdiction of incorporation: **DELAWARE**

(4) Date of incorporation in foreign jurisdiction: **02/13/2001**

(5) The foreign corporation ☐ is / ☒ is not * authorized to conduct business in the commonwealth.

(6) The domestication of the foreign corporation to a business corporation in the Commonwealth was duly authorized as required by the laws of the jurisdiction in which the corporation was incorporated.

(7) The following information is required to be included in the articles of organization pursuant to G.L. Chapter 156D, Section 2.02(a) or permitted to be included in the articles pursuant to G.L. Chapter 156D, Section 2.02(b):

### ARTICLE I
The exact name of the corporation upon domestication is:
**FIRST CRANDULL CONSTRUCTION, INC.**

### ARTICLE II
Unless the articles of organization otherwise provide, all corporations formed pursuant to G.L. Chapter 156D have the purpose of engaging in any lawful business. Please specify if you want a more limited purpose:**

---

* Check the appropriate box
** Professional corporations governed by G.L. Chapter 156A and must specify the professional activities of the corporation.

5
P.C.

c156ds950950c11324 01/13/05

## ARTICLE III

State the total number of shares and par value, * if any, of each class of stock that the corporation is authorized to issue. All corporations must authorize stock. If only one class or series is authorized, it is not necessary to specify any particular designation.

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
|  | 100 |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## ARTICLE IV

Prior to the issuance of shares of any class or series, the articles of organization must set forth the preferences, limitations and relative rights of that class or series. The articles may also limit the type or specify the minimum amount of consideration for which shares of any class or series may be issued. Please set forth the preferences, limitations and relative rights of each class or series and, if desired, the required type and minimum amount of consideration to be received.

## ARTICLE V

The restrictions, if any, imposed by the articles or organization upon the transfer of shares of any class or series of stock are:

## ARTICLE VI

Other lawful provisions, and if there are no such provisions, this article may be left blank.

*Note: The preceding six (6) articles are considered to be permanent and may be changed only by filing appropriate articles of amendment.*
*** G.L. Chapter 156D eliminates the concept of par value, however, a corporation may specify par value in Article III. See Section 6.21 and the comments relative thereto.*

## ARTICLE VII

The effective date of organization of the corporation is the date and time the articles were received for filing if the articles are not rejected within the time prescribed by law. If a later effective date is desired, specify such date, which may not be later than the 90th day after the articles are received for filing:

01/01/2007

## ARTICLE VIII

The information contained in this article is not a permanent part of the articles of organization.

   a. The street address of the initial registered office of the corporation in the commonwealth:
   61 GREAT MEADOW RD., NEWTON, MA 02459
   b. The name of its initial registered agent at its registered office:
   MICHAEL HELLMAN
   c. The names and addresses of the individuals who will serve as the initial directors, president, treasurer and secretary of the corporation (an address need not be specified if the business address of the officer or director is the same as the principal office location):

President: MICHAEL HELLMAN

Treasurer: MICHAEL HELLMAN

Secretary: MICHAEL HELLMAN

Director(s): MICHAEL HELLMAN

*If a professional corporation, include a list of shareholders with residential addresses and attach certificates of the appropriate regulatory board.*

   d. The fiscal year end of the corporation:
   12/31
   e. A brief description of the type of business in which the corporation intends to engage:
   real estate investments, developments and constructions
   f. The street address of the principal office of the corporation:
   61 GREAT MEADOW RD., NEWTON, MA 02459
   g. The street address where the records of the corporation required to be kept in the commonwealth are located is:

   __61 GREAT MEADOW RD., NEWTON, MA 02459_____, which is
   *(number, street, city or town, state, zip code)*

   ☒ its principal office;
   ☐ an office of its transfer agent;
   ☒ an office of its secretary/assistant secretary;
   ☒ its registered office.

Signed by: _____/s/ Michael Hellman_____,
   *(signature of authorized individual)*

   ☐ Chairman of the board of directors,
   ☒ President,
   ☐ Other officer,
   ☐ Court-appointed fiduciary,

on this ____12____ day of ____DECEMBER____, ____2006____.

