# EXHIBIT 13



Общество с ограниченной ответственностью «С-инфо»

Адрес места нахождения: 105043, Москва, ул. Первомайская, д. 44/20
Адрес для корреспонденции: 121059, Москва, а/я 88
Тел. 8(499)790-00-07, факс 8(499)790-06-08, e-mail:mail@si.ru
огрн 1037739209177, инн 7719036520

№ P- 104

March 15, 2016
Moscow

To whom it may concern

Hereby «S-info» limited liability company notifies that Andrei Yurievich Mann, DOB: December 21, 1957, as a lender transferred the following to the ownership of «S-info» OOO (the borrower) (*translator's note: the Russian acronym for LLC is OOO*) in accordance with Agreement No.1 of April 23, 2015:

- On April 24, 2015, cash in the amount of 18,000,000 (Eighteen Million) rubles 00 kopecks,
  (at the exchange rate: $1 = 51.6011 rubles, this amount equals to $348, 829.7730);

- On December 30, 2015, cash in the amount of 12,000,000 (Twelve Million) rubles 00 kopecks,
  (at the exchange rate: $1 = 72.5066 rubles, this amount equals to $165, 502.1749).

General Director

OOO «S-info»                                    I.A. SAZONOV

Chief Accountant

OOO «S-info»                                    Z.K. MOLOTKOVA


OOO «S-info» Round Stamp

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Letter from S-Info, LLC of March 15, 2016 in the Russian language is true and correct, to the best of my knowledge.   Made in Washington, D.C.

Date: August 16, 2021

Tatyana Albert



**Общество с ограниченной ответственностью «С-инфо»**

Адрес места нахождения: 105043, Москва, ул. Первомайская, д. 44/20
Адрес для корреспонденции: 121059, Москва, а/я 88
Тел. 8(499)790-00-07, факс 8(499)790-06-08, e-mail:mail@si.ru
ОГРН 1037739209177, ИНН 7719036520

№ Р-104

от 15.03.2016г.

г.Москва

Для представления
по месту требования

    Настоящим Общество с ограниченной ответственностью «С-инфо» уведомляет о том, что Манн Андрей Юрьевич, 21.12.1957г.р., в качестве займодавца в соответствии с договором №1 от 23.04.2015г. передал в собственность ООО «С-инфо» (заемщику):

- 24-го апреля 2015 года денежные средства в размере 18 000 000 (Восемнадцать миллионов) рублей 00 копеек,
  (по курсу 1$ = 51,6011руб. сумма составляет 348 829,7730$);

- 30-го декабря 2015 года денежные средства в размере 12 000 000 (Двенадцать миллионов) рублей 00 копеек,
  (по курсу 1$ = 72,5066руб. сумма составляет 165 502,1749$).

Генеральный директор
ООО «С-инфо»                                              И.А.САЗОНОВ

Главный бухгалтер
ООО «С-инфо»                                              З.К.МОЛОТКОВА