# **<u>EXHIBIT 1</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>Plaintiffs<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>Defendants | CIVIL ACTION NO. 4:21-CV-40068 |

## AFFIDAVIT OF LAUREN E. SPARKS

I, Lauren E. Sparks, depose and state under oath as follows:

1. I am counsel for the plaintiffs in the above-entitled action and have personal knowledge of the facts set forth in this affidavit.

2. I am submitting this affidavit in support of the plaintiffs' Opposition to defendant Andrei Mann's Motion to Dismiss.

3. On June 4, 2020, the Chief Directorate of the Ministry of Internal Affairs of Russia for the City of Moscow issued a warrant for Andrei Mann in connection with criminal charges filed against him under Docket No. 11801450017001151 on June 13, 2918. A notice of this warrant and a certified English translation of the notice are attached under **Exhibit 1A**.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF SEPTEMBER, 2021

/s/ Lauren E. Sparks
Lauren E. Sparks, BBO #693935

Client Matter 30307/00001/A7335300.DOCX

## CERTIFICATE OF SERVICE

    I, Lauren E. Sparks, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 2, 2021

/s/ Lauren E. Sparks
Lauren E. Sparks

# **Exhibit 1A**

ГУ МВД России по г. Москве

**УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ ПО ЦЕНТРАЛЬНОМУ АДМИНИСТРАТИВНОМУ ОКРУГУ**
(УВД по ЦАО ГУ МВД России по г. Москве)

ул. Средняя Калитниковская, дом 31, г.Москва, 109029
Тел: (495) 676-40-11, tsaouvd@mvd.ru

04.06.2020 № 01/2-45058

Начальнику ОМВД
России по Пресненскому району
г. Москвы

полковнику полиции
В.В. Разыграеву

Уведомление о заведении РД

Уважаемый Василий Викторович!

Сообщаем Вам, что по уголовному делу № 11801450017001151 от 13.06.2018 года в отношении обвиняемого Манна Андрея Юрьевича, 21.12.1957 года рождения, обвиняемого в совершении преступления, предусмотренного ч. 4 ст. 159 УК РФ, заведено розыскное дело 20229711450001303 от 04.06.2020 года.

В настоящее время проводится комплекс оперативно – розыскных мероприятий, направленных на задержание гр-на Манна А.Ю.

При получении значимой информации Вам будет сообщено дополнительно.

Начальник Отдела уголовного розыска
УВД по ЦАО ГУ МВД России по г. Москве
полковник полиции                                                                 С.Н. Зинеев



ДОКУМЕНТ ПОДПИСАН
ЭЛЕКТРОННОЙ ПОДПИСЬЮ
Сертификат: 9344E30E1B90C680E911435544FA57DE
Владелец: Зинеев Сергей Николаевич
Действителен с 02.04.2019 по 02.07.2020

*Translated from Russian into English*

Chief Directorate of the Ministry of Internal Affairs of Russia for the city of Moscow

**INTERNAL AFFAIRS DEPARTMENT FOR THE CENTRAL ADMINISTRATIVE DISTRICT**
(Internal Affairs Department for the Central Administrative District of the Chief Directorate of the Ministry of Internal Affairs of Russia for the city of Moscow)

31 Srednyaya Kalitnikovskaya St., Moscow, 109029
Tel.: (495) 676 40 11, tsaouvd@mvd.ru

04.06.2020 No. 01/2-45058

Att.:
Head of Internal Affairs Department of Russia for Presnensky district of Moscow

to Police Colonel
Vasily Victorovich Razygraev

Notice of Warrant of Caption

Dear Mr. Razygraev,

This is to inform you that under criminal case No. 11801450017001151 of 13.06.2018 in respect of accused Andrei Yurievich Mann, born on 21.12.1957, accused of a crime under p.4 of Art 159 of the Criminal Code of the RF, a warrant of caption No. 20229711450001303 of 04.06.2020 was issued.

At the moment, a number of criminal intelligence measures aimed at the detention of A.Yu. Mann is being conducted.

You will be timely informed of any material information.

Head of the Criminal Investigations Department
Internal Affairs Department for the Central Administrative District of the Chief Directorate of the Ministry of Internal Affairs of Russia for the city of Moscow

S. N. Zineev

---

THE DOCUMENT WAS SIGNED WITH ELECTRONIC SIGNATURE
Certificate 9344E30E1B90C680E911435544FA87DE
Holder: **Sergey Nikolaevich Zineev**
Valid from 02.04.2019 to 02.07.2020

---

**Buro24**
**TRANSLATION COMPANY**
Address: 2/13 3rd Yamskogo polya St., Moscow, 125040, Russia
+7 (495) 970 90 78
Email: perevod@buro24.net
www.buro24.net

---

We hereby confirm that this is true and accurate word by word translation from Russian into English of the original document attached.

Anna Yu. Suvorina

Signature _____



Date: August 26, 2021.

Buro24 Translation Company
2/13 3rd Yamskogo polya St., Moscow, 125040, Russia
Tel. + 7 (495) 970 90 78