IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068=NMG<br><br>**DEFENDANT ANDREI MANN'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>**LOCAL RULES 7.1(a)(2); (b)(1)** |

Defendant Andrei Mann (Mann) respectfully provides to all Plaintiffs and the co-defendant Michael Hellman the present Notice of Motion and Motion for leave to file a Proposed Reply to the Opposition of the Plaintiffs, of September 2, 2021, to Mann's Motion to Dismiss the plaintiffs' Complaint, dated June 22, 2021.  The Proposed Reply is annexed.

Mann respectfully asks to file a Reply, for example, to bring the Court's attention to the fact that the Affidavit of the Plaintiffs' attorney, presenting an Exhibit to the Opposition is severely flawed, because the said American attorney submitted the Exhibit upon her "personal knowledge," which is improper concerning questionable document(s) from Russia and without, in this instance, disclosing the source.  The Affidavit annexed to the Memorandum was furthermore not in compliance with the statutorily required words under 28 U.S. Code § 1746 'Unsworn declarations under penalty of perjury.'  A failure to authenticate and an improper statement about personal knowledge should be noted; the Court should either strike such an Affidavit as defective or decline to consider it.  Plaintiffs' submission contains other deficiencies, e.g., misstatement of record, and,

1

in one instance, Mann disagrees with the Plaintiffs' reading of a controlling authority.  All these factors warrant the grant of the Motion for leave to file.

CERTIFICATION OF COMPLIANCE UNDER LOCAL RULE 7.1(a)(2).

The undersigned certifies that he has attempted to discuss and resolve the present Motion with the attorneys of all other parties. On September 7, 2021, an email proposing to the counsel of all the parties meet-and-confer by telephone about the present Motion.  The counsel for Defendant Michael Hellman responded in writing that the Motion is assented to from his end.  The attorneys to the Plaintiffs have not responded to the proposal to discuss this Motion.

Respectfully submitted.

Dated: September 9, 2021.

_____/George Lambert/
George Lambert, Esq.
MA bar # 568769; D.C. bar #979327
The Lambert Law Firm
100 Cambridge St., 14th Fl.,
Boston, MA 02114
1025 Connecticut Ave., #1000 NW
Washington, D.C., 20036
Tel. (617) 925 7500; (202) 640 1897, Fax (800) 952 1950
Email: Lawoffice2279@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this September 9, 2021, the foregoing Motion was served on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: September 9, 2021

*/George Lambert/*
_____
George Lambert