IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068=NMG<br><br>**NOTICE OF ERRATA, DEFENDANT'S MOTION ASSENTED TO BY ALL PARTIES**<br><br>**RE. DKT 18, DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS THE COMPLAINT** |

Defendant Andrei Mann ('Mann") respectfully files a Notice of Errata with regard to the Motion for Leave to File Reply to the Opposition of the Plaintiffs to the Motion to Dismiss, Dkt 18, filed on the previous day, September 9, 2021. The Notice is filed on diligently and promptly, on the same day, after learning of the inadvertent error.

The Plaintiffs' counsel brought to the undersigned's attention that there was one of the Plaintiffs' attorneys' email to the undersigned, with the assent to such Motion, on September 7, 2021 ("The plaintiffs do not oppose filing a reply brief."). With the apology, the undersigned's Gmail compressed the incoming emails, and the undersigned inadvertently missed that particular email.

Accordingly, the undersigned must amend the Certification under Rule 7.1(a)(2), replacing the last sentence on the 2nd page of the Motion ("The attorneys to the Plaintiffs have not responded to the proposal to discuss this Motion"), which was in error, with the corrected sentence. The

1

correct last sentence in the Motion is amended herewith and should be: "The attorneys to the Plaintiffs have likewise assented to this Motion".

Accordingly, the Motion for Leave to File Reply should be recaptioned and treated as "Assented-to Motion for Leave to File Reply".

Dated: September 10, 2021.

Respectfully submitted,

_____*/George Lambert/*
George Lambert, Esq.
MA bar # 568769; D.C. bar #979327, FL bar #1022697
The Lambert Law Firm
100 Cambridge St., 14th Fl.,
Boston, MA 02114
1025 Connecticut Ave., #1000 NW
Washington, D.C., 20036
Tel. (617) 925 7500; (202) 640 1897, Fax (800) 952 1950
Email: Lawoffice2279@gmail.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this day, September 10, 2021, the foregoing was served on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
[kpickering@mirickoconnell.com](mailto:kpickering@mirickoconnell.com)
[lsparks@mirickoconnell.com](mailto:lsparks@mirickoconnell.com)
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: September 10, 2021

            */George Lambert/*
            _____
            George Lambert