# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PETR DMITRIEV, ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:21−CV−40068−NMG |
| **ANDREI MANN, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**ANDREI MANN
8855 BAY PARKWAY
BROOKLYN, NEW YORK**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ − Chris Danieli**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2021−06−25 14:19:00**, Clerk USDC DMA

UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, ET AL

CIVIL ACTION NO.: 1:21-CV-40068-NMG

vs

**Plaintiff**

ANDREI MANN, ET AL

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **7/1/2021** at **12:08 PM** at **Outside of 8855 Bay Parkway, Brooklyn, NY 11214 on the Southwest Corner**

deponent served a(n) **Summons in a Civil Action and Complaint with Exhibits 1-7, Civil Cover Sheet**

on **Andrei Mann**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

<u>Description of Person Served:</u>
Gender: Male
Skin: White
Hair: Black/Gray
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other: Balding

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
7th day of July, 2021

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Juan D. Aguirre
License No. 2067175

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160