# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PETR DMITRIEV, ET AL.** | |
| *Plaintiff* | |
| v. | Civil Action No.:<br>1:21-CV-40068-NMG |
| **ANDREI MANN, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**MICHAEL HELLMAN**
**61 GREAT MEADOW ROAD**
**NEWTON, MASSACHUSETTS**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Chris Danieli**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON** 2021-06-25 14:19:00, Clerk USDC DMA

Civil Action No.: 1:21-CV-40068-NMG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Michael Hellman__

was received by me on (date) __7/7/21__.

☒ I personally served the summons on the individual at (place) __61 Great Meadow Road, Newton, MA__ on (date) __7/9/21__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ __168.75__ for travel and $ __40.00__ for services, for a total of $ __208.75__.

I declare under penalty of perjury that this information is true.

__7/9/21__
Date

__[signature]__
Server's Signature

__Dominic Panico    Operations Manager__
Printed name and title

__495 Cabot Street, Beverly, MA 01915__
Server's Address

Additional information regarding attempted service, etc:

The male fitting the description of Michael Hellman refused to identify himself.

Dominic Panico
495 Cabot Street
Beverly, Massachusetts 01915
Phone: 978-927-4449
Fax: 978-927-4119

| | |
|---|---|
| Name of Server: | Dominic Panico undersigned, being duly sworn, deposes and says that at the time of service, he was over the age of twenty-one, and was not a party to this action. |
| Date/Time: | Friday, July 9, 2021, at 7:02 A.M. |
| Place: | 61 Great Meadow Road, Newton, Massachusetts 02459 |
| Document(s): | Summons and Complaint |
| Person Served: | Michael Hellman |
| Method of Service: | By leaving a copy of the Summons and Complaint on the front steps. A male, presumed to be Michael Hellman, opened the front door, although left the storm door closed, and refused to identify himself or open the storm door to receive the documents and requested they be left on the ground. The documents were left directly in front of the door as requested by the male at 61 Great Meadow Road, Newton, Massachusetts 02459 on Friday, July 9, 2021, at 7:02 A.M. It was noted according to research, the property is owned by Michael and Natalie Hellman. It was also noted the Subject is 68 years of age, fitting the description of the male who answered the door. Finally, the Subject's, silver 2021 Buick Envision, Massachusetts Registration Number 8WAY20 was parked in the driveway. |
| Description: | I certify that under the penalties of perjury that on Friday, July 9, 2021, at 7:02 A.M., I left a true and attested copy of the Summons and Complaint at 61 Great Meadow Road, Newton, Massachusetts 02459. A male, presumed to be Michael Hellman, answered the door but refused to identify himself and requested the documents be left in front of the door on the ground. |

Signature of Server:  X _____
Dominic Panico

*Subscribed and sworn to me on this 9th day of July 2021.*

Notary Public:  X _____
Jane Wetson

JANE M. WETSON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 26, 2024