UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TO: Keeper of the Records C/O
Kristin T. Abati, Esq.
Choate Hall & Stewart LLP
2 International Place
Boston, MA 02110

YOU ARE HEREBY COMMANDED, in accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure, to appear and testify before a Notary Public or other officer authorized by law to administer oaths at the offices of Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street in Worcester, Massachusetts, in the County of Worcester on Monday, November 8, 2021 at 10:00 a.m. to testify at the taking of your deposition in the action of:

**PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY SHCHEPIN,
and OLEG SEMENTS, Plaintiffs**

v.

**ANDREI MANN and MICHAEL HELLMAN, Defendants**

U.S. District Court, Civil Action No. 4:21-CV-40068

Please see Attorney Lauren E. Sparks for the plaintiffs at this deposition.

You are further commanded to bring with you the following:

See Schedule A attached.

Hereof fail not, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated at Worcester this 8th day of October, 2021.

_____
Notary Public
My Commission Expires: 1/16/2026

Client Matter 30307/00001/A7397502.DOCX