UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>               Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>               Defendant. | Case No. 1:21-cv-40068-NMG |

### NOTICE OF APPEARANCE

Please enter the appearance of Joseph P. Calandrelli of O'Connor, Carnathan & Mack, LLC as counsel of record for Defendant, Michael Hellman, in the above captioned matter.

Respectfully Submitted,

*/s/ Joseph P. Calandrelli*
Joseph P. Calandrelli, BBO No. 666128
jcalandrelli@ocmlaw.net
**O'Connor, Carnathan and Mack LLC**
67 South Bedford Street, Suite 400W
Burlington, Massachusetts 01803
T: (781) 359-9000

Dated: April 12, 2022

### CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's ECF MA E-file system, and that it will be sent electronically to the registered participants listed to receive electronic filings in this case on April 12, 2022.

*/s/ Joseph P. Calandrelli*
Joseph P. Calandrelli