## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS
                Plaintiffs,

  v.

ANDREI MANN and MICHAEL HELLMAN,
             Defendants.

Case No. 1:21-cv-40068-NMG

JURY TRIAL DEMANDED

## **DEFENDANT MICHAEL HELLMAN's ANSWER TO THE COMPLAINT**

Defendant, Michael Hellman answers the Complaint as follows.  Unless specifically admitted, each and every factual allegation of the Complaint is denied.  Every claim for liability against Mr. Hellman is denied.

## INTRODUCTION

Mr. Hellman denies the allegations in the Introduction that pertain to him and is without knowledge sufficient to form a belief as to the truth of the allegations pertaining to Andrei Mann in the Introduction and, therefore, denies the same.

## PARTIES

1.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

2.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

3.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

4.      Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

5.      Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

6.      Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

7.      Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

8.      Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

9.      Admitted.

## JURISDICTION AND VENUE

10.     Paragraph 10 states a legal conclusion to which no answer is required.

11.     Paragraph 11 states a legal conclusion to which no answer is required.

## GENERAL ALLEGATIONS

12.     Admitted.

13.     Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

14.     Admitted.

15.     Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

16.     Denied.

17.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

18.    Denied.

19.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same..

20.    Mr. Hellman admits notarizing some documents and helping to create some business entities.  Otherwise, Denied.

21.    Denied.

22.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

23.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

24.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

25.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

26.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

27.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

28.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

29.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

30.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

31.    Admitted.

32.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

33.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

34.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

35.    Admitted that Mr. Hellman made no such disclosure.  Denied that he had any reason to make such disclosure or that any of the other allegations in this paragraph are true.

36.    Denied.

37.    Denied.

38.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

39.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

40.    Denied.

41.    Denied.

42.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

43.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

44.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

45.    Admitted.

46.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

47.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

48.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

49.    Denied.

50.    Denied.

51.    Admitted.

52.    Denied.

53.    Admitted that Latour and Dmitry executed trust documents at Choate. Otherwise, Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

54.    Denied.

55.    Denied.

56.    Hellman admits to translating some documents from Russian into English. Otherwise, Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

57.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

58.    Denied.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

64.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

65.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

66.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

67.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

68.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

69.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

70.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

71.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

72.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

73.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

74.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

75.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

76.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

77.    Denied.

78.    Denied.

79.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

80.    Admitted that Exhibit 3 is a loan agreement dated September 15, 2006 in the amount of $371,823 from Osmanov to Lake Louise Realty Trust and that Mr. Hellman was Trustee.  Otherwise, Denied.

81.    Admitted that the Lake Louise Realty Trust made payments to Mr. Osmanov. Otherwise, Denied.

82.    Denied.

83.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

84.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

85.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

86.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

87.    Admitted.

88.    Denied.

89.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

90.    Denied.

91.    Denied.

92.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

93.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

94.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

95.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

96.     Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

97.     Denied.

98.     Denied.

99.     Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

100.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

101.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

102.    Mr. Hellman is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

**COUNT I**

**FRAUD**

**PETR DMITRIEV v. ANDREI MANN**

103.    Mr. Hellman repeats his foregoing responses as if fully set forth herein.

104.    Count I is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

105.    Count I is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

106.    Count I is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

107.    Count I is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

108.    Count I is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

109.    Count I is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT II

## BREACH OF CONTRACT

## PETR DMITRIEV v. ANDREI MANN

110.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

111.    Count II is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

112.    Count II is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

113.    Count II is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

114.    Count II is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT III

## CONSPIRACY

## PETR DMITRIEV v. ANDREI MANN

115.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

116.    Denied.

117.    Denied.

118.    Denied.

119.    Denied.

## COUNT IV

## FRAUD

## DARIA LATOUR v. ANDREI MANN

120.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

121.    Count IV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

122.    Count IV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

123.    Count IV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

124.    Count IV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

125.    Count IV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT V

## BREACH OF CONTRACT

## DARIA LATOUR v. ANDREI MANN

126.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

127.    Count V is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

128.    Count V is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

129.    Count V is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

130.    Count V is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

131.    Count V is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT VI

## FRAUD

### YUSUP OSMANOV v. ANDREI MANN

132.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

133.    Count VI is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

134.    Count VI is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

135.    Count VI is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

136.    Count VI is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

137.    Count VI is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

138.    Count VI is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT VII

## BREACH OF CONTRACT

## YUSUP OSMANOV v. ANDREI MANN

139.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

140.    Count VII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

141.    Count VII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

142.    Count VII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

143.    Count VII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT VIII

## FRAUD

## YURI RYAZANOV v. ANDREI MANN

144.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

145.    Count VIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

146.    Count VIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

147.    Count VIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

148.    Count VIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

149.    Count VIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT IX

## BREACH OF CONTRACT

## YURI RYAZANOV v. ANDREI MANN

150.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

151.    Count IX is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

152.    Count IX is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

153.    Count IX is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

154.    Count IX is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT X

## FRAUD

## ARSENIY SHCHEPIN and GEORGY SHCHEPIN v. ANDREI MANN

155.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

156.    Count X is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

157.    Count X is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

158.    Count X is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

159.    Count X is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

160.    Count X is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

161.    Count X is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT XI

## CIVIL CONSPIRACY

## ARSENIY SHCHEPIN and GEORGY SHCHEPIN v. ANDREI MANN

162.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

163.    Denied

164.    Denied.

165.    Denied.

166.    Denied.

## COUNT XII

## FRAUD

## OLEG SEMENETS v. ANDREI MANN

167.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

168.    Count XII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

169.    Count XII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

170.    Count XII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

171.    Count XII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

172.    Count XII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT XIII

## BREACH OF CONTRACT

## OLEG SEMENETS v. ANDREI MANN

173.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

174.    Count XIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

175.    Count XIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

176.    Count XIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

177.    Count XIII is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT XIV

## CONVERSION

## ALL PLAINTIFFS v. ANDREI MANN

178.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

179.    Count XIV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

180.    Count XIV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

181.    Count XIV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

182.    Count XIV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT XV

## UNJUST ENRICHMENT

## ALL PLAINTIFFS v. ANDREI MANN

183.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

184.    Count XV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

185.    Count XV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

186.    Count XV is not asserted against Mr. Hellman, so no response is required.   To the extent a response is required, Denied.

## COUNT XVI

### FRAUD

### PETR DMITRIEV v. MICHAEL HELLMAN

187.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

188.    Denied.

189.    Denied.

190.    Denied.

191.    Denied.

## COUNT XVII

### CIVIL CONSPIRACY

### PETR DMITRIEV v. MICHAEL HELLMAN

192.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

193.    Denied.

194.    Denied.

195.    Denied.

196.    Denied.

## COUNT XVIII

### FRAUD

### ARSENIY SHCHEPIN and GEORGY SHCHEPIN v. MICHAEL HELLMAN

197.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

198.    Denied.

199.    Denied.

200.    Denied.

201.    Denied.

202.    Denied.

203.    Denied.

## COUNT XIX

### CIVIL CONSPIRACY

### ARSENIY SHCHEPIN and GEORGY SHCHEPIN v. MICHAEL HELLMAN

204.    Mr. Hellman repeats the foregoing responses as if fully set forth herein.

205.    Denied.

206.    Denied.

207.    Denied.

### AFFIRMATIVE DEFENSES

1.    Plaintiffs fail to state a claim upon which relief can be granted against Mr.

Hellman.

2.    Plaintiffs' claims are barred or discharged by the Russian bankruptcy proceeding.

3.    Plaintiffs suffered no loss due to any act or omission by Mr. Hellman.

4.    Plaintiffs failed to mitigate their damages.

5.      Plaintiffs' claims are barred by their unclean hands.

6.      Plaintiffs' claims are barred by applicable Russian law.

7.      Plaintiffs' claims are barred by laches or the statute of limitations.

8.      Plaintiffs' claims are barred by res judicata or collateral estoppel.

9.      Plaintiffs' claims are barred by waiver or estoppel.

10.     Plaintiffs' equitable claims are barred by written contracts.

11.     Plaintiffs have been paid all sums to which they are entitled.

12.     Mr. Hellman expressly reserves the right to amend or add additional affirmative defenses based on the evidence adduced in discovery.

WHEREFORE, Mr. Hellman respectfully requests judgment in his favor on all counts of the Complaint and that the Court award him his costs and attorney's fees and such other and further relief as it deems just.

DEFENDANT DEMANDS A JURY TRIAL ON ALL COUNTS SO TRIABLE.

Respectfully Submitted,

/s/ Sean T. Carnathan
Sean T. Carnathan, BBO No. 636889
scarnathan@ocmlaw.net
Joseph P. Calandrelli, BBO No. 666128
jcalandrelli@ocmlaw.net
**O'Connor, Carnathan and Mack LLC**
67 South Bedford Street, Suite 400W
Burlington, Massachusetts 01803
Dated:  April 15, 2022                  T: (781) 359-9000

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's ECF MA E-file system, and that it will be sent electronically to the registered participants listed to receive electronic filings in this case on April 15, 2022.

/s/ Sean T. Carnathan
Sean T. Carnathan