IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>    Plaintiffs,<br><br>      v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>    Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br>**NOTICE OF ERRATA OF DEFENDANT ANDREI MANN**<br><br>**RE.: DKT 36** |
| ANDREI MANN<br><br>    Plaintiff in Counterclaim<br><br>      v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>    Defendants in counterclaim | |
| ANDREI MANN<br><br>    Plaintiff, Third-Party Complaint<br><br>      v.<br><br>SULEIMAN GUSEINOV, ALEKSEY PETROV, and ARSEN KOMUTAEV<br><br>    Defendants, Third-Party Complaints | |

1

Defendant Andrei Mann (Mann), plaintiff in counterclaims and in third-party complaints, respectfully files a Notice of Errata, concerning to Docket 36, the Verified Counterclaim against Petr Dmitriev (Mann), docketed on April 25, 2022.  On p. 6, the Verified Counterclaim left, as an inadvertent error, the last four digits of the Swiss account, attributed to Dmitriev.  Ref. F.R.Civ.P. 5.2.

Accordingly, promptly learing of that error, Mann has done that redaction on p. 6, submitting the set with that redaction of four digits on p. 6, annexed herewith.  In all other respects, the document is the same as Dkt 36, the only difference is the redaction of four digits.

Mann respectfully requests the ECF Clerk of the Court to replace Dkt 36 with the attached set of the same document, with the redaction.

Annex:  the Counterclaim with redaction on p. 6.


Dated: May 14, 2022.    Respectfully submitted,


_____/*signed George Lambert*/
George Lambert, Esq.
MA bar #568769
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel. (617) 925 7500, fax (800) 852 1950
Email: Lawoffice2279@gmail.com
Attorney for defendant Andrei Mann, plaintiff in Counterclaims and Third-Party Complaints

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, May 14, 2022, the foregoing was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: May 14, 2022

*/George Lambert/*
_____
George Lambert