IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>    Plaintiffs,<br><br>      v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>    Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br>**DEFENDANT/PLAINTIFF IN COUNTERCLAIM ANDREI MANN'S MOTION**<br><br>**FOR AN ORDER TO REPLACE PAGE 6 OF THE PLEADING WITH REDACTION OF ACCOUNT INFORMATION**<br><br>**RE.: COUNTERCLAIM AGAINST PETR DMITRIEV, DKT 36;<br>NOTICE OF ERRATA, DKT 43** |
| ANDREI MANN<br><br>    Plaintiff in Counterclaim<br><br>      v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>    Defendants in counterclaim | |
| ANDREI MANN<br><br>    Plaintiff, Third-Party Complaint<br><br>      v.<br><br>SULEIMAN GUSEINOV, ALEKSEY PETROV, and ARSEN KOMUTAEV<br><br>    Defendants, Third-Party Complaints | |

Defendant Andrei Mann (Mann), plaintiff in counterclaims and in third-party complaints, respectfully moves this Court to direct the Clerk of the Court to make a technical correction, replacement of p. 6 of the Counterclaim against Petr Dmitriev, Dkt 36 (docketed on April 25) and the same correction in Notice of Errata, Dkt 43 docketed on May 14).

More specifically, the Counterclaim against Petr Dmitriev, Dkt 36, in advertently disclosed the particulars of his Swiss bank account, inconsistent with F.R.Civ.P. 5.2. That caught attention of both counsel far later, in early May. The undersigned proposed to accommodate Petr Dmitriev's counsel, filing the Notice of Errata, Dkt 43. It turned out that Mr. Dmitriev's attorney required to redact out all information about the bank and the account and to leave only the three last digits.

Prior to filing this Motion, the undersigned undertook meet-and-confer with the opposing counsel, where the opposing counsel urged the undersigned to file a Motion. The opposing counsel was of the opinion that the attempted Notice of errata, Dkt 43, was insufficient. Accordingly, the inadvertent error should be corrected through the ECF Clerk, who requires the directive or permission of the Court.

The undersigned apologizes for that technical error on p. 6, all being unintended.

Accordingly, Mann moves to replace either only p. 6 of the pleading, filed under Dkts 36 and 43, or replace the entire document, where the only difference is redaction on p. 6.

Both proposed files, in the alternative, are annexed:

Exhibit 1: Page 6 for replacement (with redaction), or

Exhibt 2: The entire pleading, Counterclaim against Petr Dmitriev.

Dated: May 17, 2022.    Respectfully submitted,

_____/*signed George Lambert*/

George Lambert, Esq.
MA bar #568769
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel. (617) 925 7500, fax (800) 852 1950
Email: Lawoffice2279@gmail.com
Attorney for defendant Andrei Mann, plaintiff in
Counterclaims and Third-Party Complaints

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this day, May 17, 2022, the foregoing was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: May 17, 2022

                                              */George Lambert/*
                                              _____
                                              George Lambert