25. In another example, on June 5, 2017, DMITRIEV asked for an update of the wire transfer of $17,000, representing interest on DMITRIEV's investment.

26. In addition to repayments in cash, DMITRIEV got paid certain amounts through bank accounts, to be established on bank documents.

27. At one point, DMITRIEV asked that he and MANN have a meeting in Moscow in a restaurant, Oleg Falikovich (Falikovich), a resident of Switzerland. Per DMITRIEV's representations to MANN, Falkovich proposed various schemes to avoid taxes in Switzerland and elsewhere. When MANN heard about DMITRIEV's and Falikovich's proposals, MANN rebutted those with declination and subsequently refused to contact Falikovich.

28. To MANN's knowledge, in addition to an account at the Bank of Israel, DMITRIEV has also used a Swiss bank account at Banque Pupulaire Privee in Zurich, eventually opened through the facilitation of Falikovich.

29. As evidence shows, DMITRIEV's Swiss account is as follows: Account name: Dmitriev Petr, address of the owner: Izrael, Bat Yam, Jerushalaim st., 4/8, Bat Yam, Israel. Bank: redacted, bank address: redacted redacted 64 6, correspondent Bank USD: JPMorgane Chase, Swift: CHAS US 33.

30. While filing the Complaint in this action, DMITRIEV fraudulently concealed that a substantial portion of the debt to him, for business purposes, had been repaid.

31. On information and belief, DMITRIEV got in contact with OSMANOV, a Russian national whose address is 4/7 Troilinskiy pereulok, Apt 65, Moscow, 119002. After having worked for MANN and his business for several years, OSMANOV used his access to financial

6