**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, <br>    Plaintiffs <br><br> v. <br><br> ANDREI MANN and MICHAEL HELLMAN, <br>    Defendants | CIVIL ACTION NO. 1:21-CV-40068-NMG |

**AFFIDAVIT OF KENNETH C. PICKERING**

I, Kenneth C. Pickering, hereby depose and state as follow:

1. I am a partner at Mirick O'Connell DeMallie & Lougee LLP ("Mirick O'Connell").

2. I am counsel to the Plaintiffs in this action, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets (together "Plaintiffs").

3. Mirick O'Connell's representation of the Plaintiffs does not involve the assertion of a claim by one Plaintiff against another Plaintiff in the same litigation or in any other tribunal.

4. The Plaintiffs have been informed of the potential conflicts of interest generally involved where multiple parties are represented by a single attorney.

5. The Plaintiffs have also been informed of the specific allegations made by Defendant Andrei Mann in his counterclaims and Motion to Disqualify Mirick O'Connell.

6. The Plaintiffs have consented to joint representation to pursue their unified interests against Andrei Mann and Michael Hellman.

7. The Plaintiffs have executed a joint representation agreement, made in writing and with informed consent.

8. A copy of the joint representation agreement can be made available to the Court upon request for in camera review.

Signed under the pains and penalties of perjury this 23rd day of May, 2022.

_____
Kenneth C. Pickering

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2022.

_____
Kenneth C. Pickering