UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>　　Plaintiffs<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>　　Defendants | CIVIL ACTION NO. 1:21-CV-40068-NMG |

ANDREI MANN
　　Plaintiff in Counterclaim

v.

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENYI SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS,
　　Defendants in Counterclaim

ANDREI MANN
　　Plaintiff, Third Party Complaint

v.

SULEIMAN GUSEINOV, ALEKSEY
PETROV, and ARSEN KOMUTAEV
　　Defendants, Third Party Complaint

**LOCAL RULE 16.1 JOINT STATEMENT**

I.  Introduction

The parties, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, Oleg Semenets, Andrei Mann, and Michael Hellman, jointly file the attached Local Rule 16.1 Joint Statement.

<u>Preliminary Statement of Defendant/Plaintiff in Counterclaim and Third-Party Complaint Andrei Mann.</u>

On April 25, 2022, Andrei Mann filed, jointly with his Answer [Dkt.34], his Verified Counterclaims against Daria Latour, Arsenyi Shchepin, and Georgy Shchepin [Dkt 35], Petr Dmitriev [Dkt 36], Yusup Osmanov [37], Yuri Ryazanov [38], and Oleg Semenets [39].

Pursuant to F.R.Civ.P. 14, on May 6, 2022, Andrei Mann filed the Verified Third-Party Complaints against Suleiman Guseinov and Aleksey Petrov [40], and Arsen Komutaev [41]. These Third-Party Complaints are in the process of being served in Moscow, Russia, under the 1965 Hague Convention for Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters.

On May 8, 2022, Mann filed the Motion to Disqualify Mirick, O'Connell, Demallie & Lougee LLP, alleging that said law firm had overcome, among other conflicts, a conflict among its three clients in the magnitude of $1.2 million.

Mann's counsel suggested to the opposing counsel to jointly move to reschedule the conference, until the Answers to the Third-Party Complaints [40-41] are filed or the Motions to Dismiss any of those pleadings, as well as the Motion to disqualify are ruled on, whichever occurs later.  Mann's position is that the conflict between Osmanov, on the one hand, and the brothers Shchepins falls under the prohibition of a nonwaivable conflict.  The Affidavit on behalf of Mirick O'Connell (not clients), Dkt 51-1, of May 23, 2022, implies that no formal waivers were executed.  The Court should require Mirick O'Connell to produce 'for attorney eyes' the

waivers if those exist or comport to the requirements and set up an evidentiary hearing, where Mann will submit testimony on the conflict.

In light of the case law discouraging piece-meal discovery and proceedings, Mann requests the Court to schedule discovery when the above pending pleadings and a motion are resolved.

II.   Agenda for Scheduling Conference

A.   Discussion of dispositive motion(s) / motion to disqualify. Mann asks an evidentiary hearing, at which time the evidence of nonwaivable conflict cited above, with a magnitude of $1.2 million, is to be presented.

B.   Discussion of the parties' proposed pretrial schedule. A disclaimer is made that Mann anticipates filing a Motion to bifurcate the trials in this case.

III.   Proposed Pretrial Schedule

Mann respectfully submits that setting concrete dates for discovery and other phases of trial is premature, and Mann's scheduling proposals are tolled by the date of the Order resolving the above pleadings and the Motion referred to hereinafter as the 'Order'.

| Event | Deadlines Proposed by Plaintiffs and Defendant Michael Hellmann | Deadlines Proposed by Defendant and Plaintiff in Counterclaim Andrei Mann |
|---|---|---|
| Initial Disclosures Served by: | May 24, 2022 | 10 days after the Order |
| Motions to Add Parties or Amend Pleadings Filed by: | January 30, 2023 | 30 days after the Order |
| All Fact Discovery and Non-Expert Depositions Completed by: | May 30, 2023 | Discovery to commence 20 |

|  |  | days after Order, to last 12 months |
| --- | --- | --- |
| Motion(s) for Summary Judgment filed by: | June 30, 2023 | 13 months after the Order |
| Opposition(s) to Motion(s) for Summary Judgment filed by: | July 31, 2023 | 14 months after the Order |
| Final Pre-Trial Conference: | September ____, 2023 | 16 months after the Order |
| Trial: | To be set at the Final Pre-Trial Conference | To be set at the Final Pre-Trial Conference |

IV.   Local Rule 16.1(d)(3) Certifications

Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of alternative dispute resolution. At the present time, the parties do not believe alternative dispute resolution would be fruitful. The parties will file their respective certifications required by Local Rule 16.1(d)(3) as separate documents.

V.   Trial by Magistrate Judge

The parties do not consent to a trial by a Magistrate Judge.

VI.   Settlement

The plaintiffs presented a settlement proposal to both defendants. Likewise, Mann presented a settlement proposal the plaintiffs based on his counterclaims. Counsel for plaintiffs and defendants have conferred with their clients on the subject of settlement pursuant to Local Rule 16.1(c).

| | |
|---|---|
| ANDREI MANN,<br><br>By his attorney,<br><br>*George Lambert (KCP)*<br>George Lambert, BBO #568769<br>The Lambert Law Firm<br>100 Cambridge Street, 14th Floor<br>Boston, MA 02114<br>Phone: (617) 925-7500<br>lawoffice2279@gmail.com | PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS,<br><br>By their attorney,<br><br>*K. H. C. P.*<br>Kenneth C. Pickering, BBO #634121<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>kpickering@mirickoconnell.com |
| MICHAEL HELLMAN,<br><br>By his attorney,<br><br>*Sean T. Carnathan (KCP)*<br>Sean T. Carnathan, BBO #636889<br>O'Connor, Carnathan and Mack LLC<br>67 South Bedford Street, Suite 400W<br>Burlington, MA 01803<br>Phone: (781) 359-9000<br>scarnathan@ocmlaw.net | |

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I filed the foregoing document through the Court's ECF MA E-file system, and that it will be sent electronically to the registered participants listed to receive electronic filings in this case.

Dated: May 24, 2022

*K. H. C. P.*
Kenneth C. Pickering