UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>    Plaintiffs<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>    Defendants | CIVIL ACTION NO. 1:21-CV-40068-NMG |

## **LOCAL RULE 16.1(d)(3) CERTIFICATION**

We, Kenneth C. Pickering, attorney for the plaintiffs, and plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets, certify that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_/s/ K. H. C. P._
Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
kpickering@mirickoconnell.com

_____ /Pete Dmitriev 20.05.22/
PETR DMITRIEV

_____ /Daria Latour/ 20.05.22
DARIA LATOUR

_____ /Osmanov Yusup/
YUSUP OSMANOV

_____ /Riazanov Yury/ 20.05.22
YURI RYAZANOV

_____ Arseniy Shchepin 20.05.22
ARSENIY SHCHEPIN

_____ G. Shchepin 20.05.22
GEORGY SHCHEPIN

_____ /Semenets Oleg/ 20.05.22
OLEG SEMENETS

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF), paper copies will be sent to those indicated as non-registered participants.

Dated: May 24, 2022

Kenneth C. Pickering