IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br>**CERTIFICATION BY ANDREI MANN, DEFENDANT AND PLAINTIFF IN COUNTERCLAIMS UNDER LOCAL RULE 16(1)(d)(3)** |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in Counterclaim | |
| ANDREI MANN<br><br>Plaintiff<br><br>v.<br><br>SULEIMAN GUSEINOV, ALEXEY PETROV, and ARSEN KOMUTAEV<br><br>Third-Party Defendants | |

1

Pursuant to Local Rule 16(1)(d)(3), Defendant and Plaintiff in Counterclaims/Third-Party Complaints Andrei Mann (Mann), by and through his undersigned counsel, certifies that he has we have conferred with his counsel (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Dated: May 24, 2022.   Respectfully submitted,

_____/*signed George Lambert*/
George Lambert, Esq.
MA bar #568769
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel. (617) 925 7500, fax (800) 852 1950
Email: Lawoffice2279@gmail.com
Attorney for Defendant and Plaintiff
In Third-Party Complaint Andrei Mann

2

## CONFIRMATION OF CERTIFICATION

*Andrei Mann*        _____

                     Andrei Mann,

                     Date: May 24, 2022

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, the foregoing was served on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: May 24, 2022

*/George Lambert/*
_____
George Lambert