UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS,

Plaintiffs,

v.

ANDREI MANN and MICHAEL HELLMAN,

Defendants.

Case No. 1:21-cv-40068-NMG

### DEFENDANT MICHAEL HELLMAN'S LOCAL RULE 16.1(d) CERTIFICATION

Pursuant to Local Rule 16(1)(d)(3), Defendant Michael Hellman and his undersigned counsel certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs

O'CONNOR, CARNATHAN AND MACK, LLC

/s/ Sean T. Carnathan
Sean T. Carnathan, BBO No. 636889
scarnathan@ocmlaw.net
Joseph P. Calandrelli, BBO No. 666128
jcalandrelli@ocmlaw.net
**O'Connor, Carnathan and Mack LLC**
67 South Bedford Street, Suite 400W
Burlington, Massachusetts 01803
T: (781) 359-9000

Dated: May 24, 2022

1

CLIENT CERTIFICATION

_____
Michael Hellman

Dated: 05/24/2022

Certificate of Service

    I hereby certify that the foregoing document was filed electronically through the Court's ECF filing system on May 24, 2022 and that counsel of record for each other party is registered to receive electronic notice of this filing.

                                        /s/ Sean T. Carnathan
                                        Sean T. Carnathan