IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br><br><br>**PLAINTIFFS' NOTICE OF NEWLY DISCLOSED INFORMATION PERTINENT TO HEARING**<br><br>Date: August 17, 2022<br>Time: 3:00 PM<br>**Courtroom: audiolink**<br>**Judge: The Hon.** |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | **RE. MOTION TO DISQUALIFY MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP FROM REPRESENTING SEVEN PLAINTIFFS BASED ON IMPERMISSIBLE CONFLICT** |
| ANDREI MANN<br><br>Third-Party Plaintiff<br><br>v.<br><br>SULEIMAN GUSEINOV, ALEXEY PETROV, and ARSEN KOMUTAEV<br><br>Third-Party Defendants | |

Defendant and Plaintiff in Counterclaim and the Third-Party Complaint, Andrei Mann, respectfully provides an emergency Notice of the belate disclosure by Plaintiffs' counsel that he is on the Merit Selection Panel, to prepare a Report on the reelection of two U.S. Magistrate Judges, including The Hon. Donald L. Cabell, by October 27, 2022.

Acting as an officer of the Court, the undersigned believes that Plaintiffs' counsel was obligated to timely report to the Court and advise the parties, under the ethics rules, regarding that new development on the appointment on the Merit Selection Panel, that has created another conflict for Plaintiffs' counsel, for purposes of the appointment of the U.S. Magistrate Judge to adjudicate proceedings in this case.

The Notice is diligently filed on the same day of receiving such information from Plaintiffs' counsel. For an email exchange, Public Notice and Order, see Attachment.

Dated: August 15, 2022.    Respectfully submitted,

_____/*signed George Lambert*/
George Lambert, Esq.
MA bar #568769
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel. (617) 925 7500, fax (800) 852 1950
Email: Lawoffice2279@gmail.com
Attorney for Defendant and Plaintiff
in Counterclaim Andrei MANN

## CERTIFICATE OF SERVICE

       The undersigned certifies that on this day, August 15, 2022, the foregoing was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: August 15, 2022

                                            */George Lambert/*
                                           _____
                                           George Lambert