# EXHIBIT 1

8/15/22, 9:16 PM
Case 1:21-cv-40068-NMG Document 68-11 Filed 08/15/22 Page 2 of 5
Case 1:21-cv-40068-NMG Document 66-1 Filed 08/15/22 Page 2 of 6



Law Office <lawoffice2279@gmail.com>

## Dmitriev v. Mann
4 messages

**Pickering, Kenneth C.** <kpickering@mirickoconnell.com>   Mon, Aug 15, 2022 at 7:29 PM
To: Law Office <lawoffice2279@gmail.com>, "Sean T. Carnathan" <scarnathan@ocmlaw.net>

Dear George and Sean,

I realize that we have a hearing on the Motion to Disqualify scheduled for Wednesday. As you may know, I was recently appointed to serve on the merit selection panel for Magistrate Judge Cabell. I do not believe that my service as one of eight people on the panel will impact this case in any way, but I wanted to bring it to your attention prior to the hearing so you were both aware.

Best, Ken



**KENNETH C. PICKERING**
Partner
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street | Worcester | MA | 01608-1477
t 508.860.1544 | f 508.983.6288
kpickering@mirickoconnell.com



Please visit our website: www.mirickoconnell.com

The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. This electronic message and any attachments may also contain information that is protected by federal and state law, including the HIPAA Privacy Rule. If you are not the intended recipient, you are hereby notified that any dissemination, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Mirick O'Connell at (508)791-8500 and delete this communication immediately without copying or distributing it.

📄 **07 2022 Public Notice - MJ Cabell Reappointment w appt order.pdf**
201K

**Law Office** <lawoffice2279@gmail.com>   Mon, Aug 15, 2022 at 9:15 PM
To: "Pickering, Kenneth C." <kpickering@mirickoconnell.com>

Cc: "Sean T. Carnathan" <scarnathan@ocmlaw.net>

Hello, Kenneth:

It seems it was your obligation to advise the parties and alert the Magistrate Judge in the docket of these circumstances.

You have left no choice, but to do an appropriate filing today, advising the Magistrate Judge.

Sincerely, George

[Quoted text hidden]
—
Sincerely yours,

George Lambert, Esq.
THE LAMBERT LAW FIRM
100 Cambridge Str., 14th Floor, Boston, MA 02114;
1025 Connecticut Ave., 1000 NW, Washington, D.C., 20036;
tel. (617) 925 7500; (202) 640 1897; fax (800) 852 1950;
Skype george.lambert.10; Website: www.law-boston-lambert.com

Disclaimer. The information in this e-mail is confidential. It is intended only for the use of the individuals or entities named above as addressees. You are hereby notified that if you are not the intended recipient, or employee or agent responsible for delivering it to the intended recipient, any use, dissemination, distribution or copying of the information in this e-mail is strictly prohibited. If you received this e-mail in error, please notify me immediately by telephone or e-mail. Thank you.

**Law Office** <lawoffice2279@gmail.com>                                                    Mon, Aug 15, 2022 at 9:16 PM
To: Mann Andrei <andreimann@hotmail.com>

[Quoted text hidden]
—
Sincerely yours,

George Lambert, Esq.
THE LAMBERT LAW FIRM
100 Cambridge Str., 14th Floor, Boston, MA 02114;
1025 Connecticut Ave., 1000 NW, Washington, D.C., 20036;
tel. (617) 925 7500; (202) 640 1897; fax (800) 852 1950;
Skype george.lambert.10; Website: www.law-boston-lambert.com

Disclaimer. The information in this e-mail is confidential. It is intended only for the use of the individuals or entities named above as addressees. You are hereby notified that if you are not the intended recipient, or employee or agent responsible for delivering it to the intended recipient, any use, dissemination, distribution or copying of the information in this e-mail is strictly prohibited. If you received this e-mail in error, please notify me immediately by telephone or e-mail. Thank you.


📄 **07 2022 Public Notice - MJ Cabell Reappointment w appt order.pdf**
201K

**Law Office** <lawoffice2279@gmail.com>                                                    Mon, Aug 15, 2022 at 9:16 PM
To: Mann Andrei <andreimann@hotmail.com>

---------- Forwarded message ---------
From: **Law Office** <lawoffice2279@gmail.com>
Date: Mon, Aug 15, 2022 at 9:15 PM
Subject: Re: Dmitriev v. Mann
To: Pickering, Kenneth C. <kpickering@mirickoconnell.com>
Cc: Sean T. Carnathan <scarnathan@ocmlaw.net>

Hello, Kenneth:

It seems it was your obligation to advise the parties and alert the Magistrate Judge in the docket of these circumstances.

You have left no choice, but to do an appropriate filing today, advising the Magistrate Judge.

Sincerely, George

[Quoted text hidden]
[Quoted text hidden]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### PUBLIC NOTICE

The current term of the office of **United States Magistrate Judge Donald L. Cabell** will expire on January 20, 2023. In accordance with 28 U.S.C. §631(b)(5) and regulations promulgated by the Judicial Conference of the United States, the United States District Court for the District of Massachusetts will appoint a panel of citizens to advise the court concerning the reappointment of Judge Cabell to a new eight-year term.

The duties of a magistrate judge include, in criminal cases, the conduct of most preliminary proceedings, as well as trials and dispositions of misdemeanor offenses. In civil cases, the duties encompass managing various pretrial matters, presiding over evidentiary proceedings on delegation from the district judges, and conducting trials upon the consent of the litigants.

In aid of its review and evaluation of the incumbent's performance in office, the panel will consider comments from members of the bar and the public and any other evidence of Judge Cabell's character, ability, fairness and commitment to equal justice. The panel will report their recommendations to the Court.

Comments from members of the bar and the public concerning the incumbent's qualifications for reappointment are invited and must be received by **August 26, 2022**. They should be marked "Confidential" and directed to:

> Robert M. Farrell
> Clerk of Court
> Attn: USMJ - Reappointment
> United States District Court
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210

July 19, 2022

*Robert M. Farrell*
Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

### Order

After consideration by this court of Section 3.02 of the "Regulations of the Judicial Conference of the United States Establishing Standards and Procedures for the Appointment and Reappointment of United States Magistrate Judges," it is hereby ORDERED that the following persons are appointed members of the Merit Selection Panel, effective July 19, 2022.

Peter Levitt, Esq., Chair
Tracy Duncan, Esq.
Claudia Lagos, Esq.
David Lawless, Esq.
Luke Matys
Nicole Monterio
Kenneth Pickering, Esq.
Annabel Rodriguez, Esq.

The Panel will, in accordance with the above regulations, report to the court by **October 27, 2022** its recommendations regarding the re-appointment of Magistrate Judge Katherine A. Robertson and Magistrate Judge Donald L. Cabell.

Dated: July 19, 2022                         */s/ Mark G. Mastroianni*
                                                                   For the Court, Mark G. Mastroianni
                                                                   United States District Judge