IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br>**UNOPPOSED MOTION (EMERGENCY) OF DEFENDANT/PLAINTIFF IN COUNTERCLAIM ANDREI MANN FOR LEAVE TO PARTICIPATE THROUGH COUNSEL IN HEARING ON SEPTEMBER 6, 2022, BY VIDEOLINK** |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | |
| ANDREI MANN<br><br>Plaintiff, Third-Party Complaint<br><br>v.<br><br>SULEIMAN GUSEINOV, ALEKSEY PETROV, and ARSEN KOMUTAEV<br><br>Defendants, Third-Party Complaints | |

1

Defendant Andrei Mann (Mann), plaintiff in counterclaims and in third-party complaints, respectfully moves this Court for leave to participate, through his attorney, in the hearing scheduled for September 6, 2022, at 11 AM, by a videolink.

The hearing is dedicated to the pending Motion to disqualify the law firm Mirick, O'Connell, Demallie & Lougiee LLP, on the basis of the alleged impermissible conflict among its seven individual clients, the parties who initiated this action.

Prior to bringing the present Motion, the undersigned undertook meet-and-confer with the other counsel of record in this action, and received their response, that, on their end, they have no objections to the video-link participation of the undersigned.

The reasons for relief asked in this Motion are as follows. The undersigned has been tested positive for the COVID-19 infection, which confirmed the nature of his illness. The undersigned is experiencing follow-up consequences or complications, that last to date. Prior to the Court's minutes announcement on August 19, 2022 of the forthcoming hearing, the undersigned was in another State, more than 3 hour-flight away, and the undersigned has remained in the same location. An anticipated recovery has not occurred to date. Together with the time at the airports, a trip can take a total of close to 6 hours, which may be burdensome for the undersigned's current health condition. Taking a long flight before a complete recovery, which is expected, can aggravate and prolong the medical issues. On another note, taking a plane seat under these conditions may also expose other flight passengers during a long flight, which exposure a responsible person needs to attempt to avoid whenever possible.

Since the other counsel have expressed no objection, there is no prejudice to them. All relevant documents, particularly the Russian Court decision, expressly showing that conflict, were attached to the underlying Motion to disqualify. With a video-link, presumably Zoom, the

undersigned will be in a position to answer all questions from the Court and make the oral argument if so directed.

CERTIFICATION UNDER LOCAL RULE 7(a)(2)

The undersigned certifies that prior to filing the present motion he conferred with the opposing counsel and has attempted in good faith to resolve or narrow the issue.  The opposing counsel agreed with the extension.  As to the underlying Motion to disqualify, the undersigned had expressed his opinion that a voluntary disqualification is in the best interests of the law firm at issue in the long run, but the fellow counsel resolved otherwise.  The undersigned reasserts herewith that the issues in the underlying Motion have been subject to diligent meet-and-confer.

Dated: September 1, 2022.    Respectfully submitted,

_____/*signed George Lambert*/
George Lambert, Esq.
MA bar #568769
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel. (617) 925 7500, fax (800) 852 1950
Email: Lawoffice2279@gmail.com
Attorney for defendant Andrei Mann, plaintiff in Counterclaims and Third-Party Complaints

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, September 1, 2022, the foregoing was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: September 1, 2022

*/George Lambert/*
_____
George Lambert