# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>　　　　Plaintiffs,<br><br>　v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>　　　　Defendants. | Case No. 1:21-cv-40068-NMG |

## DEFENDANT MICHAEL HELLMAN's RESPONSE TO EMERGENCY MOTION AND JOINDER IN REQUEST TO APPEAR REMOTELY

Defendant, Michael Hellman respectfully responds to the Emergency Motion by Andrei Mann for leave to appear at the hearing September 6, 2022 at 11 a.m. and joins in that request.

Mr. Hellman requests that his counsel also be permitted to appear remotely. Mr. Hellman takes no position on the pending motion to disqualify. The efficiency and cost savings for Mr. Hellman in having his counsel appear remotely for this matter with regard to which he takes no position would be considerable.

WHEREFORE, Mr. Hellman joins in the request to appear remotely for the hearing set for September 6, 2022 at 11 a.m.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Sean T. Carnathan*
　　　　　　　　　　　　　　　　　　　Sean T. Carnathan, BBO No. 636889
　　　　　　　　　　　　　　　　　　　*scarnathan@ocmlaw.net*
　　　　　　　　　　　　　　　　　　　**O'Connor, Carnathan and Mack LLC**
　　　　　　　　　　　　　　　　　　　67 South Bedford Street, Suite 400W
　　　　　　　　　　　　　　　　　　　Burlington, Massachusetts 01803
Dated:  September 1, 2022　　　　　　T: (781) 359-9000

## CERTIFICATE OF SERVICE

      I hereby certify that I filed this document through the Court's ECF MA E-file system, and that it will be sent electronically to the registered participants listed to receive electronic filings in this case on September 1, 2022.

                                */s/ Sean T. Carnathan*
                                Sean T. Carnathan