UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PETR DMITRIEV, DARIA LATOUR,**
**YUSUP OSMANOV, YURI RYAZANOV,**
**ARSENIY SHCHEPIN, GEORGY SHCHEPIN,**
**and OLEG SEMENETS**
      **Plaintiffs,**

   v.                                           CIVIL ACTION
                                                  NO. 1:21-cv-40068-NMG

**ANDREI MANN and MICHAEL HELLMAN**
      **Defendants.**

### SCHEDULING ORDER

**LEVENSON, M.J.**

    This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay. *See* Fed. R. Civ. P. 1.

    **Timetable for Discovery and Motion Practice**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by 9/23/2022.

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after 10/13/2022.

3. **Fact Discovery** - Final Deadline. All discovery, other than expert discovery, must be completed by 9/13/2023.

    Interim Deadlines. The Court directs the parties to confer and propose deadlines for the following interim discovery events:

1

    a.    All requests for production of documents and interrogatories must be served by _____.

    b.    All requests for admission must be served by _____.

    c.    All depositions, other than expert depositions, must be completed by _____.

1. **Status Conference**. A status/case management conference will be held on 9/14/2023. At the conference, among other things, the court will address whether it is appropriate to schedule a separate settlement conference, pursuant to Local Rule 16.1(f)(7).

2. **Expert Discovery**. The Court directs the parties to confer and propose deadlines for the following:

    a. Plaintiff's(') trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by \_\_\_\_\_.

    b. Plaintiff's(') trial experts must be deposed by _____.

    c. Defendant's(') trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by _____.

    d. Defendant's(') trial experts must be deposed by _____.

3. **Dispositive Motions**.

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment, and motions for judgment on the pleadings, must be filed by 10/13/2023.

    b. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

4. **Pretrial Conferences**. An initial pretrial conference will be held on 1/15/2024 at 9:30 a.m. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days before the date of the conference, except that the parties need not include matters required by Local Rule 16.5(d)(2) or (3). The trial date will normally be set at the initial pretrial conference. A final pretrial conference will be scheduled at the time the trial date is set. The court may also schedule interim pretrial conferences in appropriate cases.

**Procedural Provisions**

1. **Extension of Deadlines.** Pursuant to Local Rule 16.1(g), motions to extend or modify scheduling order deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Discovery Disputes.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda.** For proceedings before the undersigned Magistrate Judge, the parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, is double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file the proposed memorandum with the motion for leave.

4. **Status Conferences.** The court has scheduled a status conference after (or near) the close of fact discovery for case management purposes. Upon request of counsel, or at the court's own initiative, additional status or case management conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

5. **Early Resolution of Issues.** The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

6. **Pretrial Conferences.** Lead trial counsel must attend any pretrial conference.

By the Court,

September 13, 2022

/s/ Hon. Paul G. Levenson by Rose Dumoulin
Deputy Clerk