IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>  Plaintiffs,<br><br>     v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>  Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br>**INITIAL DISCLOSURE OF DEFENDANT/PLAINTIFF IN COUNTERCLAIM ANDREI MANN** |
| ANDREI MANN<br><br>  Plaintiff in Counterclaim<br><br>     v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>  Defendants in Counterclaim | |
| ANDREI MANN<br><br>  Plaintiff, Third-Party Complaint<br><br>     v.<br><br>SULEIMAN GUSEINOV, ALEKSEY PETROV, and ARSEN KOMUTAEV<br><br>  Defendants, Third-Party Complaints | |

1

Defendant Andrei Mann (Mann), the plaintiff in counterclaims and third-party complaints, respectfully provides initial disclosure, according to Rule 26(a) as follows:

**(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses unless the use would be solely for impeachment;**

1. Akhilgov Kaloi,

Tel. +79857691718,

The witness is an attorney, practicing in Moscow, connected to Yuri Ryazanov, on information and belief, participated in making threats to Andrei Mann (letters, oral threats).

2. Evlampieva I.N., investigator of SO OMVD of Russia for Presnensky District of Moscow, 3A, Litvinova-Sedova St., Moscow, Russia, 123317

 Tel. +7 499 259-00-75,

On information and belief, that witness assisted Yuri Ryazanov, the party in this case, in fabricating documents used against Andrei Mann for extorting money from Andrei Mann.

3.  Victor Islvamov

Geneva, Switzerland

Firm Petrotekh, tel. +41223476321 +41798625137,

The witness is familiar with the alleged criminal activities of Yusup Osmanov and is aware of the acts of misappropriation of money by Mr. Osmanov, the party in this case.

Yusup Osmanov, the party, received personally from S-Info more than $5 million in the form of returning loans, interest, and payments of personal nature.  Osmanov concealed those funds he had received, from the U.S. District Court, in light of submissions in his name in the Court.

4. Andrei Zverev,

New York, NY, USA (presently), formerly residing in Moscow, Russia,

Firm Petrotekh, tel. +74959997884

The witness is well familiar with the allegedy criminal activities of Yusup Osmanov and is aware of the facts of misappropriation of money by Mr. Osmanov, the party in this case.

5. Nikolay Kozlov

Moscow, Russia,

Tel. +79039603285,

The witness was a manager of S-Info's office. The witness is familiar with the alleged criminal activities of Yusup Osmanov, the party in this case. The witness was a witness to the facts of transferring money in cash. The witness personally delivered envelopes with cash to the parties, Semenets, Latour, and Ryazanov.

6. Dmitry Viktorovich Demeshin

Assistant Attorney General of the Russian Federation

Moscow, Russia,

Tel. +73832184054,

The witness is a godfather of Semenets's daughter, who assisted Semenets, the party, in confiscating the assets of Andrei Mann.

7. Ilya Vladimirovich Mikheev

Moscow, Russia,

Tel. +79163593719,

The witness works at the Agency for Insuring Deposits (a structure within the Central Bank of Russia); he is an associate of Osmanov, the party assisting Osmanov in confiscating Andrei Mann's assets.

8. Vladimir Sergeevich Logachev,

Moscow, Russia,

Banker at Otkrytyev Bank,

Logachev_VS@nomos.

The witness handled the wire transfers from the accounts acting with Yusup Osmanov, the party, and the Schepin brothers, the parties. The witness will confirm that Andrei Mann was not in the bank and was unassociated with the transfers from the Schepin brothers to Yusup Osmanov, the party.

9. Oleg Falikovich

Zurich, Switzerland,

Tel. +41 79 513 73 02

The witness is a banker in Zurich, personally informed of the activities of Petr Dmitriev, the party.

10. Igor Aleksandrovich Sazonov,

Moscow, Russia

Tel. +7 916 781 73 49,

The witness is informed of Andrei Mann's investments in KRISTA-2 that Yusup Osmanov, the party, confiscated for his benefit.

11. D.S Kimpaeva

Moscow, Russia

The witness is an associate of Yusup Osmanov, the party, and his relative (the sister of his wife). The witness is familiar with the various operations undertaken by Yusup Osmanov, particularly confiscating real estate assets from victims, including Andrei Mann.

12.  S.I. Timokhovich,

Moscow, Russia

The witness is an associate of Yusup Osmanov, the party, and his co-conspirator in various unlawful schemes, including allegedly money laundering, and causing damages to victim Andrei Mann.

**(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses unless the use would be solely for impeachment;**

Storage at 128 Bridge Street, Newton, MA 02458;

**(iii) computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;**

**1. Damages caused by Yusup Osmanov**

Yusup Osmvanov caused, with his associates, the destruction of S-Info, in which Andrei Mann held 62%. Such damages exceeded $10 million.

The damages from confiscating the realty, held in the name of First Crandull, situated in the Moscow Region, the value of the confiscated assets exceeded $1.2 million

The damages caused by confiscating the assets belonging to two Croatian companies, Zlatna Duga and Imovina, repeatedly constituted at least $1.4 million and $190,000.

The damages caused by the confiscation of Andrei Mann's assets in KRISTA-2 exceeded $200,000.

**2. Damages Caused by Yuri Ryazanov**

Acting in concert with Yusup Osmvanov, Yuri Ryazanov caused, with his associates, the destruction of S-Info, in which Andrei Mann held 62%. Such damages exceeded $10 million.

The non-payment by Ryazanov of his debt per the loan for $384,067 for paying off a mortgage exceeded $400,000.

The damages stated against Yuri Ryazanov should be trebled under the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. §1964.

### 3. Damages Caused by Petr Dmitriev:

Acting in concert with Yusup Osmvanov, Petr Dmitriev caused, with his associates, the destruction of S-Info, in which Andrei Mann held 62%. Such damages exceeded $10 million.

Dmitriev owes $0.8 million on the contract of February 6, 2012, paid back to Dmitriev. Andrei Mann has the right to restitution of that amount with interest.

### 4. Damages Caused by Oleg Semenets:

Acting in concert with Yusup Osmvanov, Oleg Semenets caused, with his associates, the destruction of S-Info, in which Andrei Mann held 62%. Such damages exceeded $10 million.

S-Info, managed by Andrei Mann, returned to Semenets investments for $500,000 with dividends and interest, excluding short-term credits. Semenets should be liable to return all dividends and interest on the credit in excess of $500,000. The same principle of restitution should apply to short-term credits.

### 5. Damages Caused by Daria Latour, Arsenyi Schepin, and Georgy Schepin:

Acting in concert with Yusup Osmvanov, Daria Latour caused, with his associates, the destruction of S-Info, in which Andrei Mann held 62%.

6

Mann returned about $1 million to Latour; money had and received.

Latour ignored the repayments on February 1, 2010, of more than $1 million returned to her. Andrei Mann restates that amount as a claim for restitution.

The claims against Arseniy Schepin and Georgy Schepin, the parties, are stated in the Counterclaim against them. Those Counterclaims resit on the theory of a knowingly false claim against Andrei Mann, aggravated by the fact that it was made in a court of law in the U.S. The banking records prove they paid $1.2 million to Yusup Osmanov, the party. The claim for fraudulent claim includes the false representations in this Court as though Andrei Mann was a part of their trust, which was untrue.

**(iv) Inapplicable, no insurance instruments are relevant in this action.**

    **Production of Documents as Initial Disclosure.**

Andrei Mann has produced 489 pages of documents as disclosure (served on the parties, without docketing).

Date: September 23, 2022.   Respectfully submitted,

                                          _____/*signed George Lambert*/
                                          George Lambert, Esq.
                                          MA bar #568769
                                          100 Cambridge Street, 14th Floor
                                          Boston, MA 02114
                                          Tel. (617) 925 7500, fax (800) 852 1950
                                          Email: Lawoffice2279@gmail.com
                                          Attorney for defendant Andrei Mann, plaintiff in
                                          Counterclaims and Third-Party Complaints

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this day, September 23, 2022, the foregoing was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: September 23, 2022

*/George Lambert/*
_____
George Lambert