IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br>**SUPPLEMENTAL VERIFIED MOTION OF ANDREI MANN, DEFENDANT AND PLAINTIFF IN COUNTERCLAIM,**<br><br>**FOR LEAVE TO SUBMIT IN EVIDENCE BANKING RECORDS AND FOR RECONSIDERATION** |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | **RE.: MEMORANDUM AND ORDER OF SEPTEMBER 13, 2022, DKT #82** |
| ANDREI MANN<br><br>Third-Party Plaintiff<br><br>v.<br><br>SULEIMAN GUSEINOV, ALEXEY PETROV, and ARSEN KOMUTAEV<br><br>Third-Party Defendants | |

1

Defendant and Plaintiff in Counterclaim and the Third-Party Complaint, Andrei Mann ("Mann"), respectedly moves for leave to file a supplementation of the evidence concerning the Memorandum and Order, dated September 13, 2022, Dkt 82, denying the Motion to disqualify Mirick, O'Connell, DeMallie & Lougee, LLP from representing, at a minimum, Arsenyi Schchepin ("Arsenyi"), and Georgy Shchepin ("Georgy"), or from representing all seven Plaintiffs and Defendants in Counterclaim in this action.

There is a compelling reason for leave and reconsideration because Mann has been able to obtain, through the Courts in Moscow, Russia, copies of the documents that are the critical component of the claim of the impermissible conflict and represent the persuasive new evidence.

On September 20, 2022, Mann's attorney in Russia was able to obtain the subpoenaed banking documents through judicial proceedings in Russia, establishing the prima facie facts that the Court found not before it. As this Court is aware, it declined in its Memorandum and Order of September 13, 2022, to find facts, in particular, because Mann could not support his allegations of impermissible conflict by the concrete banking records, but only by a decision of the Russian Court that mentioned those payments in dicta.

On September 23, 2022, none of the Plaintiffs and Defendants in Counterclaim filed or served the Initial Disclosure under Rule 26(a), required on that deadline date. Mann had anticipated that Osmanov, Arsenyi, and Georgy Shchepins were obligated to voluntarily disclose information and banking records according to the allegations in Paragraphs 159-161 of the Complaint (alleging that Mann received that money, $1.2 million, and making claims based on those).

Subject to leave, and by virtue of the present Verified Motion, Mann verifies the certified banking records establishing that on July 8, 2016, Arsenyi and Georgy each transferred $600,000

(at the applicable rate of exchange) to Defendant Yusup Osmanov's ("Osmanov") personal account at Otkritie Bank.

Exhibit 1 represents a true and correct copy of the certified record of Otkrytie Bank, with a translation stating that Arsenyi wire transferred Osmanov approximately 41 million rubles, which was about $600,000 at the then rate of exchange.

Exhibit 2 represents a true and correct copy of the certified banking record of Otkrytie Bank, with the translation establishing that Georgy wire transferred to the account of Osmanov approximately 41 million rubles, which was about $600,000 at the then rate of exchange.

Accordingly, there is a $1.2 million conflict between Plaintiff and Defendant in Counterclaim Osmanov, on the one hand, and two brothers, Arsenyi and Georgy Shchepins (collectively the Shchepins), all three represented by the same law firm in this action. In short, the Shchepins brothers do not have a claim against Mann but have a direct claim against Osmanov. Typically, that claim can be stated by the Schepins against Ossmanov on a Crossclaim or in an independent action, in either scenario representing an impermissible conflict for the law firm, where its loyalty is axiomatically divided among their clients.

As it is now proven, the Shchepins brothers and Osmanov have an impermissible conflict that prejudices Mann. The Shchepins have no claim against Mann but have the same for $1.2 million against Osmanov.

The Court's regrettably allowing the conflict to exist will fall, as Mann submits, under Rule 1.7(a) prohibitions regarding the impermissible conflict. Even though that impermissible conflict is among the Plaintiffs and Defendants in counterclaim, it brings prejudice to Mann and creates confusion in this case.

Accordingly, the present Motion to supplement and reconsider should be granted, and the Memorandum and Order of September 13, 2022, reconsidered.

### CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

Mann's counsel has submitted the banking records to Mirick, O'Connell, DeMallie & Lougee LLP for review. The undersigned believes that in combination with other conferences and the hearing, this is sufficient to certify that Local Rule 7.1(a) (2) is complied with, namely that he has conferred and has attempted in good faith to resolve or narrow the issue.

Date: September 25, 2022.    Respectfully submitted,

_____/*signed George Lambert*/
George Lambert, Esq.
MA bar #568769
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel. (617) 925 7500, fax (800) 852 1950
Email: Lawoffice2279@gmail.com
Attorney for Defendant and Plaintiff
in Counterclaim Andrei Mann

## VERIFICATION

I, ANDREI MANN, a party in the present action, state and declare, under the penalties of perjury under the laws of the United States, that to the best of my knowledge, the factual allegations stated above are true and correct and that the annexed banking records are true and correct, obtained as a result of the judicial proceedings in the Russian Courts..

_____

Andrei Mann,

Date: September 25, 2022

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, September 26, 2022, the foregoing Answer was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: September 25, 2022

*/George Lambert/*

_____

George Lambert