# EXHIBIT 1

42

```
  08.07.2016                    0 8. 0 7. 2016                              +--------+
-------------------        -------------------                              |0401060 |
Поступ.в банк плат.        Списано со сч.плат.                              +--------+

ПЛАТЕЖНОЕ ПОРУЧЕНИЕ     N 735        08.07.2016        электронно          +--+
                                     ----------        --------------      |  |
                                       дата            Вид платежа         +--+

Сумма    |Сорок миллионов девятьсот пятьдесят три тысячи триста четырнадцать рублей
прописью |44 копейки
         |

--------------------------------------------------------------------------------
ИНН                    |КПП                     |Сумма  | 40953314-44
Кепин Арсений Дмитриевич
                                                |-------|---------------------
                                                |Сч. N  | 40817810900000011743

Плательщик
-----------------------------------------------
ПАО БАНК "ФК ОТКРЫТИЕ", г Москва                |БИК    | 044525985
                                                |-------|---------------------
                                                |Сч. N  | 30101810300000000985
Банк плательщика
-----------------------------------------------
ПАО БАНК "ФК ОТКРЫТИЕ", г Москва                |БИК    | 044525985
                                                |-------|---------------------
                                                |Сч. N  | 30101810300000000985
Банк получателя
-----------------------------------------------
ИНН                    |КПП                     |Сч. N  | 40817810000000010262
Османов Юсуп Магомедович
                                                |Вид оп|01      |Срок плат|
                                                |------|        |---------|
                                                |Наз.пл|        |Очер плат|5
                                                |------|        |---------|
Получатель                                      |Код   |        |Рез поле |
--------------------------------------------------------------------------------

Возврат займа.
Без НДС.


Назначение платежа
--------------------------------------------------------------------------------
                         Подписи                         Отметки банка

                         _____
                         ПЕТРОВ АЛЕКСЕЙ ЭДУАРДОВИЧ
              М.П.       по доверенности №6/н от 06/06/2016

                                                ПАО БАНК «ФК ОТКРЫТИЕ»
                                                К/С 30101810300000000985
                         КОПИЯ ВЕРНА
                                                08. 07. 2016
                           подпись
                                                БИК 044525985
                                                ПРИНЯТО Болкарева Н.С.
```

| 07.08.2016 | 07.08.2016 | | 0401060 |
|---|---|---|---|
| Rec. in payer's bank bankбанк плат. | Debited payer's acc. | | |

**PAYMENT ORDER No. 735**         07.08.2016         electronic
                                   Date               Payment type

| Amount in words | Forty Million Nine Hundred Fifty Three Thousand Three Hundred Fourteen Rubles and 44 kopecks | | |
|---|---|---|---|
| Tax ID | KPP | Amount | 40,953,314.44 |
| Shchepin, Arseniy Dmitrievich | | | |
| | | Acc. No. | 40817810900000011743 |
| Payer | | | |
| PAO BANK FK OTKRYTIE, Moscow | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payer's bank | | | |
| | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payee's bank | | | |
| Tax ID | KPP | Acc. No. | 40817810000000010262 |
| Osmanov, Yusup Magomedovich | | | |
| | | Paym.typeОП. | 01 | Paym. due | |
| | | Paym.det. | | Paym.priority | 5 |
| Payee | | Code | | Leave blank | |

Loan repayment.
No VAT.



Payment details

                           Signatures                    For bank use
                                                         only onlylynly
                                                         only

            Stamp       √
                        ─────────────────────────
                        ALEXEY EDUARDOVICH PETROV
                        By POA No.(no number) of 06/06/2016
                        ─────────────────────────

                                              PAO Bank FK Otkrytie
                    **TRUE COPY**    corr.acc 30101810300000000985
                    Signature /signature/
                                              07.08.2016 /signature/

                    BIK 044525985
                                              Accepted by N.S. Bolkareva

**TRANSLATOR'S CERTIFICATE**

I, Tatyana Albert, hereby certify that I am a professional English<>Russian translator and that the attached translation of the following documents:

1) Payment Order No. 726
2) Payment Order No. 735

Is, to the best of my knowledge, a true and accurate translation of these documents from Russian into English.

September 25, 2022

Tatyana Albert