# EXHIBIT 2

|  |  |
|---|---|
| 08.07.2016 | 08.07.2016 |
| Поступ.в банк плат. | Списано со сч. плат. |

0401060

ПЛАТЕЖНОЕ ПОРУЧЕНИЕ   N 726   08.07.2016
                                    дата           Вид платежа

Сумма прописью: Сорок миллионов девятьсот восемьдесят две тысячи семьсот девяносто шесть рублей 02 копейки

| ИНН |  | КПП |  | Сумма | 40982796-02 |
|---|---|---|---|---|---|

Кепин Георгий Дмитриевич

Сч. N  40817810600000011742

Плательщик

ПАО БАНК "ФК ОТКРЫТИЕ", г Москва

БИК  044525985
Сч. N  30101810300000000985

Банк плательщика

ПАО БАНК "ФК ОТКРЫТИЕ", г Москва

БИК  044525985
Сч. N  30101810300000000985

Банк получателя

| ИНН |  | КПП |  | Сч. N | 40817810000000010262 |
|---|---|---|---|---|---|

Османов Юсуп Магомедович

Вид оп  01   Срок плат
Наз.пл       Очер плат  5
Получатель
Код          Рез поле

Возврат займа.
Без НДС.

Назначение платежа

                    Подписи                Отметки банка

М.П.   ПЕТРОВ АЛЕКСЕЙ ЭДУАРДОВИЧ
       по доверенности №б/н от 06/06/2016

ПАО БАНК «ФК Открытие»
К/С 30101810300000000985

08.07.2016

БИК 044525985
ПРИНЯТО Болкарева Н.С.

КОПИЯ ВЕРНА
подпись

| 07.08.2016 | 07.08.2016 | | | 0401060 |
|---|---|---|---|---|
| Rec. in payer's bank bankбанк плат. | Debited payer's acc. | | | |

**PAYMENT ORDER No. 726**         07.08.2016
                                                                Date                     Payment type

| Amount in words | Forty Million Nine Hundred Eighty Two Thousand Seven Hundred Ninety Six Rubles and 02 kopecks | | |
|---|---|---|---|
| Tax ID | KPP | Amount | 40,982,796.02 |
| Shchepin, Georgiy Dmitrievich | | | |
| | | Acc. No. | 40817810600000011742 |
| Payer | | | |
| PAO BANK FK OTKRYTIE, Moscow | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payer's bank | | | |
| | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payee's bank | | | |
| Tax ID | KPP | Acc. No. | 40817810000000010262 |
| Osmanov, Yusup Magomedovich | | | |
| | | Paym.typeОП. 01 | Paym. due |
| | | Paym.det. | Paym.priority 5 |
| Payee | | Code | Leave blank |

Loan repayment.
No VAT.

Payment details

                                Signatures                              For bank use
                                                                        only onlylynly
                                                                        only

        Stamp           √
                        ────────────────
                        ALEXEY EDUARDOVICH PETROV
                        By POA No.(no number) of 06/06/2016
                        ────────────────

                                                    PAO Bank FK Otkrytie
                    **TRUE COPY**     corr.acc 30101810300000000985
                    Signature /signature/
                                                    07.08.2016 /signature/

            BIK 044525985
                                                    Accepted by N.S. Bolkareva

**TRANSLATOR'S CERTIFICATE**

I, Tatyana Albert, hereby certify that I am a professional English<>Russian translator and that the attached translation of the following documents:

1) Payment Order No. 726
2) Payment Order No. 735

Is, to the best of my knowledge, a true and accurate translation of these documents from Russian into English.

September 25, 2022

Tatyana Albert