IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br><br>**VERIFICATION**<br><br>**OF SUPPLEMENTAL VERIFIED MOTION OF ANDREI MANN, DEFENDANT AND PLAINTIFF IN COUNTERCLAIM,**<br><br>**FOR LEAVE TO SUBMIT IN EVIDENCE BANKING RECORDS AND FOR RECONSIDERATION** |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | **RE.: MEMORANDUM AND ORDER OF SEPTEMBER 13, 2022, DKT #82** |
| ANDREI MANN<br><br>Third-Party Plaintiff<br><br>v.<br><br>SULEIMAN GUSEINOV, ALEXEY PETROV, and ARSEN KOMUTAEV<br><br>Third-Party Defendants | |

1

## VERIFICATION

I, ANDREI MANN, a party in the present action, state and declare, under the penalties of perjury under the laws of the United States, that to the best of my knowledge, the factual allegations stated above are true and correct and that the annexed banking records are true and correct, obtained as a result of the judicial proceedings in the Russian Courts..

*[signature: Mann Andrei]*

Andrei Mann,

Date: September 25, 2022

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this day, September 26, 2022, the foregoing Answer was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: September 25, 2022

                                            */George Lambert/*

                                            _____

                                            George Lambert