UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS
   Plaintiffs

v.

ANDREI MANN and MICHAEL HELLMAN,
   Defendants

CIVIL ACTION NO.
1:21-CV-40068-NMG-PGL

## PLAINTIFFS' RESPONSE TO MANN'S MOTION FOR RECONSIDERATION

The Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets (collectively "Plaintiffs"), respond to Defendant, Andrei Mann's Motion for Reconsideration as follows:

1.    **Plaintiffs dispute that a conflict exists**. Plaintiffs dispute Mann's allegation that Yusup Osmanov converted the funds transferred from Arseniy and Georgy Shchepin for his own benefit. The transfer of funds to Mr. Osmanov was coordinated by Mann, and was part of Mann's scheme to convert the Shchepins' funds to his own use. (Of note, the wire transfers attached to Mann's Motion for Reconsideration as Exhibits 1 and 2 were not signed by Arseniy and Georgy Shchepin. They were signed by Alexey Eduardovich Petrov – one of Mann's representatives.)

2.    **Plaintiffs executed a joint representation agreement, made in writing and with informed consent**. Even assuming arguendo that the facts are as Mann alleges, Arseniy and Georgy Shchepin, and all of the other plaintiffs, knowingly waived the conflict after full

disclosure.  *See* Affidavit of Kenneth C. Pickering, attached as Exhibit A to Plaintiffs' Opposition to Defendant Andrei Mann's Motion to Disqualify.  The details of the wire transfer were well known to Plaintiffs before bringing suit.  Mann's production of wire transfer receipts does not alter Plaintiffs' position.  Plaintiffs knowingly waived any potential conflict for the purposes of jointly pursuing this action against the defendants.

3. **Plaintiffs served their Initial Disclosures on Defendants in October 2021**. Despite counsel's suggestion to the contrary, Plaintiff's Initial Disclosures were served on Mann's Counsel via email on October 26, 2021 at 4:26 p.m.  Mann's counsel responded to the email the following day (evidence that he received plaintiffs' Initial Disclosures).

4. **Mann's counsel did not confer with Plaintiffs' counsel before filing his Motion for Reconsideration**.  Mann's counsel first sent an email with the wire transfer documents Sunday, Sept. 25 at 12:46 p.m.  A second email with the translations of the wire transfer documents was sent at 1:14 p.m.  Mann's counsel filed the Motion for Reconsideration four hours later at 5:12 p.m.

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS,

By their attorney,

Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone:  (508) 791-8500
Fax:  (508) 791-8502
kpickering@mirickoconnell.com

Dated:  September 26, 2022

CERTIFICATE OF SERVICE

    I, Kenneth C. Pickering, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 26, 2022                    Kenneth C. Pickering