# EXHIBIT 1

42

```
08.07.2016                     0 8. 0 7. 2016                           |0401060|
--------                       -------------                            +-------+
Поступ.в банк плат.            Списано со сч.плат.

ПЛАТЕЖНОЕ ПОРУЧЕНИЕ  N 735     08.07.2016         электронно            +-------+
                               -------------      ------------          |       |
                                  дата            Вид платежа           +-------+
Сумма    |Сорок миллионов девятьсот пятьдесят три тысячи триста четырнадцать рублей
прописью |44 копейки
         |

ИНН                |КПП              |Сумма | 40953314-44

Кепин Арсений Дмитриевич
                                     |Сч. N | 40817810900000011743

Плательщик
--------------------------------------
ПАО БАНК "ФК ОТКРЫТИЕ", г Москва      |БИК   | 044525985
                                      |Сч. N | 30101810300000000985
Банк плательщика
--------------------------------------
ПАО БАНК "ФК ОТКРЫТИЕ", г Москва      |БИК   | 044525985
                                      |Сч. N | 30101810300000000985
Банк получателя
ИНН                |КПП               |Сч. N | 40817810000000010262

Османов Юсуп Магомедович
                                      |Вид оп|01    |Срок плат|
                                      |Наз.пл|      |Очер плат|5
Получатель                            |Код   |      |Рез поле |
--------------------------------------

Возврат займа.
Без НДС.


Назначение платежа
--------------------------------------
              Подписи                         Отметки банка


           ПЕТРОВ АЛЕКСЕЙ ЭДУАРДОВИЧ
   М.П.    по доверенности №б/н от 06/06/2016


                                          ПАО БАНК "ФК ОТКРЫТИЕ"
                                          К/С 30101810300000000985
           КОПИЯ ВЕРНА
                                          08. 07. 2016
              подпись
                                          БИК 044525985
                                          ПРИНЯТО Болкарева Н.С.
```

| 07.08.2016 | 07.08.2016 | | | 0401060 |
|---|---|---|---|---|
| Rec. in payer's bank вankбанк плат. | Debited payer's acc. | | | |

**PAYMENT ORDER No. 735**     07.08.2016     electronic
                               Date           Payment type

| Amount in words | Forty Million Nine Hundred Fifty Three Thousand Three Hundred Fourteen Rubles and 44 kopecks | | |
|---|---|---|---|
| Tax ID | KPP | Amount | 40,953,314.44 |
| Shchepin, Arseniy Dmitrievich | | | |
| | | Acc. No. | 40817810900000011743 |
| Payer | | | |
| PAO BANK FK OTKRYTIE, Moscow | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payer's bank | | | |
| | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payee's bank | | | |
| Tax ID | KPP | Acc. No. | 40817810000000010262 |
| Osmanov, Yusup Magomedovich | | | |
| | | Paym.typeОП. | 01 | Paym. due | |
| | | Paym.det. | | Paym.priority | 5 |
| Payee | | Code | | Leave blank | |

Loan repayment.
No VAT.

Payment details

|   | Signatures | For bank use only onlylynly only |
|---|---|---|
| Stamp | √<br>ALEXEY EDUARDOVICH PETROV<br>By POA No.(no number) of 06/06/2016 | |

                                           PAO Bank FK Otkrytie
              **TRUE COPY**     corr.acc 30101810300000000985
              Signature /signature/
                                           07.08.2016 /signature/

              BIK 044525985
                                           Accepted by N.S. Bolkareva

## TRANSLATOR'S CERTIFICATE

I, Tatyana Albert, hereby certify that I am a professional English<>Russian translator and that the attached translation of the following documents:

1) Payment Order No. 726
2) Payment Order No. 735

Is, to the best of my knowledge, a true and accurate translation of these documents from Russian into English.

September 25, 2022

*[signature]*

Tatyana Albert