# EXHIBIT 2

|  |  |  | 0401060 |
|---|---|---|---|
| 08.07.2016 | 08.07.2016 |  |  |
| Поступ. в банк плат. | Списано со сч. плат. |  |  |

ПЛАТЕЖНОЕ ПОРУЧЕНИЕ N 726 08.07.2016
дата Вид платежа

Сумма прописью | Сорок миллионов девятьсот восемьдесят две тысячи семьсот девяносто шесть рублей 02 копейки

| ИНН |  | КПП |  | Сумма | 40982796-02 |
|---|---|---|---|---|---|

Келин Георгий Дмитриевич

| | Сч. N | 40817810600000011742 |

Плательщик

ПАО БАНК "ФК ОТКРЫТИЕ", г Москва | БИК | 044525985
| Сч. N | 30101810300000000985

Банк плательщика

ПАО БАНК "ФК ОТКРЫТИЕ", г Москва | БИК | 044525985
| Сч. N | 30101810300000000985

Банк получателя

| ИНН |  | КПП |  | Сч. N | 40817810000000010262 |

Османов Юсуп Магомедович

| Вид оп | 01 | Срок плат | |
| Наз. пл | | Очер плат | 5 |
| Код | | Рез поле | |

Получатель

Возврат займа.
Без НДС.

Назначение платежа

Подписи                                   Отметки банка

✓
─────────────────
М.П.         ПЕТРОВ АЛЕКСЕЙ ЭДУАРДОВИЧ
             по доверенности №б/н от 06/06/2016
─────────────────

ПАО БАНК «ФК Открытие»
К/С 30101810300000000985

08.07.2016

БИК 044525985
ПРИНЯТО Болкарева Н.С.

КОПИЯ ВЕРНА
подпись

| 07.08.2016 | 07.08.2016 | | 0401060 |
|---|---|---|---|
| Rec. in payer's bank банкбанк плат. | Debited payer's acc. | | |

**PAYMENT ORDER No. 726**   07.08.2016
　　　　　　　　　　　　　　　Date　　　　　　Payment type

| Amount in words | Forty Million Nine Hundred Eighty Two Thousand Seven Hundred Ninety Six Rubles and 02 kopecks | | |
|---|---|---|---|
| Tax ID | KPP | Amount | 40,982,796.02 |
| Shchepin, Georgiy Dmitrievich | | | |
| | | Acc. No. | 40817810600000011742 |
| Payer | | | |
| PAO BANK FK OTKRYTIE, Moscow | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payer's bank | | | |
| | | BIK | 044525985 |
| | | Acc. No. | 30101810300000000985 |
| Payee's bank | | | |
| Tax ID | KPP | Acc. No. | 40817810000000010262 |
| Osmanov, Yusup Magomedovich | | | |
| | | Paym.typeОП. | 01 | Paym. due | |
| | | Paym.det. | | Paym.priority | 5 |
| Payee | | Code | | Leave blank | |

Loan repayment.
No VAT.

Payment details

　　　　　　　　Signatures　　　　　　　　　　　For bank use only onlylynly only

　Stamp　　　　√
　　　　　　ALEXEY EDUARDOVICH PETROV
　　　　　　By POA No.(no number) of 06/06/2016

　　　　　　　　　　　　　　　　　　　　PAO Bank FK Otkrytie
　　　　　**TRUE COPY**　　corr.acc 30101810300000000985
　　　　Signature /signature/
　　　　　　　　　　　　　　　　　　　　07.08.2016 /signature/

　　　　BIK 044525985
　　　　　　　　　　　　　　　　　Accepted by N.S. Bolkareva

**TRANSLATOR'S CERTIFICATE**

I, Tatyana Albert, hereby certify that I am a professional English<>Russian translator and that the attached translation of the following documents:

1) Payment Order No. 726
2) Payment Order No. 735

Is, to the best of my knowledge, a true and accurate translation of these documents from Russian into English.

September 25, 2022

Tatyana Albert