IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN<br><br>Defendants. | CIVIL ACTION No. 21cv40068-NMG<br><br>**NOTICE OF ANDREI MANN, DEFENDANT/PLAINTIFF IN COUNTERCLAIM**<br><br>**ON NONCOMPLIANCE BY ALL PLAINTIFFS AND DEFENDANTS IN COUNTERCLAIM WITH REQUIREMENT OF INITIAL DISCLOSURE UNDER RULE 26(a)(1)** |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br><br>Defendants in Counterclaim | |
| ANDREI MANN<br><br>Plaintiff, Third-Party Complaint<br><br>v.<br><br>SULEIMAN GUSEINOV, ALEKSEY PETROV, and ARSEN KOMUTAEV<br><br>Defendants, Third-Party Complaints | |

1

Defendant ANDREI MANN ("MANN"), the Plaintiff in Counterclaims and Third-Party Complaints, respectfully files the present Notice of noncompliance of all seven Plaintiffs and Defendants in Counterclaim, with the requirements of Initial Disclosure under Federal Rule of Civil Procedure 26(a)(1).

The Initial Disclosure was due on or by September 23, 2022.

MANN complied, see Dkt 83 (including disclosure of 489 pages of documents).

Defendant MICHAEL HELLMAN complied by serving the Initial Disclosure on September 23, 2022, on the undersigned but without docketing the same.

As mentioned above, all seven Plaintiffs and Defendants in Counterclaims, namely PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, have not complied with Rule 26(a)(1) to date. All seven Plaintiffs and Defendants in Counterclaim are in procedural default under the requirements of Rule 26(a)(1).

The deadline for the Initial Disclosure was known and clear, to quote from Rule 26(a)(1): "Time for Initial Disclosures—In General. A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set…"

The failure of all Plaintiffs/Defendants in Counterclaim to comply is prejudicial to MANN. For example, reference is made to Para 159-161 and 202 of the Complaint (the $1.2 million claim stated against MANN). As a part of the due disclosure, Plaintiffs/Defendants in Counterclaim ARSENYI SHCHEPIN, GEORGY SHCHEPIN, on the one hand, and YUSUP OSMANOV, on the other hand, were to disclose pursuant to Rule 26(a)(1)(A)(ii) the copies of the wire transfers on for $1.2 million on June 6, 2016, along with the Power of Attorney to Third Party Defendant ALEKSEY PETROV.

That documentation is in the center of the issue of the alleged impermissible conflict of interest, which the opposing counsel, of Mirick, O'Connell, DeMallie & Lougee LLP, overcame in this case, as MANN argues, to represent all seven parties at the same time, where three are in direct material conflict.

The present Notice is filed to diligently and fully inform the Court, and all parties, of the status of compliance or noncompliance under Rule 26(a)(1).

Date: October 1, 2022.   Respectfully submitted,

                                      _____/*signed George Lambert*/
George Lambert, Esq.
MA bar #568769
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel. (617) 925 7500, fax (800) 852 1950
Email: Lawoffice2279@gmail.com
Attorney for defendant Andrei Mann, plaintiff in Counterclaims and Third-Party Complaints

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this day, the foregoing was served via efiling by Pacer on the parties as follows:

Kenneth C. Pickering
Lauren E. Sparks,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
lsparks@mirickoconnell.com
Attorneys for all Plaintiffs;

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, #400W
Burlington, MA 01803
781-359-9002, Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
Attorney for Defendant Michael Hellman

Date: October 1, 2022

                                      */George Lambert/*
                                      _____
                                      George Lambert