UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS
   Plaintiffs

v.

ANDREI MANN and MICHAEL HELLMAN,
   Defendants

CIVIL ACTION NO.
1:21-CV-40068-NMG-PGL

## PLAINTIFFS' RESPONSE TO MANN'S NOTICE OF NONCOMPLIANCE WITH INITIAL DISCLOSURE REQUIREMENTS

The Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets (collectively "Plaintiffs"), hereby respond to Defendant, Andrei Mann's Notice of Noncompliance.

As stated in paragraph 3 of Plaintiffs' Response to Mann's Motion for Reconsideration filed on September 26, "Plaintiff's Initial Disclosures were served on Mann's Counsel via email on October 26, 2021 at 4:26 p.m. Mann's counsel responded to the email the following day (evidence that he received plaintiffs' Initial Disclosures)."[1]

---

[1] Mann's counsel did not confer with Plaintiffs' counsel before filing his Notice of Noncompliance.

{Client Matter 30307/00001/A8018783.DOCX}

PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS,

By their attorney,

_/s/ Kenneth C. Pickering_

Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502
kpickering@mirickoconnell.com

Dated: October 4, 2022

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_/s/ Kenneth C. Pickering_

Dated: October 4, 2022                                             Kenneth C. Pickering