UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREI MANN and MICHAEL HELLMAN, <br><br> Defendants. | Civ. Action No. <br> 1:21-CV-40068-NMG |
| ANDREI MANN, <br><br> Third Party Plaintiff, <br><br> v. <br><br> SULEIMAN GUSEINOV, ALEXEI PETROV, ARSEN KOMUTAEV <br><br> Third Party Defendants. | |

## REPORT AND RECOMMENDATION

LEVENSON, U.S.M.J.

### INTRODUCTION

Before the Court are three submissions from Defendant Andrei Mann ("Mann"), each styled as a Request to Clerk of Court Or In The Alternative Motion of Andrei Mann, Defendant and Plaintiff in Third Party Complaint, For Entry of Default Against Third Party Defendant (together, "Requests for Default"). Docket Nos. 90-92. For the reasons identified below, I recommend denying Mann's Requests for Default.

*Report and Recommendation accepted and adopted.*
*NMGorton, USDJ 05/04/2023*