UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>     Plaintiffs<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>     Defendants | CIVIL ACTION NO. 4:21-CV-40068 |

## NOTICE OF APPEARANCE

Please enter the appearance of Kevin A. Robinson, Esq. as counsel for the Plaintiffs in the above-captioned action.

          PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS,

By their attorneys,

     /s/Kevin A. Robinson
Kenneth C. Pickering, BBO #634121
Kevin A. Robinson, BBO #703865
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
kpickering@mirickoconnell.com
krobinson@mirickoconnell.com

Dated: June 7, 2023

{Client Matter 30307/00001/A8317158.DOCX}

2

CERTIFICATE OF SERVICE

      I, Kevin A. Robinson, hereby certify that I have this day served the foregoing document, via email, to: George Lambert, Esq., The Lambert Law Firm, 100 Cambridge Street, 14th Floor, Boston, MA 02114, and Sean T. Carnathan, Esq., O'Connor, Carnathan and Mack LLC, 67 South Bedford Street, #400W, Burlington, MA 01803.

|  |  |
|---|---|
| Dated: June 7, 2023 | /s/ Kevin A. Robinson<br>Kevin A. Robinson |