UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>        Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>        Defendant. | Case No. 1:21-cv-40068-NMG |

**ASSENTED-TO JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT MICHAEL HELLMAN ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(2), Defendant, Michael Hellman, and Plaintiffs Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin and Oleg Semenets (together, the "Moving Parties"), jointly move for dismissal of all of the Plaintiffs' claims as asserted against Defendant Michael Hellman <u>only</u>, <u>without</u> prejudice, Plaintiffs and Mr. Hellman to bear their own attorneys' fees and costs.

In support of this Motion, the Moving Parties state that they have reached a settlement agreement for resolution of the Plaintiffs' claims against Mr. Hellman, which includes dismissal of this action as against him without prejudice.

Nothing herein shall affect the Plaintiffs' claims against remaining Defendant Andrei Mann.

Defendant Andrei Mann consents to the dismissal of the claims against Mr. Hellman. The Moving Parties and Mr. Mann are all of the Parties to this Action

Respectfully Submitted,

*/s/ Sean T. Carnathan*
Sean T. Carnathan, BBO No. 636889
scarnathan@ocmlaw.net
**O'Connor, Carnathan and Mack LLC**
10 Mall Road, Suite 301
Burlington, Massachusetts 01803
T: (781) 359-9000

*/s/ Kenneth C. Pickering*
Kenneth C. Pickering, BBO No. 634121
kpickering@mirickoconnell.com
**Mirick, O'Connell, DeMallie & Lougee, LLP**
100 Front Street, Suite 1700
Worcester, MA 01608-1477
T: (508) 860-1544

Dated: September 8, 2023

## RULE 7.1 CERTIFICATION

The Moving Parties have conferred with Andrei Mann, who assents to the relief requested.

*/s/ Sean T. Carnathan*
Sean T. Carnathan

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's ECF MA E-file system, and that it will be sent electronically to the registered participants listed to receive electronic filings in this case on September 8, 2023 and a copy was emailed that same day to Andrei Mann.

*/s/ Sean T. Carnathan*
Sean T. Carnathan