UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>    Plaintiffs<br><br>v.<br><br>ANDREI MANN,<br>    Defendant | CIVIL ACTION NO. 4:21-CV-40068 |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets, and defendant Defendant, Andrei Mann, jointly move to extend the discovery deadline as follows:

| | |
|---|---|
| Deadline to file motions to compel: | October 13, 2022 |
| Deadline to file responses to motions to compel: | October 27, 2022 |
| Revised discovery deadline: | December 28, 2022 |

The parties have worked cooperatively to address the outstanding discovery issues and agree to this joint motion.

The discovery deadline has not previously been extended in this matter.

WHEREFORE, the parties jointly request that the discovery deadline be extended as set forth above.

{Client Matter 30307/00001/A8462569.DOCX}

ANDREI MANN,

*Andrei Mann* (signature)

Andrei Mann
670 Pacific Street, Apt. 401
Brooklyn, NY 11217
andreimann@hotmail.com

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS,

By their attorney,

*Kenneth C. Pickering* (signature)

Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
kpickering@mirickoconnell.com

Dated: September 25, 2023

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via first class mail, postage prepaid, and via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

Dated: September 25, 2023

*Kenneth C. Pickering* (signature)
Kenneth C. Pickering