UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>　　Plaintiffs<br><br>　　v.<br><br>ANDREI MANN,<br>　　Defendant | CIVIL ACTION NO. 1:21-CV-40068 |

**PLAINTIFFS' MOTION TO COMPEL IN-PERSON DEPOSITION OF ANDRI MANN**

The Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets (collectively "Plaintiffs"), move to compel the Defendant, Andrei Mann, to appear for an in-person deposition.

The Plaintiffs wish to conduct Mr. Mann's deposition in-person given the large number of documents to be used during the deposition (most of which are in Russian), the requirement that a Russian translator be present, and the fact that Mr. Mann asserted that he is a resident of Massachusetts in each of the five counterclaims he filed in this matter. For his part, Mr. Mann has agreed to a remote, but not an in-person, deposition.

*Deposition Notice*

On August 15, 2023, Plaintiffs served Mr. Mann with notice that his deposition was to be taken in-person in Worcester, Massachusetts on September 6, 2023. Following email correspondence between undersigned counsel and Mr. Mann, Mr. Mann indicated that he would require an interpreter, and that it would be "very difficult" for him to attend the deposition in-

person. Mr. Mann did not indicate why it would be difficult for him to attend his deposition in-person.

On September 8, 2023, undersigned counsel sent Mr. Mann an email offering to hold the deposition in Boston, Massachusetts, if that would be more convenient for Mr. Mann. Counsel also indicated that the date of the deposition could be scheduled to accommodate Mr. Mann's travel plans, so long as there was adequate time to schedule an interpreter for the deposition. Undersigned counsel and Mr. Mann were unable to reach agreement as to Mr. Mann's deposition.

### *The Counts / Allegations*

Plaintiffs brought a fifteen (15) count complaint against Mr. Mann, including claims for fraud, breach of contract, civil conspiracy, unjust enrichment and conversion. The Complaint details six separate schemes undertaken to defraud the Plaintiffs over many years and involving numerous bank accounts and shell companies. Discovery has included document production from over a dozen financial institutions, as well as from other third party witnesses. As a result, Mr. Mann's deposition will necessarily involve numerous documents, most of which are in Russian. The deposition will also involve a Russian interpreter as requested by Mr. Mann. A deposition of the defendant in a case such as this will take less time, and will run more smoothly, if conducted in-person.

### *Mr. Mann is a Resident of Massachusetts*

Mr. Mann brought five separate verified counterclaims against: (1) Petr Dmitriev; (2) Yusup Osmanov; (3) Yuri Ryazanov; (4) Oleg Semenets; and (5) Daria Latour and her sons Arsenyi Shchepin and Georgy Shchepin. In each verified counterclaim, Mr. Mann stated that he was "a resident of the Commonwealth of Massachusetts, with offices in Newton…." <u>See</u>

Paragraph 1 of Mr. Mann's Verified Counterclaims against Petr Dmitriev, Yusup Osmanov, Yuri Ryazanov, Oleg Semenets, and Daria Latour and Arsenyi and Georgy Shchepin. (Dkt. Nos. 35-39.) Mr. Mann declared in each Counterclaim that, "to the best of my knowledge, the factual allegations stated herein are true and correct." See Verification to each Counterclaim.

Mr. Mann also brought a separate lawsuit in this court as a plaintiff. See Anrion Corp. and Andrei Mann v. Tatiana Ivanova, Nathalie Roicomte-Cavallari, and SCI Maniv, U.S. District Court for the District of Massachusetts, Docket No. 1:22-cv-11272-RGS. Presumably Mr. Mann would be required to attend an in-person deposition in Massachusetts as a plaintiff in that case as well. As Mr. Mann is a resident of Massachusetts with offices in Newton, it should not be burdensome for him to appear in Massachusetts – in either Boston or Worcester – for his deposition.

### *COVID Emergency*

The federal Public Health Emergency for COVID-19, declared under Section 319 of the Public Health Service Act, expired on May 11, 2023. The Commonwealth of Massachusetts' COVID-19 public health emergency ended on May 11, 2023, in conjunction with the end of the federal public health emergency. The end of both the federal and state public health emergencies brought an end to emergency court orders concerning civil depositions and returned deposition practice to the pre-emergency status quo, i.e., that in-person depositions are the default.

### *Conclusion*

Weighing any inconvenience to Mr. Mann versus the complex nature of the alleged fraud, the numerous foreign-language documents to be used at the deposition, and the use of a Russian language interpreter, the balance of the equities weigh in favor of holding Mr. Mann's deposition in-person. Given Mr. Mann's sworn statement that he is a resident of the

Commonwealth of Massachusetts, has offices in Newton, and is currently located in New York City, attending a deposition in Massachusetts should not be a hardship or unduly burdensome. Nevertheless, Plaintiffs' counsel is willing to travel to New York City if necessary to conduct Mr. Mann's deposition in-person.

WHEREFORE, the Plaintiffs request that this Court order that Mr. Mann appear for his deposition in-person in Massachusetts, or if necessary in New York.

|  |  |
|---|---|
| Dated: October 13, 2023 | PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS,<br><br>By their attorney,<br><br>*/s/ Kenneth C. Pickering*<br>Kenneth C. Pickering, BBO #634121<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>kpickering@mirickoconnell.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Kenneth C. Pickering, counsel for the Plaintiffs, hereby certify that I have conferred with the Defendant, Andrei Mann, via numerous email communications from August 15 through September 14, 2023, in a good faith effort to resolve or narrow the issue concerning the location of Mr. Mann's deposition. Because Mr. Mann is *pro se*, and has indicated that he will require an interpreter for his deposition, I conferred with Mr. Mann via email instead of a telephonic conference, so there would be no miscommunication or dispute about what was said.

Dated: October 13, 2023                              Kenneth C. Pickering

CERTIFICATE OF SERVICE

    I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via first class mail, postage prepaid, and via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

Dated: October 13, 2023

Kenneth C. Pickering