UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>　　Plaintiffs<br><br>　　　v.<br><br>ANDREI MANN,<br>　　Defendant | CIVIL ACTION NO. 1:21-CV-40068 |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

The Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets, oppose Defendant, Andrei Mann's Motion to Compel the in-person depositions of the Plaintiffs due to the extraordinary circumstances facing each Plaintiff. Five of the Plaintiffs currently reside in Russia, a country which is at war. One Plaintiff recently moved his family from Russia to Turkey due to the difficult circumstances in Russia. And one Plaintiff currently lives with his family in Israel, another country in a state of war. Although the Plaintiffs cannot travel to the United States for an in-person deposition, each can available via videoconference.

*Russian Plaintiffs*

Plaintiffs Yusup Osmanov, Oleg Semenets, Daria Latour and Ms. Latour's sons, Arseniy and Georgy Shchepin, are all Russian citizens residing in Russia (for purposes of this motion, the "Russian Plaintiffs"). (See Statements of Yusup Osmanov, Oleg Semenets and Daria Latour,

**Exhibits A – C**.)  None of the Russian Plaintiffs has a valid U.S. Visa.  Each would need to obtain a U.S. Visa before traveling to the U.S.

The U.S. Embassy in Moscow no longer offers non-diplomatic visa services.  "Due to the suspension of immigrant visa services at the U.S. Embassy in Moscow, the U.S. Department of State has designated the U.S. Embassy in Warsaw to process immigrant visas for residents of Russia." [1]  Russians must now travel to Poland, or another designated country outside Russia, to apply for a U.S. Visa.  The application process requires an application, a substantial fee and an in-person interview by U.S. Embassy or Consulate personnel – which can take weeks to schedule.  Then one must wait anywhere from a few days to a few months for the visa to issue.  Having to undertake this process in a foreign county exponentially increases the economic burden on the Russian Plaintiffs.

Accordingly, traveling to the U.S. for a deposition would now require leaving Russia to travel to a foreign country to apply for a U.S. Visa, undergoing the visa process, waiting for the visa to issue, then, if issued, traveling to the United States – all while their home country is at war with Ukraine greatly increasing the risk of any such travel.

Further, as military age Russian citizens, Arseniy and Georgy Shchepin are prohibited from leaving Russia.  (See Statement of Daria Latour, **Exhibits C**.)  And finally, one cannot overstate the fact that traveling to a foreign country to obtain a visa, then to the U.S. for a deposition, would require that the Russian Plaintiffs be away from family – including minor children and elderly relatives who depend on them – during a time of war.

---

[1] https://ru.usembassy.gov/visas/#:~:text=Due%20to%20the%20suspension%20of,visas%20for%20residents%20of%20Russia

Yusup Osmanov, Oleg Semenets, Daria Latour and Arseniy and Georgy Shchepin are able to participate in a deposition via videoconferencing.

### *Yuri Ryazanov*

Yuri Ryazanov is currently living with his family in Turkey.  Mr. Ryazanov and his family fled to Turkey due to the difficult circumstances in Russia.  (See Statement of Yuri Ryazanov, **Exhibit D**.)

Mr. Ryazanov is currently in the process of applying for Turkish citizenship and cannot leave Turkey until the process is complete.  Mr. Ryazanov is also trying to take care of other issues necessary to settle his family in Turkey.  Mr. Ryazanov does not have a U.S. Visa.  Because Mr. Ryazanov is currently changing his residency, obtaining a U.S. Visa would be extremely difficult.

Like the other Plaintiffs, Mr. Ryazanov's financial situation has deteriorated making travel to the U.S. even more difficult.  Mr. Ryazanov is trying to settle his family in a new country after leaving Russia.  Requiring that Mr. Ryazanov attend an in-person deposition in the U.S. would be an undue hardship – and perhaps impossible – because he would need to apply for a U.S. Visa while trying to establish citizenship in Turkey.  Mr. Ryazanov cannot leave Turkey while trying to establish citizenship there.  Travel to the U.S. at this juncture could cause Mr. Ryazanov to forfeit his opportunity to establish citizenship with his family in Turkey.  Mr. Ryazanov is able to participate in a deposition via videoconference.

### *Petr Dmitriev*

Petr Dmitriev lives with his family in Israel – like Russia, a country currently at war.  Two of Mr. Dmitriev's children are minors, and his eldest daughter is eligible to be drafted into the Israeli army – which could occur at any time.  (See Statement of Petr Dmitriev, **Exhibit E**.)

Mr. Dmitriev has joint Russian and Israeli citizenship. (See Complaint at ¶ 1.) He does not have a U.S. Visa. Due to Israel's war with Hamas, the U.S. Embassy in Israel is not processing visa requests. "Due to the ongoing security situation, the U.S. Embassy in Jerusalem and the Embassy Branch Office in Tel Aviv are not offering nonimmigrant and immigrant visa services at this time."[2] Travel to and from Israel is increasingly dangerous due to hostilities between Israel and Hamas. The U.S. State Department has issued a travel advisory indicating that,

> Terrorist groups, lone-actor terrorists and other violent extremists continue plotting possible attacks in Israel and the West Bank and Gaza. Terrorists and violent extremists may attack with little or no warning, targeting tourist locations, transportation hubs, markets/shopping malls, and local government facilities.[3]

Although living in Israel is dangerous, air travel and the use of transportation hubs greatly increases that risk.

Further, Mr. Dmitriev does not currently have a source of income. Any travel to a third country to apply for a visa, and then travel to the United States, would be prohibitively expensive. And like the other Plaintiffs, leaving his family during a time of war in his home country would be an undue hardship on Mr. Dmitriev and his family, including his two minor children. Mr. Dmitriev is able to participate in a deposition via videoconference.

### *Conclusion*

Each of the Plaintiffs are willing and able to participate in a deposition via videoconference. Given the extraordinary circumstances that each of the Plaintiffs find themselves in, and the truly exceptional burden that traveling to the United States for a

---

[2] https://il.usembassy.gov/visas/
[3] https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/israel-west-bank-and-gaza-travel-advisory.html

deposition would require – both financially and with respect to their and their family's safety – the Plaintiffs should be allowed to participate in a deposition via videoconference.

WHEREFORE, the Plaintiffs request that this Court deny Defendant's Motion to Compel the Plaintiffs to travel to the United States for a deposition.

|  |  |
|---|---|
| | PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, |
| | By their attorney, |
| | /s/ Kenneth C. Pickering |
| | Kenneth C. Pickering, BBO #634121 |
| | Mirick, O'Connell, DeMallie & Lougee, LLP |
| | 100 Front Street |
| | Worcester, MA 01608-1477 |
| | Phone: (508) 791-8500 |
| Dated: October 27, 2023 | kpickering@mirickoconnell.com |

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

/s/ Kenneth C. Pickering

Dated: October 27, 2023                 Kenneth C. Pickering

5