# Exhibit A

**Statement of Yusup Osmanov**

I, Yusup Osmanov, state under oath:

1.    I am one of the plaintiffs in the case <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2.    I am a citizen and live in Russia.  The U.S. Consulate in Moscow does not give U.S. visas to Russian citizens.  To get a U.S. visa, Russian citizens must travel abroad and then apply to U.S. Consulates in other countries.  This would be extremely difficult for me practically and financially.

3.    After Andrei Mann fled Russia, and because of his deception, I became responsible for his outstanding loans at Ergobank, which he controlled.  As a result of the lawsuits and proceedings pending against me in Russia related to these loans, I am practically unable to leave the country.

4.    Due to Mann's debt default, my funds have been limited for many years.  Traveling to the U.S. would be difficult for me financially.

5.    I am willing to testify via video link.


Signed under the pains and penalties of perjury,



_____
Yusup Osmanov

Date: ____October 27____, 2023