# Exhibit B

**Statement of Oleg Semenets**

I, Oleg Semenets, state under oath:

1. I am a plaintiff in the case <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. I live permanently in Russia and have a nine-year-old daughter as a dependent. My prolonged absence from Russia may have a negative impact on her safety due to the difficult situation in the country.

3. I have never been to the United States and I have never had a visa to the United States. It is currently impossible to obtain a visa to the United States in Russia.

4. I do not have any credit cards that can be used to pay outside of Russia, and the export of cash currency from the country is severely restricted, which prevents me from being able to pay for travel and lodging in the U.S.

5. I am prepared to testify via video link.

Signed under the pains and penalties of perjury,

Dated: __27th October__, 2023

_____
Oleg Semenets