# Exhibit C

**Statement of Daria Latour**

I, Daria Latour, submit this statement under oath in the case against Andrei Mann in the United States District Court for the District of Massachusetts titled, <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, Docket No. 1:21-cv-40068.

1. I and my sons, Arseniy and Georgy Shchepin, are Russian citizens and live in Russia. We live in a country at war. Arseniy and Georgy are both of military age and can be drafted into the Russian army at any time. The entire male population of Russia of military age is now limited in the right to leave the Russian Federation.

2. I do not have a valid U.S. visa. The United States Embassy in Moscow currently does not issue visas to Russians, and it is almost impossible for Russians to obtain visas to other countries.

3. Because of Mann, both my sons and I lost our residence permit in Spain.

4. Andrei Mann stole the money of my ENTIRE family. (He stole money from both me and my children.) Therefore, my financial situation is now extremely difficult.

5. I had an oncological surgery several years ago, which greatly undermined my health. The side effect of the surgery was a heart rhythm disturbance. Even if I could obtain a visa, I simply physically cannot endure this flight.

6. Arseniy, Georgy and I are ready to give any necessary testimony in court via video link.

Signed under the pains and penalties of perjury,

Daria Latour
Dated: _27th October_, 2023