# Exhibit D

**Statement of Yuri Ryazanov**

I, Yuri Ryazanov, state under oath:

1. I am a plaintiff in the case against Andrei Mann pending in the U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. Due to the difficult situation in Russia, my wife and I, our daughters, our granddaughter left Russia for Turkey. We are in the process of applying for Turkish citizenship. I am not able to leave Turkey until this procedure is finalized, and several other things that will determine the future of my family have been taken care of.

3. I do not have a visa to the U.S. Because of my situation, the changing of my residency and application for new citizenship, obtaining a visa to the U.S. would be extremely difficult.

4. My financial situation has understandably deteriorated in recent years and I need to find new sources of income - this is extremely difficult in these circumstances. I cannot afford the additional costs of travel to the U.S. and back at this time.

5. I am willing to testify via video link.

Signed under the pains and penalties of perjury,

_____
Yuri Ryazanov
Date: 27th October, 2023