# Exhibit E

## Statement of Petr Dmitriev

I, Petr Dmitriev, swear under oath:

1. I am a plaintiff in the case <u>Petr Dmitriev, et al. v. Andrei Mann</u>, U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. I have been living with my family in Israel for many years. Two of my children are minors. My eldest daughter may be drafted into the army at any moment.

3. Israel is at war, there are hostilities in the country and no one knows how long they will continue. The situation in Israel does not allow me to separate from my children.

4. I do not have a valid visa to the U.S.A. Due to the military situation at the moment, the work of the U.S. consulate in Israel is limited.

5. Due to the epidemic Covid 19 I lost all sources of income in Russia and in Israel. We are currently living on savings received earlier. Mann's refusal to pay me back has caused me irreparable financial damage that has catastrophically worsened my financial situation. Traveling to the United States would cause me even more financial difficulties. (Mann's assertions that the plaintiffs' financial situation is good are false. Having second citizenship is not synonymous with prosperity, especially since I obtained this citizenship in 2012 at a different time and in a different economic and political situation.)

6. For the above reasons, it would be most convenient for me to testify via video link and I consent to do so.


Signed under the pains and penalties of perjury,

_____
Petr Dmitriev
Date:
27.10.23