IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2023 NOV -6 PM 3: 16

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant.<br><br>---<br><br>ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | CIVIL ACTION No. 21cv40068-NMG<br><br>**DEFENDANT AND PLAINTIFF IN COUNTERCLAIM<br>ANDREI MANN<br>MOTION FOR LEAVE TO FILE REPLY TO "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL".**<br><br>**LOCAL RULES 7.1 (b)(3)** |

Defendant and Counterclaimant Andrei Mann ("Mann") requests this honorable Court to allow him to file REPLY to "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL," dated October 27, 2023.

I request permission to file this document because the plaintiffs and defendants have made a number of statements under oath that, in my opinion, significantly mislead the court regarding their ability to

1

come to the United States to testify, as well as on a number of other issues.

The plaintiffs' lawyer, Mr. Pickering, informed me that he "will not oppose your motion if you move to file a reply brief."

I ask the respected court to allow me to submit the specified document no later than November 2, 2023.

Date: November. 01, 2023

/Andrei Mann /
_____
Andrei Mann

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, November, 01, 2023, the foregoing Reply was served on the parties as follows:

Kenneth C. Pickering,
Mirick. O'Connell. DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
Attorney for all Plaintiffs;

Date: November, 01, 2023

/Andrei Mann /
_____
Andrei Mann