IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant. | CIVIL ACTION No. 21cv40068-NMG<br><br>**REPLY OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN TO "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL", DATED OCTOBER 27, 2023.** |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | |

Defendant and Plaintiff in Counterclaim Andrei Mann ('Mann") respectfully files his REPLY TO "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL", dated October 27, 2023.

I ask you to accept this REPLY due to the fact that the plaintiffs and at the same time the accused made a number of statements under oath that significantly mislead the court regarding their ability to come to the United States to testify.

1

I PLAINTIFFS' ALLEGATIONS

1. Latour reports: "...as citizens of Russia of military age, Arseny and Georgy Shchepin are prohibited from leaving Russia. (See Daria Latour's statement, Appendix C.)."

This statement is not true.

Today, Russian legislation does not prohibit Russian citizens, including men of military age, from leaving the country. Only those who have been issued a summons from the military registration and enlistment office are prohibited from leaving the country. As far as I know, Arseny and Georgy Shchepin did not receive any summons from the military registration and enlistment office. In addition, in the fall of 2022, they left Russia freely and went to Georgia. In this country, a citizen of the Russian Federation can without restrictions request a visa at the US Embassy in Tbilisi, the period for obtaining a visa is from seven days.

https://ge.usembassy.gov/visas/


2. Ryazanov reports: "Yuri Ryazanov is currently living with his family in Turkey. Mr. Ryazanov and his family fled to Turkey due to the difficult circumstances in Russia. (See Statement of Yuri Ryazanov, Exhibit D.) Mr. Ryazanov is currently in the process of applying for Turkish citizenship and cannot leave Turkey until the process is complete."

This statement significantly misleads the court.

On the official website of the Republic of Türkiye Ministry of Interior Presidency of Migration Management, it is written:

"When you apply for a residence permit, you will be given a special document müracaat belgesi for the rendezvous. Confirmation of the application accepted for consideration. When you have müracaat belgesi and receipts for payment of state fees in your hands, you can travel multiple times, each departure should not exceed 15 days "

https://en.goc.gov.tr/

There is a US embassy in Turkey, in Ankara, it issues visas to Russian citizens, the period for obtaining a visa is seven days.

https://tr.usembassy.gov/


3. About Mr. Dmitriev it is said: "Mr. Dmitriev has joint Russian and Israeli citizenship. (See Complaint at ¶ 1.) He does not have a U.S. Visa. Due to Israel's war with Hamas, the U.S. Embassy in Israel is not processing visa requests. "Due to the ongoing security situation, the U.S. Embassy in Jerusalem

and the Embassy Branch Office in Tel Aviv are not offering nonimmigrant and immigrant visa services at this time.""

This statement also significantly misleads the court.

As I understand it, Mr. Dmitriev does not need to contact the US Embassy in Israel.

Visa-free entry into the United States is open for Israeli citizens 10/19/2023: : "The U.S. Department of Homeland Security (DHS) is announcing the start of visa-free travel for short term visits to the United States for eligible Israeli citizens and nationals following Israel's admission into the U.S. Visa Waiver Program. Starting today, Thursday, October 19, eligible Israeli citizens and nationals can start applying for authorization to travel to the United States through the U.S. Customs and Border Protection's (CBP) Electronic System for Travel Authorization (ESTA)."

https://il.usembassy.gov/dhs-announces-start-of-applications-for-visa-free-travel-to-u-s-for-eligible-israeli-citizens-and-nationals/#:~:text= WASHINGTON%20%E2%80%93%20Today%2C%20the%20U.S.%20Department,the%20U.S. %20Visa%20Waiver%20Program.

Currently, planes of many companies, including the American company Delta, continue to fly from Tel Aviv to the United States daily.


4. Semenets and Osmanov refer to similar circumstances when talking about difficulties in obtaining a US visa. "...It is currently impossible to obtain a visa to the United States in Russia." "To get a U.S. visa, Russian citizens must travel abroad and then apply to U.S. Consulates in other countries. This would be extremely difficult."

As far as I know, both Semenets and Osmanov move freely and without any restrictions outside the Russian Federation. So, Semnets spent most of this summer with his family in Marbella, Spain, and Osmanov spent most of the summer with his wife, grandchildren and other relatives at his home at Ciudad Quesada, Rojales, in the province of Alicante, Spain.

Both Semenets and Osmanov, as I know, have open and multiple-entry Schengen visas. There are US embassies in all of them.


II GENERAL REMARKS

In addition, I would like the following considerations to be taken into account when considering my REPLY:


2.1 . The plaintiffs state: "None of the Russian Plaintiffs has a valid U.S. Visa. Each would need to obtain a U.S. Visa before traveling to the U.S."

The discovery procedure was known in advance; there were many opportunities and time to obtain a visa to the United States. In July 2023 that former co-defendant M. Hellman insists on the personal presence of the plaintiffs in Massachusetts during the interview. In early September, I also raised the need for plaintiffs to be present in Massachusetts during interviews.

It was precisely so that the plaintiffs could resolve all technical issues with obtaining visas that I asked the court to extend Discovery until December 28.

In my deep conviction, there was plenty of time to obtain a US visa. As now, there is still a lot of time to obtain a US visa before Discovery closes.

2.2 The plaintiffs write that: "Having to undertake this process in a foreign county exponentially increases the economic burden on the Russian Plaintiffs."

This is undoubtedly true. But I cannot accept this argument as a basis for waiving plaintiffs' personal presence during the interview in Boston, MA.

In filing this lawsuit, the plaintiffs emphasized that they consider this respected court in Massachusetts "the only appropriate venue for the consideration of their claim and are willing to bear the costs of possible travel to the United States to testify, as well as the costs associated with paying for the travel of necessary witnesses. "

2.3. It is my understanding that the plaintiffs understand the importance of personal participation during interviews. That's why they insist on my participation in this way. "The Plaintiffs wish to conduct Mr. Mann's deposition in-person given the large number of documents to be used during the deposition (most of which are in Russian), the requirement that a Russian translator be present"

At the same time, they themselves are trying to evade personal participation. This looks more than strange. It seems to me that they should be interested in meeting me personally, "look me in the eyes" and refute all my arguments both as plaintiffs and as those accused by me of FRAUDULENT CONCEALMENT, BREACH OF CONTRACT, MONEY HAD AND RECEIVED, UNJUST ENRICHMENT, RESTITUTION, CIVIL CONSPIRACY, DAMAGE TO BUSINESS REPUTATION, RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT (RICO) and others.

The fact that all the plaintiffs refuse to come to the United States in this situation raises additional questions in my mind that I would like to ask the plaintiffs and defendants personally, in the United States.

III CONCLUSION

Based on what has been said, I believe that in order to establish the truth by this respected court, it is extremely important to oblige the plaintiffs and at the same time the defendants to give an in-person deposition, but not a remote deposition.

Date:NOVEMBER, 01, 2023

/Andrei Mann /

4


Andrei Mann

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, November,01, 2023, the foregoing Reply was served on the parties as follows:

Kenneth C. Pickering,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
Attorney for all Plaintiffs;

Date: November, 01, 2023

/Andrei Mann /
_____
Andrei Mann