UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS
    Plaintiffs

v.

ANDREI MANN,
    Defendant

CIVIL ACTION NO. 1:21-CV-40068

**BRIEF ADDRESSING LEGALITY OF REMOTE DEPOSITIONS FOR FOREIGN PLAINTIFFS AND PROPOSED ALTERNATIVES TO IN-PERSON DEPOSITIONS**

    The Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets, hereby address the legality of remote depositions for foreign Plaintiffs, and proposed alternatives to in-person depositions. Five of the Plaintiffs currently live in Russia, one resides in Turkey with his family, and one lives in Israel.

*Russian Federation*

    Russia is not a recognized party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, and does not permit the taking of depositions in civil or commercial matters. "The United States has not accepted the Russian Federation's accession to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters because the Russian Federation did not name a central authority at the time of its accession, and did not make any specific declarations or reservations regarding methods of obtaining evidence." See U.S. Department of State, Bureau of Consular Affairs, Judicial Assistance Country Information, Russian Federation, https://travel.state.gov/content/travel/en/legal/Judicial-

Assistance-Country-Information/RussianFederation.html (last visited November 14, 2023). "Because [a]n accession is effective only between the acceding country and those contracting states that have accepted the accession, the United States and Russia are not treaty partners in the Hague Evidence Convention." Phoenix Process Equip. Co. v. Capital Equip. & Trading Corp., 2019 WL 1261352, at *10 (W.D. Ky. Mar. 19, 2019).

Further, "[t]he Russian Federation does not permit the taking of voluntary depositions of willing witnesses in civil and commercial matters." See U.S. Department of State, Bureau of Consular Affairs, Judicial Assistance Country Information, Russian Federation, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/RussianFederation.html (last visited November 14, 2023).

### Israel

Israel is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. Israel's Central Authority for the Hague Evidence Convention designated to receive letters of request for the taking of evidence is the Ministry of Justice. Voluntary depositions of Israeli and third-country nationals require permission from the Israeli Central Authority for the Hague Evidence Convention. The taking of telephone and video-teleconference testimony of willing witnesses is permitted. See U.S. Department of State, Bureau of Consular Affairs, Judicial Assistance Country Information, Israel, the West Bank and Gaza, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Israel.html (last visited November 14, 2023); see also Israel's response to the 2008 Hague Conference questionnaire on the practical operation of the Hague Evidence Convention, https://assets.hcch.net/docs/eaf2ee9f-3ee0-4127-968a-4af8e379eccc.pdf (last visited November 14, 2023).

*Turkey*

Turkey is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. Voluntary depositions of Turkish and third country nationals require permission from the Turkish Central Authority for the Hague Evidence Convention. Depositions may be taken at the U.S. Embassy, one of the U.S. Consulates, or at another location such as a hotel or office. See U.S. Department of State, Bureau of Consular Affairs, Judicial Assistance Country Information, Republic of Turkey, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Turkey.html (last visited November 14, 2023); see also Turkey's response to the 2008 Hague Conference questionnaire on the practical operation of the Hague Evidence Convention. https://assets.hcch.net/docs/eafd3a7a-f239-46f6-85a9-1d03fa6a7c34.pdf (last visited November 14, 2023). Depositions may be conducted via video-conference.

*Kazakhstan*

The Republic of Kazakhstan is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. See Hague convention on Private International Law, News Archives, Kazakhstan joins the Hague Evidence Convention, https://www.hcch.net/en/news-archive/details/?varevent=552 (last visited November 14, 2023). There are no restrictions or special formalities for the taking a foreign deposition in Kazakhstan. Depositions may be conducted via video-conference. The central authority does not require notification for voluntary depositions. See https://www.optimajuris.com/International-Depo-Guide-Kazakhstan.pdf.

Russian citizens do not need a tourist visa to travel to Kazakhstan. Russian passport holders may stay in Kazakhstan for up to 90 days. See https://www.reuters.com/world/asia-

3

pacific/kazakhstan-ends-unlimited-stay-russians-2023-01-17/; see also

https://embassies.net/kazakhstan-visa-for-russia-citizens (last visited November 14, 2023).

|  |  |
|---|---|
| | Respectfully submitted, |
| | PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, |
| | By their attorney, |
| | /s/ Kenneth C. Pickering |
| Dated: November 15, 2023 | Kenneth C. Pickering, BBO #634121<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>kpickering@mirickoconnell.com |

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

/s/ Kenneth C. Pickering

Dated: November 15, 2023                    Kenneth C. Pickering

4