UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREI MANN and MICHAEL HELLMAN, <br><br> Defendants. | Civ. Action No. <br> 1:21-CV-40068-NMG |

## REPORT AND RECOMMENDATION

**LEVENSON, U.S.M.J.**

Plaintiffs Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets ("Plaintiffs"), and Defendant Michael Hellman ("Hellman"), have jointly moved for dismissal of all claims asserted against Hellman, without prejudice. Docket No. 104. Although Defendant Andrei Mann ("Mann") has assented to the motion and does not raise an objection, Mann does not jointly stipulate to dismissal. Therefore, the moving parties seek dismissal by court order, under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs and Hellman have reached a settlement agreement as to Plaintiff's claims against Hellman only.

Judge Gorton referred this case to me for full pretrial proceedings (Docket No. 69). Because the dismissal of a claim is a dispositive pretrial matter under Rule 3(a)(15) of the Rules for Magistrate Judges in the United States District Court for the District of Massachusetts, I recommend that the Court **ALLOW** the Assented-To Joint Motion to Dismiss Plaintiffs'

*Report and Recommendation accepted and adopted.*

*/s/ NMGorton, USDJ 11/17/2023*