UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br><br>Defendants. | Civ. Action No.<br>1:21-CV-40068-NMG |

**REPORT AND RECOMMENDATION**

**LEVENSON, U.S.M.J.**

Plaintiffs Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets ("Plaintiffs"), and Defendant Michael Hellman ("Hellman"), have jointly moved for dismissal of all claims asserted against Hellman, without prejudice. Docket No. 104. Although Defendant Andrei Mann ("Mann") has assented to the motion and does not raise an objection, Mann does not jointly stipulate to dismissal. Therefore, the moving parties seek dismissal by court order, under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs and Hellman have reached a settlement agreement as to Plaintiff's claims against Hellman only.

Judge Gorton referred this case to me for full pretrial proceedings (Docket No. 69). Because the dismissal of a claim is a dispositive pretrial matter under Rule 3(a)(15) of the Rules for Magistrate Judges in the United States District Court for the District of Massachusetts, I recommend that the Court **ALLOW** the Assented-To Joint Motion to Dismiss Plaintiffs'

Claims Against Defendant Michael Hellman Only (Docket No. 104) and **DISMISS** all claims in this action against Defendant Michael Hellman **WITHOUT PREJUDICE**.[1] All claims against Defendant Andrei Mann should remain pending.

|  |  |
|---|---|
| September 8, 2023 | SO RECOMMENDED,<br><br>/s/   Paul G. Levenson<br>PAUL G. LEVENSON<br>UNITED STATES MAGISTRATE JUDGE |

---

[1] The parties are hereby advised that under the provisions of Federal Rule of Civil Procedure 72(b), any party who objects to this recommendation must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. *See Keating v. Secretary of Health and Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).