IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2023 DEC -1 PM 12: 11

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant.<br><br>―――――――<br><br>ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | CIVIL ACTION No. 21cv40068-NMG<br><br><br>**DEFENDANT AND PLAINTIFF IN COUNTERCLAIM**<br>**ANDREI MANN**<br>**MOTION FOR LEAVE TO FILE "MOTION TO COMPEL".** |

Based on the fact that October 13, 2023 has passed the extending deadline for motions to compel, Defendant and Counterclaimant Andrei Mann ("Mann") requests this honorable Court to allow him to file "MOTION TO COMPEL".

This Petition is due to the following circumstances.

1

1.
On September 12, 2023, I sent a letter to the plaintiffs' lawyer, Mr. K. Pickering, in which, in particular, I wrote: "I would like to interview the plaintiffs during the period October 2-11, 2023." Unfortunately, I did not formalize this invitation to interview the plaintiffs in the manner required by law. I learned about this only in November - at the hearing and from the order of the respected Magistrate Judge Paul G. Levenson #121, dated 11/17/2023: "At the hearing, Plaintiffs represented that Mann has not served any of the plaintiffs with a written notice for deposition, as required under Fed.R. Civ. P. 30(b)."

2.
According to the schedule approved by the court, I filed Motion to Compel, #110, dated October 13, 2023.
Later I also filed Motion to file Reply to "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL"( LOCAL RULES 7.1 (b)(3), #119, dated November 01, 2023.
Both of these documents could not be considered by the court for the reason I stated above.
Namely, in the order of the respected Magistrate Judge Paul G. Levenson #121, dated 11/17/2023 it is noted:"...until notice was issued, with an ensuing failure to appear, there would be no basis for a motion to compel deposition through enforcement of a subpoena under Fed. R. Civ. P. 45."

3.
I sent to Mr. K. Pickering on November 20, 2023 DEPOSITION NOTICES for PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS.
These DEPOSITION NOTICES stated that I will take the deposition upon oral examinations, in person, not online.

4.
On November 27, 2023, Mr. K. Pickering replied to me that "The plaintiffs cannot attend depositions in the United States for the reasons previously discussed."
Mr. K. Pickering also noted that "You are correct that the depositions cannot be taken in Russia because Russia is not a recognized party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. However, we have proposed taking the plaintiffs' depositions via video conference in Israel, Turkey and Kazakhstan..."

5.
On the same day, November 27, 2023, I wrote to Mr. K. Pickering that "With regret, I have to admit that we have again not reached an agreement regarding the interview of the plaintiffs. I cannot consider non-personal interviews of plaintiffs online from third countries normal. I have repeatedly expressed all the arguments before.
In this situation, I will be forced to ask the judge to allow me to file Motion to Compel."

2

I ask the honorable Court to allow me to submit the specified document "MOTION TO COMPEL" no later than December 11, 2023.

Date: November, 28, 2023

/Andrei Mann /
_____
Andrei Mann

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, November, 28, 2023, the foregoing MOTION FOR LEAVE TO FILE "MOTION TO COMPEL"
was served on the parties as follows:
Kenneth C. Pickering,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
Attorney for all Plaintiffs;

Date: November, 28, 2023

/Andrei Mann /
_____
Andrei Mann