UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN,<br>Defendant. | CIVIL ACTION NO. 1:21-CV-40068 |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Defendant, Andrei Mann, and Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets jointly move to extend the discovery deadline for two (2) months. As grounds for this motion the parties state as follows:

1. Following the Court's order of November 3, 2023, ordering the in-person deposition of the Defendant Andrei Mann, the parties agreed that Mr. Mann's deposition would take place in Massachusetts on December 18, 2023 – with the caveat that Mr. Mann would report to Plaintiffs' counsel on December 4 if he was unable to participate in the deposition due to concerns with his voice.

2. On December 4, 2023, Mr. Mann informed Plaintiffs' counsel that he had seen a doctor and was unable to participate in his deposition do to issues with his vocal chords.

3. On December 5, 2023, Mr. Mann provided Plaintiffs' counsel with a doctor's note indicating that Mr. Mann would be unable to participate in a deposition until January 6, 2024.

4. The current discovery deadline is December 28, 2023.

5. In order to provide time for Mr. Mann's voice to recover, and ensure that there is sufficient time to arrange for and conduct Mr. Mann's deposition, the parties requests a two (2) month extension of the discover deadline through February 28, 2024.

WHEREFORE, the parties jointly request that the discovery deadline be extended through February 28, 2024.

| ANDREI MANN, | PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, |
|---|---|
| | By their attorney, |
| /s/ Andrei Mann | /s/ Kenneth C. Pickering |
| Andrei Mann | Kenneth C. Pickering, BBO #634121 |
| 670 Pacific Street, Apt. 401 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Brooklyn, NY 11217 | 100 Front Street |
| andreimann@hotmail.com | Worcester, MA 01608-1477 |
| | Phone: (508) 791-8500 |
| | kpickering@mirickoconnell.com |

Dated: December 11, 2023

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

Dated: December 11, 2023         /s/ Kenneth C. Pickering

{Client Matter 30307/00001/A8559453.DOCX}