UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>   Plaintiffs<br><br>v.<br><br>ANDREI MANN,<br>   Defendant | CIVIL ACTION NO. 1:21-CV-40068 |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL
IN-PERSON DEPOSITIONS, DATED DECEMBER 11, 2023**

The Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets, hereby oppose Defendant, Andrei Mann's Motion to Compel In-Person Depositions, dated December 11, 2023.[1]  The Plaintiffs currently live in Russia, Turkey and Israel.  Although the Plaintiffs cannot travel to the United States for an in-person deposition, each can be available for their deposition via videoconference in Kazakhstan, Turkey and Israel – all countries that are parties to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters.

*Undue Burden*

Since bringing this lawsuit in the United States – because the defendant is domiciled here – the Plaintiffs' conditions have changed considerably due to political instability, miliary actions, and financial circumstances.  Further, in order to travel to the United States for their depositions,

---

[1] Plaintiffs incorporate their Opposition (filed on October 27, 2023, Dkt. No. 112), to Defendant's previous Motion to Compel.

each of the Plaintiffs would need to obtain a U.S. visa.  This is true even for those with a Schengen visa.  See Affidavit of Petr Dmitriev ("Dmitriev Aff."), at ¶ 4, attached as **Exhibit 1**.

The process for obtaining a U.S. visa for Russian citizens is complex.  It requires significant documentation and a foreign means of payment.  All of this must be done outside of Russia because the U.S. Embassy in Moscow no longer offers non-diplomatic visa services.  See Dmitriev Aff. at ¶ 5.  According to the U.S. Department of State, Bureau of Consular Affairs, wait times for non-immigrant visa interviews in Tel Aviv, Ankara and Istanbul range from 57 to 363 days.  See Dmitriev Aff. at ¶ 6.  In addition, the U.S. response to Russian hostilities with Ukraine make both travel itself, and accessing Russian funds outside of Russia, much more difficult.  See Dmitriev Aff. at ¶¶ 7-9.

Although it would be exceedingly difficult for the Plaintiffs to travel to the United States for their depositions, each of the Plaintiffs can make themselves available for a deposition via videoconference in a country that is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters (the "Hague Convention"); either Israel, Turkey or Kazakhstan.

### *Parties to the Hague Convention*

Israel is a party to the Hague Convention, and the taking of telephone and video-teleconference testimony of willing witnesses is permitted.  See U.S. Department of State, Bureau of Consular Affairs, Judicial Assistance Country Information, Israel, the West Bank and Gaza, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Israel.html (last visited November 14, 2023).

Turkey is also a party to the Hague Convention.  Depositions may be conducted via video-conference and may be taken at the U.S. Embassy, Consulate, or at a hotel or office.  See

U.S. Department of State, Bureau of Consular Affairs, Judicial Assistance Country Information, Republic of Turkey, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Turkey.html (last visited November 14, 2023).

The Republic of Kazakhstan is a party to the Hague Convention. <u>See</u> Hague Convention on Private International Law, News Archives, Kazakhstan joins the Hague Evidence Convention, https://www.hcch.net/en/news-archive/details/?varevent=552 (last visited November 14, 2023). There are no restrictions on the taking a foreign deposition in Kazakhstan. And, depositions may be conducted via video-conference. <u>See</u> https://www.optimajuris.com/International-Depo-Guide-Kazakhstan.pdf.

### *Conclusion*

Although travel to the United States would be difficult, if not impossible for the Plaintiffs, each is willing to make themselves available for a video deposition in either Israel, Turkey or Kazakhstan. Each country is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, making the depositions lawful, and valid for use in U.S. litigation.

WHEREFORE, the Plaintiffs request that this Court deny Defendant's Motion to Compel the In-Person Depositions of the Plaintiffs in the United States, though each is willing to appear for a deposition via videoconference in either Israel, Turkey or Kazakhstan.

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS,

By their attorney,

*/s/ Kenneth C. Pickering*

Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
kpickering@mirickoconnell.com

Dated: December 22, 2023

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

*/s/ Kenneth C. Pickering*

Dated: December 22, 2023                                Kenneth C. Pickering

# Exhibit 1

## Affidavit of Petr Dmitriev in Response to Andrei Mann's Motion To Compel

I, Petr Dmitriev, hereby depose and state as follows:

1. I am a plaintiff in the case <u>Petr Dmitriev, et al. v. Andrei Mann</u>, U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. I make this statement in response to Andrei Mann's Motion to Compel the In-Person Deposition of the Plaintiffs, dated December 11, 2023.

3. Since we began efforts to locate Andrei Mann in 2020, and the filing of this lawsuit in 2021, the situations in both Russia and Israel have changed dramatically: politically, organizationally and financially.

4. The process of obtaining a U.S. visa for a Russian citizen abroad is complex, requires significant documentation, and requires a foreign means of payment. A Schengen visa with a Russian passport does not mean that its holder can quickly and easily obtain a visa to the United States.

5. Russian citizens must travel outside of Russia just to obtain a visa to travel to the United States because the U.S. Embassy in Russia does not issue U.S. Visas. "The U.S. Embassy in Moscow no longer offers non-diplomatic visa services…" See https://ru.usembassy.gov/visas/ (last visited Dec. 19, 2023).

6. According to the U.S. Department of State, Bureau of Consular Affairs, Global Visa Wait Times' webpage, the following are the wait times for an interview, for a U.S. non-immigrant visitor visa:

| City/Post | Interview Required - Visitors (B1/B2) |
|---|---|
| Tel Aviv | 57 Days |
| Ankara | 233 Days |
| Istanbul | 363 Days |

See https://travel.state.gov/content/travel/en/us-visas/visa-information-resources/global-visa-wait-times.html (last visited Dec. 19, 2023).

7. There is also a ban on direct flights from the U.S. to Russia, requiring travel through intermediary countries. Russia and the United States have prohibited flights from the other country from entering their airspace. See https://globalnews.ca/news/9645165/russian-airspace-ban-canada-flights-impact/ (last visited Dec. 19, 2023).

8. Since the conflict between Russia and Ukraine started in February 2022, the United States has implemented increasingly stringent sanctions on Russian financial institutions making it extremely difficult for Russians to pay for travel outside of Russia without having funds in a foreign bank.

9. Russian citizens who do not have foreign means of payment cannot confirm their solvency to U.S. Embassy personnel where they are applying for a visa, in order to be able to pay for tickets, accommodation, or travel-related expenses in America. Russian citizens who do not have other passports and residence permits would have to bypass American sanctions to pay for travel.

Signed under the pains and penalties of perjury,

*[signature]*
Petr Dmitriev
Date: 20.12.2023

2