IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant. | CIVIL ACTION No. 21cv40068-NMG<br><br>LEAVE TO FILE GRANTED ON 12/6/2023, # 125<br><br>LOCAL RULES 7.1 (b)(3) |
| ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | |

### DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN MOTION FOR LEAVE TO FILE REPLY TO "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL", LEAVE TO FILE GRANTED ON 12/6/2023, # 125

Defendant and Counterclaimant Andrei Mann ("Mann") requests this honorable Court to allow him to file REPLY to "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL,"

1

dated December, 22, 2023, #129, because plaintiffs and defendants continue to make statements that mislead the court on a number of significant issue.

In the hope that the respected court will allow the filing of the said REPLY, and also in order to save time, Mann is attaching to this Petition a REPLY to "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL," dated December, 22, 2023, #129.

Date: December, 26, 2023

/Andrei Mann /
_____
Andrei Mann

### CERTIFICATE OF SERVICE

The undersigned certifies that on this day, December, 26, 2023, the foregoing Reply was served on the parties as follows:

Kenneth C. Pickering,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
Attorney for all Plaintiffs;

Date: December, 26, 2023

/Andrei Mann /
_____
Andrei Mann

2