UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS
    Plaintiffs,

v.

ANDREI MANN,
    Defendant.

CIVIL ACTION NO. 1:21-CV-40068

## JOINT MOTION TO POSTPONE FINAL PRETRIAL CONFERENCE

Defendant, Andrei Mann, and Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets jointly move to postpone the Final Pretrial Conference currently scheduled for January 16, 2024. As grounds for this motion the parties state as follows:

1.    In October 2023, the Court scheduled a Final Pretrial Conference in this matter to take place on January 16, 2024 (Dkt. 113). At that time discovery was scheduled to close on December 28, 2023.

2.    Since that time discovery has been extended through February 28, 2024 (Dkt. 127), and Mr. Mann has objected to the Order denying his motion to take the Plaintiffs' depositions in-person (Dkt. 133).

WHEREFORE, the parties jointly request that the Final Pretrial Conference be postponed until a final discovery deadline has been set by the Court.

| | |
|---|---|
| ANDREI MANN, | PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS, |
| *[signature]* | By their attorney, |
| Andrei Mann<br>670 Pacific Street, Apt. 401<br>Brooklyn, NY 11217<br>andreimann@hotmail.com | *[signature]*<br>Kenneth C. Pickering, BBO #634121<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>kpickering@mirickoconnell.com |

Dated: January //, 2024

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

Dated: January //, 2024                                            *[signature]*
                                                                                Kenneth C. Pickering