IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant.<br><br>―――――――――<br><br>ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | CIVIL ACTION No. 21cv40068-NMG<br><br>**LEAVE TO FILE GRANTED ON 1/3/2024, # 132**<br><br>**LOCAL RULES 7.1 (b)(3)** |



## REPLY OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN TO "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL", DATED DECEMBER, 22, 2023, LEAVE TO FILE GRANTED ON 1/3/2024, # 132

Defendant and Plaintiff in Counterclaim Andrei Mann ("Mann") respectfully files his REPLY TO "PLANTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL", dated, December, 22, 2023, #129.

PLAINTIFFS' ALLEGATIONS
1.The Affidavit of Petr Dmitriev states that obtaining a US visa takes a long time.
As an example, links are given to obtaining a visa in Ankara - 233 days, Istanbul -363 days... This

differs significantly from the data provided by the US Embassy in Turkey, and also differs significantly from the time frame for obtaining a visa to the US, which are guaranteed by visa centers that have official accreditation from the US Embassy in Turkey.
https://tr.usembassy.gov/

2. Nothing is said about the time frame for obtaining a US visa for Russian citizens in other countries. Including those countries that do not require a visa for Russian citizens:
- in Georgia (this country is closer to Moscow than the capital Kazakhstan), a citizen of the Russian Federation can without restrictions request a visa at the US Embassy in Tbilisi, the period for obtaining a visa is from seven to thirty days.
https://ge.usembassy.gov/visas/
- in Kazakhstan, a citizen of the Russian Federation can without restrictions request a visa at the US Embassy in Astana, the period for obtaining a visa is from seven to thirty days.
https://kz.usembassy.gov/visas/
- In Armenia(this country is closer to Moscow than the capital Kazakhstan), a citizen of the Russian Federation can without restrictions request a visa at the US Embassy in Yerevan, the period for obtaining a visa is from seven to thirty days.
https://am.usembassy.gov/visas/nonimmigrant-visas/
Etc.

3. The Affidavit of Petr Dmitriev says that obtaining a US visa in Tel Aviv takes 57 days. However, Dmitriev does not need a US visa because he claims to be an Israeli citizen. An Israeli citizen does not currently require a US visa. Visa-free entry into the United States is open for Israeli citizens 10/19/2023:
https://il.usembassy.gov/dhs-announces-start-of-applications-for-visa-free-travel-to-u-s-for-eligible-israeli-citizens-and-nationals/#:~:text=%20WASHINGTON%20%E2%80%93%20Today%2C%20the%20U.S.%20Department,the%20U.S.%20Visa%20Waiver%20Program.

4. Since during written interrogations under the rules of Fed.R.Civ.P. 33, 34 many facts or requests for documents were ignored by plaintiffs and defendants in counterclaims, Mann regarded personal interviews of plaintiffs as the only opportunity to obtain the necessary (important) information during Discover. Therefore, Motion To Compel plaintiffs and defendants in counterclaims to personal (not online) disclosure of information refers to factors of a decisive nature (dispositive matter) for Mann.

5. There is a firm conviction that for four months, since August 2022, the plaintiffs have been discussing the "difficulty of obtaining a visa to the United States" and are trying to find more and more new "arguments" for one purpose : in order to avoid coming to the United States and not to give personal testimony under oath in the United States. Including not responding specifically in the United States to the accusations brought against them in counterclaims.

6. DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN fully confirms his position and arguments contained in his MOTION TO COMPEL IN-PERSON DEPOSITIONS, DATED DECEMBER 11, 2023, #128.
These arguments convincingly demonstrate that plaintiffs' participation in deposition in Massachusetts is not illogical or unduly burdensome. These arguments are based to plaintiffs' prior

statements of their willingness to incur significant costs if the case were prosecuted in Massachusetts and their current willingness to incur significant costs if interviewed from a third country, as well as the complex nature of the alleged fraud and theft of funds. , falsification of documents, etc., as well as facts of intimidation and threats (RICO) of Mann on the part of the plaintiffs, the need to study numerous documents in Russian together with a translator, and other arguments of Mann.

Of particular concern is the fact that the plaintiffs continue to rely on their false testimony given under oath: " Plaintiffs incorporate their Opposition (filed on October 27, 2023, Dkt. No. 112), to Defendant's previous Motion to Compel." (see footnote on page 1). At the same time, they never refuted Mann's assertions that "their testimony regarding a number of specific statements is false." Essentially, plaintiffs, without refuting Mann's allegations of perjury under oath, continue to assert their false testimony.

CONCLUSION

Recognizing the possible inconvenience caused to the plaintiffs associated with the procedure for obtaining a US visa, DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN insists on the need for IN-PERSON DEPOSITIONS of the plaintiffs, including for the reasons stated earlier.

Date: January 8, 2024

/Andrei Mann /
_____
Andrei Mann

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, January 8, 2024, the foregoing Reply was served on the parties as follows:

Kenneth C. Pickering,
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester MA 01608-1477
Tel. (508) 791-8500
kpickering@mirickoconnell.com
Attorney for all Plaintiffs;

Date: January 8, 2024

/Andrei Mann /
_____
Andrei Mann