# Exhibit 5

ex-21

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>Plaintiffs<br><br>v.<br><br>ANDREI MANN,<br>Defendant | CIVIL ACTION NO. 1:21-CV-40068 |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

The Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets, oppose Defendant, Andrei Mann's Motion to Compel the in-person depositions of the Plaintiffs due to the extraordinary circumstances facing each Plaintiff. Five of the Plaintiffs currently reside in Russia, a country which is at war. One Plaintiff recently moved his family from Russia to Turkey due to the difficult circumstances in Russia. And one Plaintiff currently lives with his family in Israel, another country in a state of war. Although the Plaintiffs cannot travel to the United States for an in-person deposition, each can available via videoconference.

### *Russian Plaintiffs*

Plaintiffs Yusup Osmanov, Oleg Semenets, Daria Latour and Ms. Latour's sons, Arseniy and Georgy Shchepin, are all Russian citizens residing in Russia (for purposes of this motion, the "Russian Plaintiffs"). (See Statements of Yusup Osmanov, Oleg Semenets and Daria Latour,

**Exhibits A – C.**) None of the Russian Plaintiffs has a valid U.S. Visa. Each would need to obtain a U.S. Visa before traveling to the U.S.

The U.S. Embassy in Moscow no longer offers non-diplomatic visa services. "Due to the suspension of immigrant visa services at the U.S. Embassy in Moscow, the U.S. Department of State has designated the U.S. Embassy in Warsaw to process immigrant visas for residents of Russia."[1] Russians must now travel to Poland, or another designated country outside Russia, to apply for a U.S. Visa. The application process requires an application, a substantial fee and an in-person interview by U.S. Embassy or Consulate personnel – which can take weeks to schedule. Then one must wait anywhere from a few days to a few months for the visa to issue. Having to undertake this process in a foreign county exponentially increases the economic burden on the Russian Plaintiffs.

Accordingly, traveling to the U.S. for a deposition would now require leaving Russia to travel to a foreign country to apply for a U.S. Visa, undergoing the visa process, waiting for the visa to issue, then, if issued, traveling to the United States – all while their home country is at war with Ukraine greatly increasing the risk of any such travel.

Further, as military age Russian citizens, Arseniy and Georgy Shchepin are prohibited from leaving Russia. (See Statement of Daria Latour, **Exhibits C.**) And finally, one cannot overstate the fact that traveling to a foreign country to obtain a visa, then to the U.S. for a deposition, would require that the Russian Plaintiffs be away from family – including minor children and elderly relatives who depend on them – during a time of war.

---

[1] https://ru.usembassy.gov/visas/#:~:text=Due%20to%20the%20suspension%20of,visas%20for%20residents%20of%20Russia

2

ex-23

Yusup Osmanov, Oleg Semenets, Daria Latour and Arseniy and Georgy Shchepin are able to participate in a deposition via videoconferencing.

### *Yuri Ryazanov*

Yuri Ryazanov is currently living with his family in Turkey. Mr. Ryazanov and his family fled to Turkey due to the difficult circumstances in Russia. (See Statement of Yuri Ryazanov, **Exhibit D**.)

Mr. Ryazanov is currently in the process of applying for Turkish citizenship and cannot leave Turkey until the process is complete. Mr. Ryazanov is also trying to take care of other issues necessary to settle his family in Turkey. Mr. Ryazanov does not have a U.S. Visa. Because Mr. Ryazanov is currently changing his residency, obtaining a U.S. Visa would be extremely difficult.

Like the other Plaintiffs, Mr. Ryazanov's financial situation has deteriorated making travel to the U.S. even more difficult. Mr. Ryazanov is trying to settle his family in a new country after leaving Russia. Requiring that Mr. Ryazanov attend an in-person deposition in the U.S. would be an undue hardship – and perhaps impossible – because he would need to apply for a U.S. Visa while trying to establish citizenship in Turkey. Mr. Ryazanov cannot leave Turkey while trying to establish citizenship there. Travel to the U.S. at this juncture could cause Mr. Ryazanov to forfeit his opportunity to establish citizenship with his family in Turkey. Mr. Ryazanov is able to participate in a deposition via videoconference.

### *Petr Dmitriev*

Petr Dmitriev lives with his family in Israel – like Russia, a country currently at war. Two of Mr. Dmitriev's children are minors, and his eldest daughter is eligible to be drafted into the Israeli army – which could occur at any time. (See Statement of Petr Dmitriev, **Exhibit E**.)

3

ex-24

Mr. Dmitriev has joint Russian and Israeli citizenship. (See Complaint at ¶ 1.) He does not have a U.S. Visa. Due to Israel's war with Hamas, the U.S. Embassy in Israel is not processing visa requests. "Due to the ongoing security situation, the U.S. Embassy in Jerusalem and the Embassy Branch Office in Tel Aviv are not offering nonimmigrant and immigrant visa services at this time."[2] Travel to and from Israel is increasingly dangerous due to hostilities between Israel and Hamas. The U.S. State Department has issued a travel advisory indicating that,

> Terrorist groups, lone-actor terrorists and other violent extremists continue plotting possible attacks in Israel and the West Bank and Gaza. Terrorists and violent extremists may attack with little or no warning, targeting tourist locations, transportation hubs, markets/shopping malls, and local government facilities.[3]

Although living in Israel is dangerous, air travel and the use of transportation hubs greatly increases that risk.

Further, Mr. Dmitriev does not currently have a source of income. Any travel to a third country to apply for a visa, and then travel to the United States, would be prohibitively expensive. And like the other Plaintiffs, leaving his family during a time of war in his home country would be an undue hardship on Mr. Dmitriev and his family, including his two minor children. Mr. Dmitriev is able to participate in a deposition via videoconference.

## *Conclusion*

Each of the Plaintiffs are willing and able to participate in a deposition via videoconference. Given the extraordinary circumstances that each of the Plaintiffs find themselves in, and the truly exceptional burden that traveling to the United States for a

---

[2] https://il.usembassy.gov/visas/
[3] https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/israel-west-bank-and-gaza-travel-advisory.html

ex -25

deposition would require – both financially and with respect to their and their family's safety – the Plaintiffs should be allowed to participate in a deposition via videoconference.

WHEREFORE, the Plaintiffs request that this Court deny Defendant's Motion to Compel the Plaintiffs to travel to the United States for a deposition.

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN, and OLEG SEMENETS,

By their attorney,

/s/ Kenneth C. Pickering

_____
Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
kpickering@mirickoconnell.com

Dated: October 27, 2023

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served the foregoing documents, via email, to Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, NY 11217, andreimann@hotmail.com.

Dated: October 27, 2023

/s/ Kenneth C. Pickering
_____
Kenneth C. Pickering

ex-26

ex-27

# Exhibit A

## Statement of Yusup Osmanov

I, Yusup Osmanov, state under oath:

1. I am one of the plaintiffs in the case <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. I am a citizen and live in Russia. The U.S. Consulate in Moscow does not give U.S. visas to Russian citizens. To get a U.S. visa, Russian citizens must travel abroad and then apply to U.S. Consulates in other countries. This would be extremely difficult for me practically and financially.

3. After Andrei Mann fled Russia, and because of his deception, I became responsible for his outstanding loans at Ergobank, which he controlled. As a result of the lawsuits and proceedings pending against me in Russia related to these loans, I am practically unable to leave the country.

4. Due to Mann's debt default, my funds have been limited for many years. Traveling to the U.S. would be difficult for me financially.

5. I am willing to testify via video link.

Signed under the pains and penalties of perjury,

_____
Yusup Osmanov

Date: __October 27__, 2023

# Exhibit B

ex-29

## Statement of Oleg Semenets

I, Oleg Semenets, state under oath:

1. I am a plaintiff in the case <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. I live permanently in Russia and have a nine-year-old daughter as a dependent. My prolonged absence from Russia may have a negative impact on her safety due to the difficult situation in the country.

3. I have never been to the United States and I have never had a visa to the United States. It is currently impossible to obtain a visa to the United States in Russia.

4. I do not have any credit cards that can be used to pay outside of Russia, and the export of cash currency from the country is severely restricted, which prevents me from being able to pay for travel and lodging in the U.S.

5. I am prepared to testify via video link.

Signed under the pains and penalties of perjury,

Dated: 27th October, 2023

_____
Oleg Semenets

# Exhibit C

ex-31

## Statement of Daria Latour

I, Daria Latour, submit this statement under oath in the case against Andrei Mann in the United States District Court for the District of Massachusetts titled, <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, Docket No. 1:21-cv-40068.

1. I and my sons, Arseniy and Georgy Shchepin, are Russian citizens and live in Russia. We live in a country at war. Arseniy and Georgy are both of military age and can be drafted into the Russian army at any time. The entire male population of Russia of military age is now limited in the right to leave the Russian Federation.

2. I do not have a valid U.S. visa. The United States Embassy in Moscow currently does not issue visas to Russians, and it is almost impossible for Russians to obtain visas to other countries.

3. Because of Mann, both my sons and I lost our residence permit in Spain.

4. Andrei Mann stole the money of my ENTIRE family. (He stole money from both me and my children.) Therefore, my financial situation is now extremely difficult.

5. I had an oncological surgery several years ago, which greatly undermined my health. The side effect of the surgery was a heart rhythm disturbance. Even if I could obtain a visa, I simply physically cannot endure this flight.

6. Arseniy, Georgy and I are ready to give any necessary testimony in court via video link.

Signed under the pains and penalties of perjury,

_____
Daria Latour
Dated: ___27th October___, 2023

ex-32

ex-33

# Exhibit D

ex-33

**Statement of Yuri Ryazanov**

I, Yuri Ryazanov, state under oath:

1. I am a plaintiff in the case against Andrei Mann pending in the U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. Due to the difficult situation in Russia, my wife and I, our daughters, our granddaughter left Russia for Turkey. We are in the process of applying for Turkish citizenship. I am not able to leave Turkey until this procedure is finalized, and several other things that will determine the future of my family have been taken care of.

3. I do not have a visa to the U.S. Because of my situation, the changing of my residency and application for new citizenship, obtaining a visa to the U.S. would be extremely difficult.

4. My financial situation has understandably deteriorated in recent years and I need to find new sources of income - this is extremely difficult in these circumstances. I cannot afford the additional costs of travel to the U.S. and back at this time.

5. I am willing to testify via video link.

Signed under the pains and penalties of perjury,

_____
Yuri Ryazanov
Date: 27th October, 2023

# Exhibit E

ex-35

## Statement of Petr Dmitriev

I, Petr Dmitriev, swear under oath:

1. I am a plaintiff in the case <u>Petr Dmitriev, et al. v. Andrei Mann</u>, U.S. District Court for the District of Massachusetts, Docket No. 1:21-cv-40068.

2. I have been living with my family in Israel for many years. Two of my children are minors. My eldest daughter may be drafted into the army at any moment.

3. Israel is at war, there are hostilities in the country and no one knows how long they will continue. The situation in Israel does not allow me to separate from my children.

4. I do not have a valid visa to the U.S.A. Due to the military situation at the moment, the work of the U.S. consulate in Israel is limited.

5. Due to the epidemic Covid 19 I lost all sources of income in Russia and in Israel. We are currently living on savings received earlier. Mann's refusal to pay me back has caused me irreparable financial damage that has catastrophically worsened my financial situation. Traveling to the United States would cause me even more financial difficulties. (Mann's assertions that the plaintiffs' financial situation is good are false. Having second citizenship is not synonymous with prosperity, especially since I obtained this citizenship in 2012 at a different time and in a different economic and political situation.)

6. For the above reasons, it would be most convenient for me to testify via video link and I consent to do so.

Signed under the pains and penalties of perjury,

_____
Petr Dmitriev
Date: 27.10.23