IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant.<br><br>―――――――――――――<br><br>ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | CIVIL ACTION No. 21cv40068-NMG<br><br>**RULE 72(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULES 2(b), (c) OF THE RULES FOR UNITED STATES MAGISTRATE JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |

**MOTION OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN TO REVIEW THE ORDER #130, 12/26/2023.**

Defendant and Plaintiff in Counterclaims Andrei Mann ('Mann") respectfully files his Motion to Review The Order #130, 12/26/2023 in which "The Court denies Defendant Mann's renewed motion to compel in-person deposition 128 for the reasons identified in the Court's order denying Defendant Mann's original motion to compel in-person deposition 121".

*[Handwritten:]* Motion denied. /s/ NMGorton, USDJ 03/06/2024

1