IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant.<br><br><br>ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | CIVIL ACTION No. 21cv40068-NMG<br><br><br><br>**RULE 72(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULES 2(b), (c) OF THE RULES FOR UNITED STATES MAGISTRATE JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |

**MOTION OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN TO REVIEW THE ORDER #138, 01/17/2024.**

Defendant and Plaintiff in Counterclaims Andrei Mann ('Mann") respectfully files his Motion to Review The Order #138, 01/17/2024 in which The Court "ORDER: Treating Defendant Andrei Manns reply brief [ECF 137] as a motion for reconsideration, such reconsideration is DENIED." The Court denies review of REPLY #137 "for the reasons set forth in Case #121."

The Honorable Magistrate Judge Paul J. Levenson explains that "For greater context of this motion practice,

1

*Motion denied. /s/ NMGorton, USDJ 03/06/2024*