UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN AND OLEG SEMENETS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREI MANN,<br><br>    Defendant. | Civil Action No. 1:21-CV-40068-NMG |

## NOTICE OF CHANGE OF ADDRESS

Please note the new contact information for Kenneth C. Pickering, counsel to the Plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin and Oleg Semenets, is as follows:

Kenneth C. Pickering
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
508-498-3880
kpickering@pickering-legal.com

Dated: March 19, 2024

Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
508-498-3880
kpickering@pickering-legal.com

CERTIFICATE OF SERVICE

      I, Kenneth C. Pickering, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 19, 2024                                              Kenneth C. Pickering