UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR, YUSUP
OSMANOV, YURI RYAZANOV, ARSENIY
SHCHEPIN, GEORGY SHCHEPIN AND OLEG
SEMENETS,

     Plaintiffs,

     v.

ANDREI MANN,

     Defendant.

Civil Action No. 1:21-CV-40068-NMG

## JOINT PROPOSAL TO AMEND SCHEDULING ORDER

The parties jointly propose that the discovery period be extended through May 31, 2024 in order to complete depositions following Judge Gorton's decision denying defendant's motion to review Order Nos. 130 and 138.

Respectfully submitted,

ANDREI MANN,

_Andrei Mann_
Andrei Mann
670 Pacific Street, Apt. 401
Brooklyn, NY&. 11217
andreimann@hotmail.com

Dated: March 19, 2024

PETR DMITRIEV, DARIA LATOUR, YUSUP
OSMANOV, YURI RYAZANOV, ARSENIY
SHCHEPIN, GEORGY SHCHEPIN AND OLEG
SEMENETS,

By their attorney,

_Kenneth C. Pickering_
Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
508-498-3880
kpickering@pickering-legal.com

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 22, 2024

_Kenneth C. Pickering_
Kenneth C. Pickering