IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2024 AUG 12 PM 12: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant.<br><br>———<br><br>ANDREI MANN<br><br>Plaintiff in Counterclaim<br><br>v.<br><br>PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENYI SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMINETS<br><br>Defendants in counterclaim | CIVIL ACTION No. 21cv40068-NMG |

### MOTION OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN an extension to the dispositive motion deadline.

06/03/2024 The Court issued order #147 : "Plaintiffs also requested an extension to the dispositive motion deadline. Dispositive motions will now be due August 9, 2024".

Defendant and Plaintiff in Counterclaims Andrei Mann ('Mann") respectfully files this Motion:

1

due to the large volume of documents being prepared, DEFENDANT AND PLAINTIFF IN COUNTERCLAIM ANDREI MANN requests an extension to the dispositive motion deadline extend until September 13, 2024.

Date: August 9, 2024

/Andrei Mann /
_____
Andrei Mann

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, August 9, 2024, the foregoing Motion was served on the parties as follows:

Pickering Legal LLC,
100 Grove Street
Worcester, MA 01605
Tel. 508-498-3880
kpickering@pickering-legal.com
Attorney for all Plaintiffs

Date: August 9, 2024

/Andrei Mann /
_____
Andrei Mann

2