UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN and OLEG SEMENETS,
    Plaintiffs,

v.

ANDREI MANN,
    Defendant.

Civil Action No. 1:21-CV-40068-NMG

## **PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's Order of September 9, 2024 (Dkt. No. 151), the plaintiffs, Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin and Oleg Semenets, hereby provide the following report on the status of the above captioned litigation.

### Procedural History

The plaintiffs brought a 15-count complaint against the defendant including claims for fraud, conversion, civil conspiracy and breach of contract. The defendant, Andrei Mann, brought counterclaims against each of the plaintiffs. The defendant also brought third-party complaints against Suleiman Guseinov, Aleksey Petrov and Rsen Komutaev. The defendant filed motions for entry of default against the third-party defendants. The Court denied defendant's motions for default. (Dkt. No. 99).

The Plaintiffs agreed to voluntarily dismiss Michael Hellman from the case without prejudice. The Court dismissed the claims against Mr. Hellman without prejudice on November 17, 2023. (Dkt. No. 122).

## Discovery

Written discovery by all parties has been completed. The plaintiffs took the deposition of the defendant on May 29, 2024. The defendant elected not to take any depositions. There are no pending discovery motions.

## Summary Judgment

The parties did not file any motions for summary judgment.

## Trial

This case is ready for final pre-trial procedures, including the scheduling of motions in limine and the assignment of a trial date. The plaintiffs reside abroad in Israel, Turkey and Russia. Israel and Russia are at war, and the United States does not currently operate an embassy in Russia. As a result of the political situation in these countries, obtaining the necessary visas and scheduling travel to the United States for trial will likely require considerable advance notice.

Respectfully submitted,

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN and OLEG SEMENETS,

By their attorney,

Dated: September 11, 2024

Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
kpickering@pickering-legal.com

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the Defendant, Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, New York 11217, andreimann@hotmail.com.

Dated: September 11, 2024                                    Kenneth C. Pickering