UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN and OLEG SEMENETS,
    Plaintiffs,

v.

ANDREI MANN,
    Defendant.

Civil Action No. 1:21-CV-40068-NMG

## ASSENTED TO MOTION TO RESCHEDULE TRIAL DATE

The plaintiffs request that the Court reschedule the trial to a date in March 2025 so they may complete the process of obtaining U.S. travel visas. The plaintiffs are eager to have their day in court and are desperately trying to obtain the necessary visas to travel to the United States to participate in the trial. Andrei Mann, assents to this motion.

1. <u>The plaintiffs are Russian citizens.</u>

The plaintiffs are all citizens of the Russian Federation. Six of the seven plaintiffs live in Russia. One plaintiff, Petr Dmitriev, is a joint Israeli/Russian citizen living in Israel. Mr. Dmitriev was able to obtain a U.S. visa using the U.S. Visa Waiver Program available to Israeli citizens. The plaintiffs residing in Russia have not yet been able to obtain visas to travel to the U.S.



The plaintiffs began the process of obtaining visas when the trial was originally scheduled to take place in March 2025. When the trial was rescheduled to January 2025 the plaintiffs accelerated their efforts to obtain U.S. visas, but they cannot obtain U.S. travel visas in time to attend trail in January.

2.  <u>The U.S. Embassy in Russia does not issue non-diplomatic visas</u>.

The U.S. Visa Waiver Program is not available to Russian citizens living in Russia. Russian citizens seeking a U.S. visa must submit to an in-person interview at a U.S. embassy or consulate that offers visa services. However, the U.S. Embassy and U.S. Consulates in Russia no longer offers non-diplomatic visa services. Russian citizens living in Russia must therefore apply for a U.S. visa at a U.S. Embassy or Consulate in a third country.[1] This requires arranging travel outside of Russia to attend an in-person interview.

3.  <u>The plaintiffs must travel to a consulate outside of Russia</u>.

International travel to and from Russia has been restricted due to Russia's "special military operation" in Ukraine which has made the political situation unstable for Russians traveling abroad. As a result, arranging international travel to and from Russia is more difficult and requires greater lead time.

---

[1] See https://ru.usembassy.gov/visas/ (last visited Dec. 2, 2024).

4. <u>The plaintiffs require a foreign means of payment</u>.

To demonstrate eligibility for a U.S. visa, foreign travelers must have sufficient funds to cover the expenses of the trip and their stay in the United States.[2] But, since February 2022, the United States has implemented stringent sanctions on Russian financial institutions. Due to the United States' Ukraine/Russia-related Sanctions, and Russian Harmful Foreign Activities Sanctions, it is nearly impossible for Russian citizens to pay for international travel with funds from a Russian bank. Therefore, in order to prove their ability to pay for travel to the U.S., Russians must establish and demonstrate a source of funds from a non-Russian financial institution.

5. <u>U.S. visa determinations may be delayed due to hostilities in Ukraine</u>.

After undergoing an in-person interview, the plaintiffs must then return to Russia to wait for consular personnel to review their applications and issue a U.S. visa. The issuance of U.S. visas is expected to be delayed due to the war in Ukraine and the United States' current diplomatic relations with the Russian Federation. "A U.S. visa can take up to 3 months to be issued to a Russian citizen, depending on the wait time for the interview and administrative processing requirements for the applicant."[3]

---

[2] See https://www.uscis.gov/working-in-the-united-states/temporary-visitors-for-business/b-1-temporary-business-visitor (last visited Dec. 2, 2024).
[3] See https://ivisatravel.com/usa/c/us-b1b2-visa-for-the-citizens-of-russia#:~:text=A%20US%20visa%20can%20take,processing%20requirements%20for%20the%20applicant (last visited Dec. 2, 2024).



3

6. <u>The plaintiffs' visa application status</u>.

Mr. Dmitriev was able to obtain a U.S. visa using the U.S. Visa Waiver Program available to Israeli citizens.[4] Mr. Osmanov, Mr. Ryazanov and Mr. Semenets have been working with a visa agent to schedule in-person interviews at the U.S. Consulate in Tashkent, Uzbekistan on January 8, 2025 (Mr. Osmanov), and 21, 2025 (Mr. Ryazanov and Mr. Semenets). It does not appear that Daria Latour and her sons Arseniy and Georgy Shchepin will be able to attend trial given their financial constraints, compounded by the current travel challenges faced by Russian citizens. Ms. Latour and her sons will likely be forced to withdraw as plaintiffs shortly.

WHEREFORE, the Plaintiffs request that this honorable court reschedule the trial currently scheduled for January 21, 2025, to the third or fourth week in March 2025 – and reschedule the deadlines for motions in limine and other pre-trial events accordingly – to allow the plaintiffs to obtain visas to attend trial in the United States.

---

[4] Mr. Dmitriev is not able to travel to the U.S. during the month of April.

Assented to:

_____  Dated: 12/03, 2024
Andrei Mann

Respectfully submitted,

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN and OLEG SEMENETS,

By their attorney,

_____
Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
kpickering@pickering-legal.com

Dated: December 3, 2024

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the Defendant, Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, New York 11217, andreimann@hotmail.com.

Dated: Dec. 4, 2024                    _____
                                        Kenneth C. Pickering