UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN, and OLEG SEMENETS<br>    Plaintiffs<br><br>v.<br><br>ANDREI MANN and MICHAEL HELLMAN,<br>    Defendants | CIVIL ACTION NO. 4:21-CV-40068 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kevin A. Robinson, Esq. as counsel for the Plaintiffs

in the above-captioned action.

                                              /s/Kevin A. Robinson
                                   Kevin A. Robinson, BBO #703865
                                   Mirick, O'Connell, DeMallie & Lougee, LLP
                                   100 Front Street
                                   Worcester, MA 01608-1477
                                   Phone: (508) 791-8500
                                   Fax:    (508) 791-8502
                                   krobinson@mirickoconnell.com

Dated: December 9, 2024

{Client Matter 30307/00001/A8317158.DOCX}

2

<u>CERTIFICATE OF SERVICE</u>

I, Kevin A. Robinson, hereby certify that I have this day served the foregoing document, via email, to: Kenneth Pickering, Esq., Pickering Legal LLC, 100 Grove Street, Worcester, MA 01605, George Lambert, Esq., The Lambert Law Firm, 100 Cambridge Street, 14th Floor, Boston, MA 02114, and Sean T. Carnathan, Esq., O'Connor, Carnathan and Mack LLC, 67 South Bedford Street, #400W, Burlington, MA 01803.

|  |  |
|---|---|
|  | /s/ Kevin A. Robinson |
| Dated: December 9, 2024 | Kevin A. Robinson |