UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN and OLEG SEMENETS,
  Plaintiffs,

v.

ANDREI MANN,
  Defendant.

Civil Action No. 1:21-CV-40068-DLC

## STIPULATION OF DISMISSAL OF DARIA LATOUR, ARSENIY SHCHEPIN AND GEORGY SHCHEPIN

Plaintiffs, Daria Latour and her sons Arseniy Shchepin and Georgy Shchepin, hereby dismiss their claims against defendant Andrei Mann Pursuant to Fed. R. Civ. P 41(a).

Defendant Andrei Mann, hereby dismiss his claims against plaintiffs, Daria Latour and Arseniy Shchepin and Georgy Shchepin, pursuant to Fed. R. Civ. P 41(c).

The dismissal shall not affect any claims or counterclaims involving Petr Dmitriev, Yusup Osmanov, Yuri Ryazanov or Oleg Semenets.

The remaining plaintiffs, Petr Dmitriev, Yusup Osmanov, Yuri Ryazanov and Oleg Semenets, assent to the dismissal.

ANDREI MANN, pro se

_____
(Andrei Mann)
Andrei Mann
670 Pacific Street, Apt. 401
Brooklyn, NY 11217
andreimann@hotmail.com

Dated: 02/14/2025

DARIA LATOUR, ARSENIY SHCHEPIN,
and GEORGY SHCHEPIN,

By their attorney,

_____
Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
kpickering@pickering-legal.com

Assented to:

PETR DMITRIEV, YUSUP OSMANOV,
YURI RYAZANOV and OLEG
SEMENETS,

By their attorney,

_____
Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
kpickering@pickering-legal.com

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the Defendant, Andrei Mann, 670 Pacific Street, Apt. 401, Brooklyn, New York 11217, andreimann@hotmail.com.

Dated: __FEB. 14__, 2025

_____
Kenneth C. Pickering