UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, DARIA LATOUR, YUSUP OSMANOV, YURI RYAZANOV, ARSENIY SHCHEPIN, GEORGY SHCHEPIN and OLEG SEMENETS,<br>  Plaintiffs,<br><br>  v.<br><br>ANDREI MANN,<br>  Defendant. | Civil Action No. 1:21-CV-40068-DLC |

## NOTICE OF TRIAL AND ORDER TO APPEAR

To: **OLEG SEMENETS**, Plaintiff and Defendant-in-Counterclaim

Jury Trial in the above captioned matter is scheduled for March 17, 2025, at 9:30 a.m. in Courtroom 23 in the U.S. District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts. All parties are required to attend, In-Person, before Magistrate Judge Donald L. Cabell.

SO ORDERED,

DATED: 2/19/25

DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE