## Affidavit of Oleg Semenets

I, Oleg Semenets, state under oath:

1. I am a Russian citizen. I live in Shchelkovo, in the Moscow region of Russia.

2. I have never traveled to the United States or obtained a visa to travel to the United States.

3. The U.S. Embassy in Russia no longer issues visas. To apply for a U.S. visa Russian citizens must travel to a country with a U.S. Embassy or Consulate that issues visas.

4. Immediately after the trial date was scheduled in this case I made arrangements to travel to Tashkent, Uzbekistan to apply for a visa at the U.S. Embassy there. My consular interview was scheduled for January 21, 2025.

5. My counsel prepared a "Request for Expedited U.S. Visa Application" that I submitted with my visa application. A copy of the Request for Expedited U.S. Visa Application provided by my counsel (without exhibits), is attached as Exhibit 1.

6. On January 21, 2025, I attended my interview at the U.S. Embassy in Tashkent. In addition to my visa application, I provided the consular official that interviewed me with the "To Whom it May Concern" letter provided by my counsel. The To Whom it May Concern letter is attached as Exbibit 2. My application for a U.S. Visa was rejected. I was not given a reason, but I was told that I could reapply.

7. After my initial application was rejected, my counsel sent a letter to the consulate in Tashkent explaining my need to travel to the United States for trial. A copy of my counsel's January 21, 2025, letter is attached as Exhibit 3.

8. I scheduled a second interview at the U.S. Embassy in Tashkent for February 25, 2025. The first available date.

9. My counsel sent me a Subpoena to Appear and Testify at Trial to present to consular officials on February 3, 2025. A copy of the Subpoena to Appear and Testify at Trial is Attached as Exhibit 4.

10. On February 19, 2025, my counsel sent a second letter to the U.S. Embassy in Tashkent explaining my need to travel to the U.S. for trial, and providing the Court's Notice of Trial and Order to Appear. A copy of my counsel's February 19, 2025, letter enclosing the Court's Notice of Trial and Order to Appear is attached as Exhibit 5.

11. I traveled to U.S. Embassy in Uzbekistan for the second interview held on February 25, 2025. At the interview I provided consular personnel copies of the documents listed above as Exhibits 3, 4 and 5. The interviewer asked a range of questions at my second interview, all of which I answered truthfully. Nevertheless, the Embassy denied my second request for a visa to travel to the United States.

12. The consular personnel who interviewed me provided me with a formal notification of visa refusal attached as Exhibit 6. In short, the notification states that I do not qualify for a nonimmigrant visa because I do not maintain residency status in my home country (Russia). The notification states that the decision cannot be appealed, though I can re-apply for a visa.

13. I do not believe that the reason for the denial of my visa application is accurate. However, I cannot appeal the decision, and I cannot reapply in time to attend trial in the United States.

14. We were forced to sue Mann in the United States because that is where is now lives. I, along with the other plaintiffs, have spent substantial funds bringing this case, and traveling to Uzbekistan twice to apply for a visa. I had every intention of attending trial to testify in person. However, my visa application was unexpectedly denied, twice.

15. Russian law does not permit a person to participate in a foreign judicial proceeding remotely while in Russia. However, I am ready, willing and able to travel to Turkey to testify and be cross examined in this matter remotely.

16. I respectfully request the opportunity to testify remotely at trial. Thank you for your consideration.

Signed under the pains and penalties of perjury,

Dated: 27.02, 2025

Oleg Semenets

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann,</u>
Civil Action No. 1:21-CV-40068-NMG

RE: <u>Request for Expedited U.S. Visa Application</u> – Oleg Semenets

To Whom it May Concern:

Oleg Semenets is a plaintiff in the above titled civil litigation filed in the U.S. District Court in Boston, Massachusetts on June 22, 2021. The Plaintiffs filed a 15-count complaint against the Defendant, Andrei Mann,[1] including claims for fraud, breach of contract, civil conspiracy and unjust enrichment. (A copy of the Complaint is attached.)

The Plaintiffs brought this case in the United States because the Defendant, a former Moscow businessperson, is a joint Russian / United States citizen residing in New York City. Service was made on the Defendant on July 1, 2021.

The case is now ready for trial. Mr. Semenets requires a U.S. Visa in order to attend and testify at the trial. Accordingly, we request that Mr. Semenets' application for a U.S. Visa be expedited so he may be ready to attend the trial as soon as possible.

Counsel to Plaintiffs,

*[signature]*

Kenneth C. Pickering, BBO #634121
PICKERING LEGAL LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
kpickering@pickering-legal.com

---

[1] Defendant Micheal Hellman was dismissed from the lawsuit.

# **EXHIBIT 2**

**PICKERING LEGAL LLC**

100 Grove Street
Worcester, MA 01605
Direct: 508-498-3880
kpickering@pickering-legal.com

To Whom it May Concern:

    Re: <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, Civil Action No. 1:21-CV-40068-NMG

    I am an attorney registered to practice law in the Commonwealth of Massachusetts. I represent **Oleg Semenets** in the case titled, <u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>, Civil Action No. 1:21-CV-40068-NMG, pending in the United States District Court for the District of Massachusetts.

    A 15-count complaint was filed on behalf of Mr. Semenets and the other plaintiffs against Andrei Mann, a former Moscow businessperson and joint Russian / United States citizen who currently resides in the United States. The complaint alleges fraud, breach of contract, civil conspiracy and unjust enrichment against Mr. Mann.

    **The trial, pending in federal court in Boston, Massachusetts, is scheduled to begin on March 17, 2025. Mr. Semenets is required to travel to the United States to attend and testify at the trial.** Should you have any questions, please contact me. My contact information is listed above. Thank you.

Sincerely,

*/s/ Kenneth C. Pickering/*

Kenneth C. Pickering
Massachusetts Bar No. 634121

# EXHIBIT 3

**PICKERING LEGAL LLC**

100 Grove Street
Worcester, MA 01605
Direct: 508-498-3880
kpickering@pickering-legal.com

January 21, 2025

Ian Turner, Consular Chief
U.S. Embassy - Tashkent
3 Moyqorghon Street
5th Block, Yunusobod District, 100093 Tashkent

   Re: Oleg Semenets: Non-Immigrant Visa to Attend Trial in the United States

Dear Mr. Turner:

  I am an attorney registered to practice law in Massachusetts. I represent Oleg Semenets, and six other Russian citizens, in the case titled, **<u>Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann</u>**, Civil Action No. 1:21-CV-40068-NMG, pending in the United States District Court for the District of Massachusetts.

  The Complaint was filed on behalf of Mr. Semenets, and the other plaintiffs, against Andrei Mann, a former Moscow businessperson and joint Russian / United States citizen who resides in the United States, on June 22, 2021. The complaint alleges fraud, breach of contract, civil conspiracy and unjust enrichment against Mr. Mann. A copy of the Complaint, without exhibits, is enclosed.

  **The case is scheduled for trial on March 17, 2025, in Boston, Massachusetts.** Enclosed is a copy of the electronic docket entry scheduling the case for trial. Please note that the scheduling order states that, **"Jury Trial set for 3/17/2025 09:30 AM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell."**

  Mr. Semenets is required to travel to the United States to attend and testify at the trial. As such, we request that Mr. Semenets' application for a non-immigrant visa to travel to the United States in March 2025, be granted.

PICKERING LEGAL LLC

Should you have any questions, please contact me. My contact information is listed above. Thank you.

Sincerely,

Kenneth C. Pickering
Massachusetts Bar No. 634121

Enclosures

# **EXHIBIT 4**

# UNITED STATES DISTRICT COURT
для
District of Massachusetts

| | |
|---|---|
| Petr Dmitriev, Oleg Semenets, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-CV-40068-DLC |
| Andrei Mann | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: OLEG SEMENETS

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Distrct Court for the District of Massachussetts | Courtroom No.: 23 |
|---|---|
| | Date and Time: 03/17/2025 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

Your attendence is commanded at trial in the above referenced matter pursuant to the ELECTRONIC ORDER issued by the U.S. Distrtict Court scheduling Jury Trial for 3/17/2025 09:30 AM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell. (Order attached.)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/03/2025

*CLERK OF COURT*

OR

_____     *K-H C. P-/g* (signed)
Signature of Clerk or Deputy Clerk            Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Oleg Semenets, who issues or requests this subpoena, are:

Kenneth C. Pickering, Esq., 100 Grove Street, Worcester, MA 01605, kpickering@pickering-legal.com, 1(508)498-3880

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Subject:** Activity in Case 1:21-cv-40068-DLC Dmitriev et al v. Mann et al Order on Motion to Continue
**Date:** Friday, January 3, 2025 at 12:27:09 PM Eastern Standard Time
**From:** ECFnotice@mad.uscourts.gov
**To:** CourtCopy@mad.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/3/2025 at 12:26 PM EST and filed on 1/3/2025
**Case Name:** Dmitriev et al v. Mann et al
**Case Number:** 1:21-cv-40068-DLC
**Filer:**
**Document Number:** 162(No document attached)

**Docket Text:**
Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered granting [156] Assented to MOTION to Continue Trial to March 2025.

Jury Trial set for 3/17/2025 09:30 AM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell. (Russo, Noreen)

**1:21-cv-40068-DLC Notice has been electronically mailed to:**

Kenneth C. Pickering    kpickering@pickering-legal.com

Sean T. Carnathan    scarnathan@ocmlaw.net, hwolti@ocmlaw.net, lfitzpatrick@ocmlaw.net

Joseph P. Calandrelli    jcalandrelli@ocmlaw.net, dmack@ocmlaw.net, hwolti@Ocmlaw.net, lfitzpatrick@Ocmlaw.net

Lauren Sparks    lsparks@mirickoconnell.com, kborowy@mirickoconnell.com

Andrei Mann    andreimann@hotmail.com

# EXHIBIT 5

**PICKERING LEGAL LLC**

100 Grove Street
Worcester, MA 01605
Direct: 508-498-3880
kpickering@pickering-legal.com

February 19, 2025

**VIA EMAIL**
Uzbekistan.Visas@gdit-gss.com
ConsularTashkent@state.gov
TashkentIV@state.gov

U.S. Embassy - Tashkent
3 Moyqorghon Street, 5th Block
Yunusobod District, 100093 Tashkent

Re:   Oleg Semenets - Non-Immigrant Visa to Attend Trial in the United States

Dear Sir/Madam:

I am an attorney registered to practice law in Massachusetts. I represent Oleg Semenets, and six other Russian citizens, in the case titled, **Petr Dmitriev, Daria Latour, Yusup Osmanov, Yuri Ryazanov, Arseniy Shchepin, Georgy Shchepin, and Oleg Semenets v. Andrei Mann**, Civil Action No. 1:21-CV-40068-DLC, pending in the United States District Court for the District of Massachusetts.

The Complaint was filed on behalf of Mr. Semenets, and the other plaintiffs, against Andrei Mann, a former Moscow businessperson and joint Russian / United States citizen who resides in the United States, on June 22, 2021. The complaint alleges fraud, breach of contract, civil conspiracy and unjust enrichment against Mr. Mann.

**The case is scheduled for trial on March 17, 2025, in Boston, Massachusetts.** Enclosed is a copy of the Notice of Trial and Order to Appear issued to Mr. Semenets by Magistrate Judge Donald L. Cabell.

Mr. Semenets is required to travel to the United States to attend and testify at the trial. As such, we request that Mr. Semenets' application for a non-immigrant visa to travel to the United States in March 2025, be granted.

PICKERING LEGAL LLC

The case cannot be rescheduled, and Mr. Semenets urgently needs to make appropriate travel arraignments to arrive in Boston no later than March 15 in order to attend trial.

Should you have any questions, please contact me. My contact information is listed above. Thank you.

Sincerely,

Kenneth C. Pickering
Massachusetts Bar No. 634121

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, DARIA LATOUR,
YUSUP OSMANOV, YURI RYAZANOV,
ARSENIY SHCHEPIN, GEORGY
SHCHEPIN and OLEG SEMENETS,
    Plaintiffs,

v.

ANDREI MANN,
    Defendant.

Civil Action No. 1:21-CV-40068-DLC

### NOTICE OF TRIAL AND ORDER TO APPEAR

To:   **OLEG SEMENETS**, Plaintiff and Defendant-in-Counterclaim

Jury Trial in the above captioned matter is scheduled for March 17, 2025, at 9:30 a.m. in Courtroom 23 in the U.S. District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts. All parties are required to attend, In-Person, before Magistrate Judge Donald L. Cabell.

SO ORDERED,

DATED: 2/19/25

DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE

# **EXHIBIT 6**



Посольство Соединенных Штатов

Ташкент, Узбекистан

# ПОЯСНЕНИЯ ПРИЧИН ОТКАЗА В ВЫДАЧЕ НЕИММИГРАЦИОННОЙ ВИЗЫ

Уважаемый заявитель:

Сообщаем вам, что Вы не отвечаете требованиям статьи 214(б) закона "Об Иммиграции и Гражданстве" США для получения неиммиграционной визы. Отказ в соответствии со статьёй 214(б) означает, что Вы не смогли продемонстрировать, что Ваши намериваемые действия в Соединенных Штатах будут соответствовать классификации неиммиграционной визы, на которую Вы подавали.

Хотя классификации неиммиграционных виз имеют свои собственные требования, одним из общих требований для многих категорий неиммиграционных виз является то, чтобы заявитель продемонстрировал, что он/она поддерживает статус резидента в стране постоянного проживания, от которого он/она не намерена отказываться. Заявители обычно отвечают этому требованию, продемонстрировав, что они имеют прочные связи со страной постоянного проживания, которые указывают на то, что они вернутся в свою страну после кратковременного пребывания в США. Такие связи включают в себя профессиональные связи, работу, учёбу, семью, или социальные связи в этой стране. Вы не доказали, что у Вас есть связи, которые заставят Вас вернуться в свою страну после вашей поездки в Соединенные Штаты.

Сегодняшнее решение не может быть обжаловано. Однако, Вы можете повторно подать заявление в любое время. Если Вы решили повторно подать заявление, Вы должны заново заполнить анкету DS-160 и прикрепить к ней фотографию, оплатить визовый сбор, и назначить новую дату собеседования через наш вебсайт.

Если Вы решите повторно подать заявление, Вы должны быть готовы предоставить информацию, которая не была представлена в первоначальном заявлении, или показать, что Ваши обстоятельства изменились со времени того заявления.

Искренне,

Консул
Подразделение Неиммиграционных Виз
Посольство США