UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, YUSUP OSMANOV,
YURI RYAZANOV and OLEG
SEMENETS,
    Plaintiffs,

v.

ANDREI MANN,
    Defendant.

Civil Action No. 1:21-CV-40068-DLC

**PLAINTIFFS' OPPOSITION TO**
**DEFENDANT'S MOTION TO RESCHEDULE TRIAL DATE**

For the reasons set forth below, plaintiffs, Petr Dmitriev, Yusup Osmanov, Yuri Ryazanov and Oleg Semenets, strongly oppose defendant Andrei Mann's Motion to Reschedule the Trial Date:

1. <u>The parties jointly agreed to the current trial date</u>.  The March 17, 2025, trial date was not foisted upon the defendant.  The current trial date was agreed to by all parties.  The defendant now wants to postpone the trial for reasons that were, or should have been, known when the trial was scheduled.

2. <u>Plaintiffs have spent significant funds</u>.  Plaintiffs have spent months preparing to come to the U.S. for trial.  Three of the plaintiffs had to travel outside of Russia to a U.S. Embassy in a foreign country just to apply for a U.S. visa.  Mr. Semenets – who's visa application was denied – made two trips to Uzbekistan.  And, with the

court's approval, will travel to Turkey to just to testify remotely. The other three plaintiffs have obtained U.S. visas and already paid for air travel to the U.S.

3. <u>Limited visa window</u>. Mr. Osmanov's U.S. visa was granted for a limited period so he could attend trial in March. Mr. Osmanov's visa is only valid through April 7, 2025. Any postponement of the trial date would likely mean that Mr. Osmanov would not be able to attend trial. See Affidavit of Kenneth C. Pickering ("Pickering Aff.") at ¶ 2.

4. <u>Final trial preparation and trial expenses have already been incurred</u>. Plaintiffs' counsel has already made final trial arrangements, including contracting for a hotel conference room to prepare the plaintiffs for trial and for an interpreter for both trial preparation and trial. The contracts are wholly or partially non-refundable. Plaintiffs have also served their Pretrial Memorandum on Mr. Mann.

5. <u>Three plaintiffs dismissed claims because they could not travel to the U.S. for trial</u>. Because Daria Latour and her sons were unable to travel to the U.S. for trial due to financial and health reasons (Ms. Latour has cancer), they had to dismiss their claims entirely. Postponing trial until they had raised enough money to attend was not an option, and it should not be an option for the defendant where it will adversely affect the remaining four plaintiffs.

6. <u>No emergency</u>. There is nothing emergent in Mr. Mann's request. Each reason stated for postponing the trial was known prior to agreeing to the current trial

date.  Unlike Mr. Semenets' inability to attend the trial in person because he was unexpectedly denied a visa, the defendant cites nothing unexpected or previously unknown in his request to delay the trial.

7.  <u>Last minute request</u>.  Mr. Mann's request comes at the last minute after plaintiffs' flights have been booked and paid for, and after final trial preparations have been made.  Had the issues expressed in defendant's current motion been a concern, Mr. Mann had every opportunity to raise them earlier.

8.  <u>Claim of financial hardship</u>.  Mr. Mann's claim of financial hardship should be weighed against the plaintiffs' claim that they lent him approximately $16 million that he has not repaid; as well as his own claim that as of 2018, his *"income a year was more than $20 million."*  <u>See</u> Deposition of Andrei Mann taken on May 29, 2024, at p. 151:13-16, attached to Pickering Aff. as <u>Exhibit A</u> (emphasis added).

Delaying trial at this point will likely mean that few if any of the plaintiffs will be able to attend trial – effectively ending the case.  In this case, trial delayed is justice denied.

3

Respectfully submitted:

PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMENETS,

By their attorney,

_/s/ Kenneth C. Pickering_

Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
kpickering@pickering-legal.com

Dated: February 28, 2025

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the Defendant, Andrei Mann, 8855 Bay Parkway, Brooklyn, New York 11217, andreimann@hotmail.com.

_/s/ Kenneth C. Pickering_

Dated: February 28, 2025

Kenneth C. Pickering

4