UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMENETS,<br>    Plaintiffs,<br><br>v.<br><br>ANDREI MANN,<br>    Defendant. | Civil Action No. 1:21-CV-40068-DLC |

## AFFIDAVIT OF KENNETH C. PICKERING

I, Kenneth C. Pickering, hereby depose and state as follows:

1. I am counsel to the plaintiffs in the above captioned action.

2. Yusup Osmanov's U.S. visa was issued on January 24, 2025, and expires on April 7, 2025.

3. Attached as Exhibit A is a true and accurate copy of pages 150 through 153 of the deposition transcript of Andrei Mann taken on May 29, 2024.

Signed under the pains and penalties of perjury this 28th day of February 2025.

_____
Kenneth C. Pickering, BBO #634121

2

## CERTIFICATE OF SERVICE

     I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the Defendant, Andrei Mann, 8855 Bay Parkway, Brooklyn, New York 11217, andreimann@hotmail.com.

Dated: February 28, 2025                      Kenneth C. Pickering

**Exhibit A**

Page 150

1 if it's written here.
2    Q   And it was loaned by Mr. Semenets; is
3 that correct?
4    A   Yes, that's correct.
5    Q   And you undertook to return it to him
6 by July 1, 2018; is that correct?
7    A   Maybe. Maybe it was true, because at
8 that time, we were discussing to sell the
9 company, and we're also discussing how to pay
10 off our debts, how they have to return the
11 money. The company has to return the money.
12   Q   Was S-Info on the brink of bankruptcy
13 at this point?
14   A   No, the bankruptcy started in '20 or
15 '21. When Semenets bought the company, the
16 company was not in bankrupt.
17   Q   You said that the plaintiffs would
18 not enter into a financial transaction that did
19 not benefit them, but this loan doesn't have
20 any interest on it.
21   A   Really, I don't remember why. You
22 have to ask Semenets about it, why he wrote it
23 down that he's not going to get any interest on
24 that. I don't know.

Page 151

1    Q   This is Mr. Mann's handwriting.
2    A   Okay.
3           So yes, I wrote it, but this is
4 Mr. Semenets gave the money. For example, you
5 have 150,000. Why you're putting that money
6 there, you know? You should know.
7    Q   This looks like a loan from
8 Mr. Semenets to you personally for a
9 short-term.
10   A   So --
11   Q   You have to let her translate.
12          THE DEPONENT: Okay, sorry.
13   A   I would, again, tell you that I never
14 took money from -- from Semenets or anybody
15 else for my personal use, and because my income
16 a year was more than $20 million. And then --
17 and all my income was declared in a tax
18 company. It's called PKF in Russia.
19          THE DEPONENT: No, no, not
20 Russian. It's United States.
21          THE INTERPRETER: Oh, PK --
22   A   In United States also. It's the same
23 company, have -- United States.
24          So it was declared. It was

Page 152

1 recorded. So I -- and they were preparing all
2 my tax returns, and I didn't have any need to
3 borrow $150,000 from anybody.
4           So in order to find out what
5 happened to this specific thing, you just have
6 to double-check the documents on S-Info.
7           So what happened -- and you ask
8 me. It's a very short term. You said yes,
9 there's an explanation for that, because that
10 was the time they were talking about selling
11 the company and him buying the company.
12          That's why it was a short-term.
13 And practically he loaned the money to himself
14 because he was buying the company.
15   Q   So according to your testimony,
16 Mr. Semenets made a corporate loan and handed
17 the money to you without any corporate
18 documentation, without any interest rate, and
19 you wrote it up and handed him back a
20 half-a-page handwritten receipt, and that's all
21 there was?
22   A   Semenets liked when all the
23 agreements were written in by handwritten, not
24 typed.

Page 153

1    Q   Was there a further agreement or is
2 this the only agreement?
3    A   I don't think this is the only
4 document, because about -- you know, during the
5 five, six, seven years, there could be many
6 documents like this.
7    Q   Were there any other documents
8 concerning Mr. Semenets's $150,000 loan?
9    A   I don't know, no. I really don't
10 know, to tell the truth. I don't know.
11   Q   Did you make any loan repayments from
12 your personal money to Mr. Semenets?
13   A   No.
14   Q   I'm showing you what's been marked as
15 Exhibit 15.
16          (Exhibit 15 marked for
17 identification.)
18 BY MR. PICKERING:
19   Q   I'll represent to you that that is
20 your counterclaim against Oleg Semenets.
21          Was Mr. Semenets ever an owner
22 of OOOS-Info?
23   A   No.
24   Q   Is that your signature on page 19 of

39 (Pages 150 - 153)