UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMENETS,<br>    Plaintiffs,<br><br>v.<br><br>ANDREI MANN,<br>    Defendant. | Civil Action No. 1:21-CV-40068-DLC |

**PLANTIFFS' MOTION TO DISMISS COUNTS FOR**
**CIVIL CONSPRIACY AND UNJUST ENRICHMENT**

Plaintiffs, Petr Dmitriev, Yusup Osmanov, Yuri Ryazanov and Oleg Semenets, hereby move pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss Count III (civil conspiracy), and Count XV (unjust enrichment), of their complaint against the defendant, Andrei Mann, prior to the start of trial.

Respectfully submitted:

PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMENETS,

By their attorney,

_____
Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
*kpickering@pickering-legal.com*

Dated: March 3, 2025

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Kenneth C. Pickering, counsel for the Plaintiffs, hereby certify that I sent a copy of the foregoing motion to the Defendant, Andrei Mann, via email on February 24, 2025, to inform him of the plaintiffs' intention to dismiss Counts III and XV. Mr. Mann did not indicate whether he would assent to this motion.

Dated: March 3, 2025                                       Kenneth C. Pickering

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the Defendant, Andrei Mann, 8855 Bay Parkway, Brooklyn, New York 11217, *andreimann@hotmail.com.*

Dated: March 3, 2025                                       Kenneth C. Pickering

2