FILED
IN CLERKS OFFI
2025 MAR -7 PM 12:
U.S. DISTRICT COU
DISTRICT OF MAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS

Plaintiffs,

v.

ANDREI MANN

Defendant.

CIVIL ACTION No. 21cv40068-NMG

ANDREI MANN

Plaintiff in Counterclaim

v.

PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS

Defendants in counterclaim

**MOTION TO RESCHEDULE TRIAL DATE**

At the moment, a situation has arisen in which, due to financial circumstances, I am unable to participate in the Conference on March 14, 2025 and in the court hearings starting on March 17, 2025.

1.These hearings will be held in Boston, MA. I permanently reside in New York. In my estimate, the cost of such a trip and stay will be at least $3,500-4,000, or even more. I took into account only: bus tickets (in this case, the cheapest form of transport), hotel accommodation (no more than $100 per day including taxes) from 03/13/25 - 03/21/25 (presumably the day the hearings end), food, translation services.

I don't have such savings at the moment.

2. Since 2023, I was forced to refuse the services of an attorney precisely because of financial constraints. From that moment on, I defended myself for two years.

After the court published the schedule of court events in January 2025, and all the participants in the court hearings became known, I began to prepare for them.

Today it became absolutely clear to me that I did not have the opportunity to properly defend myself, given at least four circumstances:

- my lack of relevant legal knowledge;

- the large volume of the case;

- lack of understanding of specific legal terms, concepts, laws, and procedures. My "everyday" English cannot compensate for these gaps;

- and also the impossibility of personally attending the conference and meetings - I wrote about this above.

So, the general solution for me would be to have the necessary funds to pay for the trip to Boston, as well as to pay for the work of an attorney who would help me prepare for the hearings and participate in them.

From the funds that I began to receive relatively recently under the SS program, I put money aside every month for these purposes.

I especially want to emphasize that today, more than ever, I am eager to take part in fair court proceedings. I am very upset by the thought that the three years I had to spend preparing for the trial will be wasted and that I will not be able to effectively defend myself.

I also cannot discount the moral experiences that I experienced during this time.

**Therefore, I ask the court to schedule the trial no earlier than July 2025.**

I believe that by that time I will have resolved the financial issues that will allow me to pay for the trip to Boston, as well as pay for the lawyer's work necessary for my defense.

I am fully aware that this case has been greatly delayed. In fairness I would like to point out that it has not been delayed due to my fault - I have never initiated the filing of Motions to Postpone Court Hearings until today. I have previously only agreed to the plaintiffs' requests, going to meet them halfway.

Also realizing that the court has expressed a desire to complete the case as soon as possible, I nevertheless appeal to the esteemed court with a MOTION TO RESCHEDULE TRIAL DATE.

We negotiated with Mr. Pickering, but unfortunately he did not support this Motion.



It should be noted that the plaintiffs have never made concessions on any fundamental issues before. It is enough to recall their categorical unwillingness to obtain visas and come to the US for an in-person interview. Negotiations lasted for six months, but they did not lead to any results.

For his part, Mr. Pickering suggested that I apply to the court with a Motion to allow me to participate in the court hearings from home. I responded that even if the court were to accommodate me on this issue, this does not resolve the main issues: my unpreparedness for the hearings due to the absence of a lawyer and the absence of an interpreter.

**Since today I see no other way to ensure a normal defense for myself, except to ask the honorable court to postpone the trial date as of July 2025.**

Date: February,27, 2025

Andrei Mann

CERTIFICATE OF SERVICE

The undersigned certifies that on this day, February, 27, 2025, the foregoing Motion was served on the parties as follows:

Kenneth C. Pickering,

BBO #634121

Pickering Legal LLC
100 Grove Street
Worcester, MA 01605

Phone: (508) 498-3880

kpickering@pickering-legal.com

Date: February,27, 2025

Andrei Mann