UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMENETS,<br>　　Plaintiffs,<br><br>v.<br><br>ANDREI MANN,<br>　　Defendant. | Civil Action No. 1:21-CV-40068-DLC |

## PLAINTIFFS' NOTICE OF WAIVER OF JURY TRIAL

Plaintiffs, Petr Dmitriev, Yusup Osmanov, Yuri Ryazanov and Oleg Semenets hereby waive their right to a trial by jury on all claims.[1]

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMENETS,

　　　　　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kenneth C. Pickering, BBO #634121
　　　　　　　　　　　　　　　　　　Pickering Legal LLC
　　　　　　　　　　　　　　　　　　100 Grove Street
　　　　　　　　　　　　　　　　　　Worcester, MA 01605
　　　　　　　　　　　　　　　　　　Phone: (508) 498-3880
Dated: March 7, 2025　　　　　　　　　*kpickering@pickering-legal.com*

---

[1] The remaining claims consist of breach of contract (Counts II, VII, IX and XII), fraud (Counts I, VI, VII and XII), and conversion (Count XIV).

2

## CERTIFICATE OF SERVICE

      I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the Defendant, Andrei Mann, 8855 Bay Parkway, Brooklyn, New York 11217, *andreimann@hotmail.com*.

Dated: March 7, 2025

Kenneth C. Pickering