IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2025 MAR 10 AM 12: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS

      Plaintiffs,

      v.

ANDREI MANN

      Defendant.

_____

ANDREI MANN

      Plaintiff in Counterclaim

      v.

PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS

      Defendants in counterclaim

CIVIL ACTION No. 21cv40068-NMG

**DEFENDANT and PLAINTIFF IN COUNTERCLAIMS ANDREI MANN**

**MOTION TO DISSMISS COUNTERCLAIMS AGAINST PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS**

  Plaintiff in Counterclaims ANDREI MANN hereby dismiss his Counterclaims against Defendants in counterclaims PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS Pursuant to Fed. R. Civ. P 41(a).

Date: March 5, 2025                        Andrei Mann

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, March 5, 2025, the foregoing Motion was served on the parties as follows:

Kenneth C. Pickering,

BBO #634121

Pickering Legal LLC
100 Grove Street
Worcester, MA 01605

Phone: (508) 498-3880

kpickering@pickering-legal.com

Date: March 5, 2025

Andrei Mann