From: 8855 Bay Parkway
apt. 7J
Brooklyn, NY
11214, Andrei Mann





To: Clerk's office
U.S. District Court
1 Courthouse Way
Boston, MA 02210

Suite 2300

ReadyPost
Document Mailer