From: 8855
Bay Parkway, apt 7j
Brooklyn, NY, 11214
Andrei Mann



To: Clerk office
suite 2300
U.S, District Court
1 Courthouse Way
Boston, MA, 02110