IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant. | CIVIL ACTION No. 21cv40068-NMG |

**<u>DEFENDANT'S Motion for adjournment of the hearing due to illness</u>**

Defendant Andrey Mann hereby submits Motion for adjournment of the hearing due to illness.

Due to the court's order Pretrial Conference is scheduled for March 14, 2025, Trial is scheduled for March 17, 2025.

In compliance with the court's order, Mann filed a Pre-Trial Memorandum and Exhibits on March 7, 2025.

Mann requests that the Pretrial Conference and Trial be postponed because he is unable to attend in person or online due to illness.

Mann was admitted to the hospital on March 11, 2025 for medical reasons. He is scheduled to undergo surgery in the near future. Mann is also currently under the influence of medications, specifically pain medications, undergoing preoperative examinations.

Medical certificates are attached (EXHIBIT 1).

**Mann expresses his sincere regret for what has happened and apologizes to the Honorable Court, as well as to the Honorable Judge Donald L. Cabell, the ETs, and plaintiffs' attorney Mr. Pickering for the inconvenience caused.**

Date: March 13, 2025

_____
Andrei Mann

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this day, March 13, 2025, the foregoing Motion was served on the parties as follows:

Kenneth C. Pickering,

BBO #634121

Pickering Legal LLC
100 Grove Street
Worcester, MA 01605

Phone: (508) 498-3880

kpickering@pickering-legal.com

Date: March 13, 2025

_____
Andrei Mann

2