EXHIBIT 1

## ABSENCE FROM WORK

Please excuse _Mann, A_ from work.

Dates of illness  From _3.13.25_ To _3.31.25_

May return to work on: _4.1.25_

Restrictions ○    Light Work ○    Normal Work ☑

Comments: _Chelsi Hyatt's s/p hospitalization. Consider surgery ASAP._

Practitioner Signature: _[signed]_

Alexander Merson
2379 65th street
Brooklyn, NY 11204
Tel: 718-375-0392
Fax: 718-375-4324

ALEXANDER MERSON, M.D.
2379 65th STREET
BROOKLYN, NY 11204
(718) 375-0392



**Maimonides Emergency Department**
4802 10th Ave Brooklyn, NY 11219
(718) 283-7222

**Maimonides Bay Ridge Emergency Department**
9036 7th Ave Brooklyn, NY 11228
(718) 283-2200

**Patient:** ANDREY MANN
**Physician:** Ayesha Sattar DO

**Emergency Department Discharge Instructions**
MR#: 22852789
Acct #: 502982315
DOB: 12/21/1957

## Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care. If your symptoms become worse, and you are unable to reach your usual healthcare provider, you should return to the Emergency Department immediately. There are times when some or all of the radiology studies you might have had will be interpreted by a specialist after the completion of your visit. If a change in your diagnosis or treatment is needed, we will contact you. It is critical that we have accurate contact information in your file. If you would like a copy of your chart please call Medical Records at 718-283-7020. Call 718-283-7444 to follow up any results that were not available by the time you were discharged.

You were treated in the Emergency Department by: Ayesha Sattar DO
Your instructions were prepared by: Ayesha Sattar DO

**Follow Up Information:**

Please call yourself to arrange the following appointment(s):

Follow up with Your Physician as soon as possible unless improved.

Paper Prescription given to patient