Exhibit 3

**EXHIBIT R-1**

77 A B 0880823

# POWER OF ATTORNEY

### City of Moscow, the Twenty First of November Two Thousand Thirteen

I, **Mann, Andrei Yurievich**, date of birth: December 21, 1957; place of birth: city of Moscow; citizenship: Russian Federation; sex: male; passport No. 45 05 160682 issued by Passport Desk No. 1 OVD of Krasnoselskiy District of the Internal Affairs Directorate of the Central Administrative District of the city of Moscow on April 18, 2003; unit code: 772-124, registered at the address: 32/1 (Thirty Two), Building 1 (One), Marshala Biryuzova street, apartment # 71 (Seventy One),

hereby authorize

Mr. **Osmanov, Yusup Magomedovich**, date of birth: June 07, 1957; place of birth: city of Kaspiysk DASSR, citizenship: Russian Federation, sex: male; passport 45 03 124518 issued by the Office of Internal Affairs of the Arbat District of the City of Moscow on June 28, 2002, unit code: 772-111, registered at the address: 19 (Nineteen), Bolshoi Levshinskiy Lane, apartment 5 (Five),

to manage and handle all my property, whatever it consists of and wherever it is located, and, in accordance with this, to conclude all transactions permitted by law, in particular: to privatize, purchase, sell, accept as a gift, exchange, document ownership of property, privatize, rent, loan, mortgage and accept any rooms, apartment shares, residential houses, garden houses, summer houses, land plots, garages, non-residential premises, and other property as collateral, in all cases independently determining amounts, schedules, and other conditions at his discretion; negotiate and sign contracts, transfer agreements and other necessary documents; make payments on concluded transactions; register the transfer of ownership and the title of ownership in the government registration authorities; obtain copies of agreements and other necessary documents in the government registration authorities, as well as certificates of the government registration of title; to accept and renounce inheritance, to receive property, retirement benefits, subsidies, money, and securities owed to me, as well as documents from any individuals, enterprises, agencies, organizations, including the Savings Bank of the Russian Federation, and in all commercial banks, post offices, telegraph offices on all grounds; to handle accounts in the Savings Bank of the Russian Federation and in all commercial banks, for which purpose I grant a right to open an account in my name, deposit and receive money with the interest due, with a right to close the accounts; receive mail, telegraphic, valuable, and any kind of correspondence and packages; to represent my interests in all competent organizations and agencies of the Russian Federation, including BTI, housing and utility authorities, MFTs, IFNS, passport desk, police departments, notary offices, Offices of Social Services, Retirement Fund, Department for Housing Policy and Housing Resources of the City of Moscow, Directorate of the Federal Service for State Registration, Cadaster, and Mapping for Moscow or other agency that carries out state registration for real estate rights and transactions, UVIR, GUVD, the Ministry of Justice, etc.; conduct affairs on my behalf in all governmental agencies, organizations, and enterprises, as well as in all nongovernmental organizations and enterprises; to litigate cases on my behalf in all judicial agencies with all the rights provided to the plaintiff, respondent, third party and victim, including the right to file and sign /*Translator's note. The final line on this page is cut off*/

the court decision, receipt of a writ of execution, presentation of the writ of execution for recovery, with the right of receipt of property or money, for these purposes, I grant the right to obtain informational statements and other documents, submit various applications, sign on my behalf and perform other activities related to the execution of these assignments.

**This Power of Attorney shall be issued for the period of five years, with a prohibition on the delegation of powers under this power of attorney to other persons.**

**The content of articles 187-189 of the Civil Code of the Russian Federation was explained to the grantor.**

**The content of this power of attorney was read aloud to the grantor.**

*grantor* /handwritten name and signature/ Mann Andrei Yurievich

**City of Moscow**

**The Twenty First of November Two Thousand Thirteen.**

This power of attorney was certified by me, Korochentseva, Tatyana Vladimirovna, acting notary public of the city of Moscow for Vinogradova, Olga Yurievna.

The power of attorney was signed by Mr. Mann, Andrei Yurievich in my presence. His identity was established, his capacity was verified.

Registered in registry No. 4-1386.

Charged by the tariff: 1,550 rubles 00 kopecks.
Certified outside of the notary public office at the address: 10a, 1905 Goda Street, city of Moscow.

**Acting Notary Public**          /signature/                    T.V. Korochentseva

Round Stamp: /circular text in the round stamp/ NOTARY PUBLIC OF THE CITY OF MOSCOW VINOGRADOVA O.Yu.

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: 77 A B 0880823 POWER OF ATTORNEY from Russian into English is true and correct, to the best of my knowledge.

Date: May 23, 2024

Tatyana Albert

# ДОВЕРЕННОСТЬ

**Город Москва, двадцать первого ноября две тысячи тринадцатого года.**

Я, гр. **Манн Андрей Юрьевич**, 21 декабря 1957 года рождения, место рождения: город Москва, гражданство: Российская Федерация, пол: мужской, паспорт 45 05 160682, выданный Паспортным столом № 1 ОВД Красносельского района УВД ЦАО города Москвы 18 апреля 2003 года, код подразделения 772-124, зарегистрированный по адресу: город Москва, улица Маршала Бирюзова, дом 32 (тридцать два), корпус 1 (один), квартира 71 (семьдесят один),

настоящей доверенностью уполномочиваю

гр. **Османова Юсупа Магомедовича**, 07 июня 1957 года рождения, место рождения: город Каспийск ДАССР, гражданство: Российская Федерация, пол: мужской, паспорт 45 03 124518, выданный Отделом Внутренних дел района Арбат города Москвы 28 июня 2002 года, код подразделения 772-111, зарегистрированного по адресу: город Москва, Большой Левшинский переулок, дом 19 (девятнадцать), квартира 5 (пять),

управлять и распоряжаться всем моим имуществом, в чем бы оно ни заключалось и где бы оно не находилось, в соответствии с этим заключать все разрешенные законом сделки, в частности: приватизировать, покупать, продавать, принимать в дар, обменивать, оформлять в собственность имущество, приватизировать, сдавать во временное пользование, наем, закладывать и принимать в залог любые комнаты, доли квартир, жилые дома, садовые дома, дачные дома, земельные участки, гаражи, нежилые помещения и другое имущество, во всех случаях самостоятельно определяя суммы, сроки и другие условия по своему усмотрению; заключать и подписывать договоры, акты о передаче и другие необходимые документы; производить расчеты по заключенным сделкам; регистрировать в органах государственной регистрации перехода права собственности и право собственности; получать в органах государственной регистрации экземпляры договоров и других необходимых документов, а также свидетельства о государственной регистрации права; принимать наследства и отказываться от них, получать причитающееся мне имущество, пенсию, субсидии, деньги и ценные бумаги, а также документы от любых лиц, предприятий, учреждений, организаций, в том числе Сберегательного банка Российской Федерации и всех коммерческих банков, почты, телеграфа по всем основаниям; распоряжаться счетами в Сберегательном банке Российской Федерации и во всех коммерческих банках, для чего предоставляю право открывать счета на мое имя, вкладывать и получать на руки деньги с причитающимися процентами, с правом закрытия счета; получать почтовую, телеграфную, ценную и всякого рода корреспонденцию и посылки; представлять мои интересы во всех компетентных организациях и учреждениях Российской Федерации, в том числе БТИ, жилищно-коммунальных органах, МФЦ, ИФНС, паспортном столе, отделениях милиции, нотариальных конторах, Отделах Социальной защиты населения, Пенсионном Фонде, Департаменте жилищной политики и жилищного фонда города Москвы, Управлении Федеральной службы государственной регистрации, кадастра и картографии по Москве или ином органе осуществляющем государственную регистрацию прав на недвижимое имущество и сделок с ним, УВИР, ГУВД, Министерстве юстиции и др.; вести от моего имени дела во всех государственных учреждениях, организациях и предприятиях, а также во всех негосударственных организациях и предприятиях; вести от моего имени гражданские дела во всех судебных учреждениях, со всеми правами, какие предоставлены законом истцу,



77 АЕ 0880823

решения суда, получения исполнительного листа, предъявления исполнительного листа ко взысканию, с правом получения имущества и денег, в этих целях предоставляю право получать справки и иные документы, подавать различные заявления, за меня расписываться и выполнять все прочие действия, связанные с выполнением настоящих поручений.

Доверенность выдана сроком на пять лет, с запретом на передоверие полномочий по настоящей доверенности другим лицам.

Содержание статей 187-189 Гражданского кодекса Российской Федерации доверителю разъяснено.

Содержание настоящей доверенности доверителю зачитано вслух.

доверитель /Манин Андрей Юрьевич/

Город Москва.

Двадцать первого ноября две тысячи тринадцатого года.

Настоящая доверенность удостоверена мной, Короченцевой Татьяной Владимировной, временно исполняющей обязанности нотариуса города Москвы Виноградовой Ольги Юрьевны.

Доверенность подписана гр. Маниным Андреем Юрьевичем в моем присутствии. Личность его установлена, дееспособность проверена.

Зарегистрировано в реестре за № 4-1486

Взыскано по тарифу: 1550 руб. 00 коп.

Удостоверено вне помещения нотариальной конторы по адресу: город Москва, ул. 1905 года, дом 10а.

Врио нотариуса                  Короченцева Т.В.



# POWER OF ATTORNEY

### City of Moscow, the Third of December Two Thousand Eighteen

I, **Mann, Andrei Yurievich**, date of birth: December 21, 1957; place of birth: city of Moscow; citizenship: Russian Federation; sex: male; passport No. 45 05 160682 issued by Passport Desk No. 1 OVD of Krasnoselskiy District of the Internal Affairs Directorate of the Central Administrative District of the city of Moscow on April 18, 2003; unit code: 772-124, registered at the address: 32/1 (Thirty Two), Building 1 (One), Marshala Biryuzova street, apartment # 71 (Seventy One), hereby authorize -

Mr. **Osmanov, Yusup Magomedovich**, date of birth: 06.07.1957; place of birth: city of Kaspiysk DASSR, citizenship: Russian Federation, sex: male; passport 45 15 301108 issued by the UFMS Office of Russia for the Arbat District of the City of Moscow on September 9, 2015, unit code: 770-003, registered at the address: 44, 3rd Tverskaya-Yamskaya Street, apt. 5,

or **Petrov, Alexei Eduardovich**, date of birth: 09.15.1968, place of birth: city of Kotelnich of the Kirovskiy Region, citizenship: Russian Federation, sex: male, passport: 45 13 329833 issued by the UFMS Office of Russia for the Khamovniki Region of the City of Moscow on September 27, 2013, unit code 770-011, registered at the address: 36/2, Frunzenskaya Embankment, apt.333

to manage and handle all my property, whatever it consists of and wherever it is located, and, in accordance with this, to conclude all transactions permitted by law, in particular: to privatize, purchase, sell, accept as a gift, exchange, document ownership of property, privatize, rent, loan, mortgage and accept any rooms, apartment shares, residential houses, garden houses, summer houses, land plots, including:

land plot with the total area of 1,361 m² with cadastral (or reference) number 50:20:005 02 11:0403 at the address: Moscow Region, Odintsovskiy District, Uspenskiy s.o., pos. Ranis, ZAO SKZ-5, lot 260/1

land plot with the total area of 1,639 m² with cadastral (or reference) number 50:20:005 02 11:0120 at the address: Moscow Region, Odintsovskiy District, Uspenskiy s.o., pos. Nikolina Gora, ZAO SKZ-4, lot 258/2

land plot with the total area of 3,000 m² with cadastral (or reference) number: 50:20:005 02 11:0119 at the address: Moscow Region, Odintsovskiy District, Uspenskiy s.o., pos. Nikolina Gora, ZAO SKZ-4, lot 259

residential house with cadastral (or reference) number 50-50-20/100/2005-318 with the total area of 1,175.7 m² at the address: Moscow Region, Odintsovskiy District, Uspenskiy s.o., pos. Ranis, ZAO SKZ-5, house 259

garages, non-residential premises, and other property, in all cases independently determining amounts, schedules, and other conditions at their discretion; negotiate and sign contracts, transfer agreements and other necessary documents; make payments on concluded transactions; register the transfer of ownership and the title of ownership in the government registration authorities; obtain copies of agreements and other necessary documents in the government registration authorities, as well as certificates of the government registration of title; to accept and renounce inheritance, to receive property, retirement benefits, subsidies, money, and securities owed to me, as well as documents from any individuals, enterprises, agencies, organizations, including the Savings Bank of the Russian Federation and other state-owned or

commercial banks, post offices, telegraph offices on all grounds; to handle accounts in the Savings Bank of the Russian Federation and in the Otkrytie Bank, as well as in any state-owned and commercial banks, for which purpose I grant a right to open an account in my name, deposit and receive money with the interest due, with a right to close the accounts; receive mail, telegraphic, valuable, and any kind of correspondence and packages; to represent my interests in all competent organizations and agencies of the Russian Federation, including BTI, housing and utility authorities, MFTs, IFNS, passport desk, police departments, notary offices, Offices of Social Services, Retirement Fund, Department for Housing Policy and Housing Resources of the City of Moscow, Directorate of the Federal Service for State Registration, Cadaster, and Mapping for Moscow or Moscow Region or other agency that carries out state registration for real estate rights and transactions, UVIR, GUVD, the Ministry of Justice, etc.; conduct affairs on my behalf in all governmental agencies, organizations, and enterprises, as well as in all nongovernmental organizations and enterprises; to litigate cases on my behalf in all judicial agencies with all the rights provided to the plaintiff, respondent, third party and victim, including the right to file and sign a statement of claim with the right for an amicable resolution, recognition or dismissal, in whole or in part, of claims, change of the subject and basis of the claim, appeal of the court decision, receipt of a writ of execution, presentation of the writ of execution for recovery, with the right of receipt of property or money, for these purposes, I grant the right to obtain informational statements and other documents, submit various applications, sign on my behalf and perform other activities related to the execution of these assignments.

**This Power of Attorney shall be issued for the period of ten years, with a prohibition on the delegation of powers under this power of attorney to other persons.**

**The content of articles 187-189 of the Civil Code of the Russian Federation was explained to the grantor.**

**The content of this power of attorney was read aloud to the grantor.**

/signature/               /hand written/              *Mann Andrei Yurievich*

*03 December 2018*

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Power of Attorney from Russian into English is true and correct, to the best of my knowledge.

Date: May 23, 2024

*[signature]*

Tatyana Albert

The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

   This public document

2. has been signed by: Michael Hellman
3. acting in the capacity of: Notary Public
4. bears the seal/stamp of: Michael Hellman

   whose commission expires on: July 2, 2021

   Certified

5. at: Boston, Massachusetts     6. the: 3 December, 2018
7. by: the Secretary of the Commonwealth
8. No.: 2089925
9. Seal/stamp:                   Great Seal of the Commonwealth

10. Signature:

William Francis Galvin
Secretary of the Commonwealth

prepared by   MMaggiore

# ДОВЕРЕННОСТЬ

**Город Москва, третье декабря две тысячи восемнадцатого года.**

**Я, гр. Манн Андрей Юрьевич,** 21 декабря 1957 года рождения, место рождения: город Москва, гражданство: Российская Федерация, пол: мужской, паспорт 45 05 160682, выданный Паспортным столом № 1 ОВД Красносельского района УВД ЦАО города Москвы 18 апреля 2003 года, код подразделения 772-124, зарегистрированный по адресу: город Москва, улица Маршала Бирюзова, дом 32 (тридцать два), корпус 1 (один), квартира 71 (семьдесят один), настоящей доверенностью уполномочиваю -

гр. **Османова Юсупа Магомедовича,** 07.06.1957 года рождения, место рождения: гор. Каспийск, ДАССР, гражданство: Российская Федерация, пол: мужской, паспорт: 45 15 301108, выданный Отделением УФМС России по гор. Москве по району Арбат, «09» сентября 2015 года, код подразделения 770-003, зарегистрированного по адресу: город Москва, улица Тверская-Ямская 3-я дом 44 кв.5.

или **Петрова Алексея Эдуардовича,** 15.09.1968 года рождения, место рождения: г. Котельнич Кировской области, гражданство: Российская Федерация, пол: мужской, паспорт: 45 13 329833, выданный Отделением УФМС России по г. Москве по району Хамовники «27» сентября 2013 года, код подразделения 770-011, зарегистрированного по адресу: город Москва, Фрунзенская набережная дом 36/2 кв.333.

управлять и распоряжаться всем моим имуществом, в чем бы оно ни заключалось и где бы оно не находилось, в соответствии с этим заключать все разрешённые законом сделки, в частности: приватизировать, покупать, продавать, принимать в дар, обменивать, сдавать в аренду, закладывать и принимать в залог любые комнаты, доли квартир, жилые дома, садовые дома, дачные дома, земельные участки, в том числе:

земельный участок общей площадью 1361 кв.м., кадастровым (или условным) номером: 50:20:005 02 11:0403, по адресу: Московская область, Одинцовский район, Успенский с.о., пос. ДСК "Ранис", ЗАО "СКЗ-4", уч.260/1

земельный участок общей площадью 1639 кв.м. с кадастровым (или условным) номером: 50:20:005 02 11:0120, по адресу: Московская область, Одинцовский район, Успенский с.о., пос. Николина Гора, ЗАО "СКЗ-4", уч.258/2

земельный участок общей площадью 3000 кв.м. с кадастровым (или условным) номером: 50:20:005 02 11:0119, по адресу: Московская область, Одинцовский район, Успенский с.о., пос. Николина Гора, ЗАО "СКЗ-4", уч.259

жилой дом с кадастровым (или условным) номером: 50-50-20/100/2005-318 общей площадью 1175,7 кв.м., по адресу: Московская обл., Одинцовский район, Успенский с.о., пос. ДСК «Ранис», ЗАО «СКЗ-4», д. 259

гаражи, нежилые помещения и другое имущество, во всех случаях самостоятельно определяя суммы, сроки и другие условия по своему усмотрению; заключать и подписывать договоры, акты о передачи и другие необходимые документы, производить расчеты по заключенным сделкам; регистрировать в органах государственной регистрации переход права собственности и право собственности; получать в органах государственной регистрации экземпляры договоров и других необходимых документов, а также свидетельства о государственной регистрации права; принимать наследства и отказываться от них, получать причитающееся мне имущество, пенсию, деньги и ценные бумаги, а также документы от любых лиц, предприятий, учреждений, организаций, в том числе Сберегательного банка Российской Федерации и других государственных или

коммерческих банков, почты, телеграфа по всем основаниям; распоряжаться счетами в Сберегательном банке Российской федерации и Банке «Открытие», а также в любых государственных и коммерческих банках, для чего предоставляю право открывать счета на мое имя, вкладывать и получать на руки деньги с причитающими процентами, с правом закрытия счетов; получать почтовую, телеграфную, ценную и всякого рода корреспонденцию и посылки; представлять мои интересы во всех компетентных организациях и учреждениях Российской федерации, в том числе БТИ, жилищно-коммунальных организациях, МФЦ, ИФНС, паспортном столе, отделениях милиции, нотариальных конторах, Отделах социальной защиты населения, Управлении Федеральной службы государственной регистрации, кадастра и картографии по Москве или Московской области, или ином органе осуществляющем государственную регистрацию прав на недвижимое имущество и сделок с ним, УВИР, ГУВД, Министерстве юстиции и др.; вести от моего имени дела во всех государственных учреждениях, организациях к предприятиях, а также во всех негосударственных организациях и предприятиях; вести от моего имени гражданские дела во всех судебных учреждениях со всеми правами, какие предоставлены законом истцу, ответчику, третьему лицу и потерпевшему, в том числе, с правом подачи и подписания искового заявления, с правом окончания дела миром, признания или отказа полностью или частично от исковых требований, изменения предмета и основания иска, обжалования решения суда, получения исполнительного листа, предъявления исполнительного листа ко взысканию, с правом получения имущества и денег, в этих целях предоставляю право получать справки и иные документы, подавать различные заявления, за меня расписываться и выполнять все прочие действия, связанные с выполнением настоящих поручений.

    Доверенность выдана сроком на десять лет, с запретом на передоверие полномочий по настоящей доверенности другим лицам.

    Содержание статей 187-189 Гражданского кодекса Российской Федерации доверителю разъяснено.

    Содержание настоящей доверенности доверителю зачитано вслух.

*[signatures]* Манн Андрей Юрьевич

03 декабря 2018

Commonwealth of Massachusetts
On this 3 day of December 20 18
before me, the undersigned notary public, personally appeared Andrey Mann
proved to me through satisfactory evidence of identification, which were Known
to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for its stated purpose.

MICHAEL HELLMAN, Notary Public
My Commission Expires July 2, 2021