Exhibit 4

Letter from Yu. Osmanov to A. Mann:
Transfers from S-info to Yu. Osmanov, Report for 2017

For reference:
According to the 2017 average exchange rate, Osmanov received about 1,100,000.00 USD from S-info.

---

From: UP hausmann@bk.ru
Sent: 13 February 2018 8:43
To: MANN ANDREI
Re: Transfer: A.M. 2017.xlsx


Hi Andrei!
All payments are cashless.
Yu.

| 2017 | Yusup ||
| --- | --- | --- |
| | rubles received | Date |
| TOTAL | 64,052,432.13 | |
| S-info- Yu | 86,000.00 | 01.23.17 |
| S-info- Yu | 196,409,22 | 01.25.17 |
| S-info- Yu | 255,079.52 | 03.14.17 |
| S-info- Yu | 1,750,000.00 | 03.15.17 |
| Loan Yu-A.M. | 1,800,000.00 | 03.15.17 |
| S-info- Yu | 5,870,000.00 | 03.23.17 |
| S-info- Yu | 2,000,000,00 | 04.05.17 |
| S-info- Yu | 1,150,000.00 | 04.19.17 |
| S-info- Yu | 900,000.00 | 04.21.17 |
| S-info- Yu | 3,400,000.00 | 04.26.17 |
| S-info- Yu | 246,527,39 | 04.27.17 |
| S-info- Yu | 170,000.00 | 04.28.17 |
| S-info- Yu | 65,000.00 | 04.28.17 |
| S-info- Yu | 3,500,000.00 | 05.03.17 |
| S-info- Yu | 3,000,000.00 | 05.04.17 |
| S-info- Yu | 100,000.00 | 05.18.17 |
| S-info- Yu | 2,250,000.00 | 05.18.17 |
| S-info- Yu | 350,000.00 | 05.19.17 |
| S-info- Yu | 2,500,000.00 | 05.24.17 |
| S-info- Yu | 21,567,500.00 | 12.25.17 |
| S-info- Yu | 1,380,916.00 | 12.26.17 |
| S-info- Yu | 2,315,000.00 | 12.26.17 |
| | | |

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Letter from Yu.S. Osmanov to A. Mann from Russian into English is true and correct, to the best of my knowledge.

Date: May 23, 2024

*[signature]*

Tatyana Albert

<u>Письмо от Ю.Османова к А.Манну:</u>
переводы от С-инфо Ю.Османову. Отчет за 2017 год.

<u>Для справки:</u>
по среднему курсу 2017 года Османов получил от С-инфо около 1,100,000.00 долларов США.

**От:** UP <hausmann@bk.ru>
**Отправлено:** 13 февраля 2018 г. 8:43
**Кому:** МАНН АНДРЕЙ
**Тема:** Отправка: A.M. 2017.xlsx

Привет, Андрей!
Все платежи безнал.
Ю.

| 2017 | Юсуп | |
| --- | ---: | --- |
| | рубли | |
| | приход | Дата |
| ИТОГО | 64 052 432,13 | |
| С-инфо- Ю. | 86 000,00 | 23.01.17 |
| С-инфо- Ю. | 196 409,22 | 25.01.17 |
| С-инфо- Ю. | 255 079,52 | 14.03.17 |
| С-инфо- Ю. | 1 750 000,00 | 15.03.17 |
| Займ Ю-А.М. | 1 800 000,00 | 15.03.17 |
| С-инфо- Ю. | 5 870 000,00 | 23.03.17 |
| С-инфо- Ю. | 2 000 000,00 | 05.04.17 |
| С-инфо- Ю. | 1 150 000,00 | 19.04.17 |
| С-инфо- Ю. | 900 000,00 | 21.04.17 |
| С-инфо- Ю. | 3 400 000,00 | 26.04.17 |
| С-инфо- Ю. | 246 527,39 | 27.04.17 |
| С-инфо- Ю. | 170 000,00 | 28.04.17 |
| С-инфо- Ю. | 65 000,00 | 28.04.17 |
| С-инфо- Ю. | 3 500 000,00 | 03.05.17 |
| С-инфо- Ю. | 3 000 000,00 | 04.05.17 |
| С-инфо- Ю. | 100 000,00 | 18.05.17 |
| С-инфо- Ю. | 2 250 000,00 | 18.05.17 |
| С-инфо- Ю. | 350 000,00 | 19.05.17 |
| С-инфо- Ю. | 2 500 000,00 | 24.05.17 |
| С-инфо- Ю. | 21 567 500,00 | 25.12.17 |
| С-инфо- Ю. | 1 380 916,00 | 26.12.17 |
| С-инфо- Ю. | 2 315 000,00 | 26.12.17 |