Exhibit 5

# EXHIBIT 10

Full legal name: LIMITED LIABILITY COMPANY "S-INFO"
Manager: BANKRUPTCY MANAGER VITALIY SERGEEVICH LIKHACHYOV
Tax ID/KPP: 7719036520 / 771901001
Authorized capital: 10,000 Rubles
Number of personnel: 106
Number of founding parties: 1
Date of registration: January 24, 2003
Status: The legal entity was declared insolvent (bankrupt) and, starting January 25, 2020, bankruptcy proceedings were opened against it

CONTACT INFORMATION

Zip code: 105264

Address: 23A, Verkhnyaya Pervomayskaya str., Moscow

GPS Coordinates: 55.800369263,37.785171509

Legal address: 44/20, Pervomayskaya str., Moscow, 105043

FOUNDING PARTIES:

| Date | Name | Tax ID | Share | Amount |
|---|---|---|---|---|
| 08/13/2018 | NIGMEDZYANOV, YURI VALERYEIVCH | 505000323090 | 100% | 10,000 Rub |
| Historical Data: | | | | |
| 02/18/2017 | MANN, ANDREI YURIEVICH | 770803076025 | 62% | 6,200 Rub |
| 02/18/2017 | IVANOVA, TATIANA PAVLOVNA | 771407586592 | 28% | 2,800 Rub |
| 02/18/2017 | GURINOVICH, IGOR LEONIDOVICH | 773605871669 | 10% | 1,000 Rub |

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: S-INFO LIMITED LIABILITY COMPANY in the Russian language is true and correct, to the best of my knowledge. Made in Washington, D.C.

Date: August 19, 2021

Tatyana Albert

Полное юридическое наименование: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "С-ИНФО"

- **Руководитель:** КОНКУРСНЫЙ УПРАВЛЯЮЩИЙ ЛИХАЧЕВ ВИТАЛИЙ СЕРГЕЕВИЧ
- **ИНН / КПП:** 7719036520 / 771901001
- **Уставной капитал:** 10 тыс.₽
- **Численность персонала:** 106
- **Количество учредителей:** 1
- **Дата регистрации:** 24.01.2003
- **Статус:** Юридическое лицо признано несостоятельным (банкротом) и в отношении него открыто конкурсное производство с 25 января 2020 года

**КОНТАКТНАЯ ИНФОРМАЦИЯ:**

- Индекс: 105264
- Адрес: Г МОСКВА, УЛ ВЕРХНЯЯ ПЕРВОМАЙСКАЯ, Д 23 А
- GPS координаты: 55.800369263,37.785171509
- Юридический адрес: 105043, МОСКВА Г, ПЕРВОМАЙСКАЯ УЛ, 44/20

**УЧРЕДИТЕЛИ:**

| Дата | Наименование | ИНН | Доля | Сумма |
|---|---|---|---|---|
| 13.08.2018 | НИГМЕДЗЯНОВ ЮРИЙ ВАЛЕРЬЕВИЧ | 505000323090 | 100% | 10 тыс.₽ |
| | исторические данные: | | | |
| 18.02.2017 | МАНН АНДРЕЙ ЮРЬЕВИЧ | 770803076025 | 62% | 6.2 тыс.₽ |
| 18.02.2017 | ИВАНОВА ТАТЬЯНА ПАВЛОВНА | 771407586592 | 28% | 2.8 тыс.₽ |
| 18.02.2017 | ГУРИНОВИЧ ИГОРЬ ЛЕОНИДОВИЧ | 773605871669 | 10% | 1 тыс.₽ |