Exhibit 7

# EXHIBIT 14

Limited Liability Company

OOO «Moda Alliance»

4, Bldg. 1 A, Leninsky Prospect

Moscow Russia, 119049

_____

Ref. No. 34

Date: March 23, 2017

**Dear Andrei Yurievich!**

We hereby inform you that the total debt to you after repayment is $4,118,854 USDChatzy.com/53992189275449a.

The total debt prior to repayment is $12,407,246 USD

Repaid in 2014: $3,688,392 USD

Repaid in 2015: $2,500,000 USD

Repaid in 2016: $2,100,000 USD

The total remaining debt: $4,118,854 USD

**General Director**

**OOO «Moda Alliance»** /signature/ **A.V. Pronyaeva**

*Round Stamp OOO «Moda Alliance»*

## CERTIFICATE OF TRANSLATOR

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Letters Ref. Nos 34 and 35 from Moda Alliance, LLC of March 23, 2017 in the Russian language is true and correct, to the best of my knowledge. Made in Washington, D.C.

Date: August 16, 2021

Tatyana Albert

Общество с ограниченной ответственностью

«Мода Альянс»

Россия, 119049, г. Москва, Ленинский

Проспект, д. 4, стр. 1 А

Исх. № 34

От «23» марта 2017 г.

Уважаемый Андрей Юрьевич!

Настоящим сообщаем, что общая задолженность перед Вами после погашения составляет 4 118 854 долларов СШChatzy.com/53992189275449А.

Общая задолженность до погашения – 12 407 246 Долларов США

Погашено в 2014 году – 3 688 392 Долларов США

Погашено в 2015 году – 2 500 000 Долларов США

Погашено в 2016 году – 2 100 000 Долларов США

Итого остаток задолженности – 4 118 854 Долларов США

Генеральный директор
ООО «Мода Альянс»                                                Проняева А.В.