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "FIRST CRANDULL CONSTRUCTION INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTH DAY OF DECEMBER, A.D. 2006.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3355576  8300

061119015

AUTHENTICATION: 5258526

DATE: 12-08-06

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Articles of Domestication
(General Laws Chapter 156D, Section 9.50; 950 CMR 113.24)

I hereby certify that upon examination of these articles of domestication, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said articles; and the filing fee in the amount of $275 having been paid, said articles are deemed to have been filed with me this 12th day of December, 20 06, at 10:59 a.m./~~p.m.~~
time

Effective date: _____
*(must be within 90 days of date submitted)*

*[signature]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

Filing fee: Minimum $275

Examiner: *[signature]*
Name Approval: *[signature]*

C: _____
M: _____

### TO BE FILLED IN BY CORPORATION
Contact Information:

MICHAEL HELLMAN

61 GREAT MEADOW RD., NEWTON, MA 02459

Telephone: 617-953-6575

Email: MIKEH161@VERIZON.NET

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

1001873



Name: Office of Commercial Corporation "FIRST CRANDALL CONSTRUCTION, INC" USA

| | |
|---|---|
| Tax ID: | 9909038382 |
| KPP | 990901001 |
| OKPO | 56657976 |
| Address | 10A/1, Tysyacha Devyatsot Pyatogo Goda str., Moscow, 123022 |
| Phone(s) | (499) 255-02-99 |
| Fax | 790-00-07 |

Information on Types of Economic Activities of Office FIRST CRANDALL CONSTRUCTION, INC. According to EGRYUL Data

| OKVED code | Type | Name of activity |
|---|---|---|
| 74.40 | Main activity | Advertising activity |
| 74.13.1 | Additional activity | Market performance research |
| 74.14 | Additional activity | Consulting on commercial activities and management |

Description: Office FIRST CRANDALL CONSTRUCTION, INC. (Moscow, Tax ID: 9909038383) Main activities: of Office FIRST CRANDALL CONSTRUCTION, INC.: advertising activity (74.40), market performance research (74.13.1), consulting on commercial activities and management (74.14)

Share:



## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Information on Types of Economic Activities of FIRST CRANDALL CONSTRUCTION, INC. in the Russian language is true and correct, to the best of my knowledge.   Made in Washington, D.C.

Date: August 19, 2021

*Tatyana Albert*

Tatyana Albert



| Наименование | Представительство Коммерческой корпорации "ФЕРСТ КРАНДАЛЛ КОНСТРАКШЕН, ИНК." США |
|---|---|
| ИНН | 9909038382 |
| КПП | 990901001 |
| ОКПО | 56657976 |
| Адрес | 123022, г Москва, ул Тысяча девятьсот пятого года, д 10 А, стр 1 |
| Телефон(ы) | (499) 255-02-99 |
| Факс | 790-00-07 |

## Сведения о видах экономической деятельности
Пред "ФЕРСТ КРАНДАЛЛ КОНСТРАКШЕН, ИНК." по данным ЕГРЮЛ

| Код по ОКВЭД | Тип | Наименование вида деятельности |
|---|---|---|
| 74.40 | Основной вид деятельности | Рекламная деятельность |
| 74.13.1 | Дополнительный вид деятельности | Исследование конъюнктуры рынка |
| 74.14 | Дополнительный вид деятельности | Консультирование по вопросам коммерческой деятельности и управления |

Описание

Пред "ФЕРСТ КРАНДАЛЛ КОНСТРАКШЕН, ИНК." (Москва; ИНН 9909038382) Основные виды деятельности Пред "ФЕРСТ КРАНДАЛЛ КОНСТРАКШЕН, ИНК.": рекламная деятельность (74.40), исследование конъюнктуры рынка (74.13.1), консультирование по вопросам коммерческой деятельности и управления

Поделиться:
