Exhibit 8

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 26 июня 2024 г. 19:58
**Кому:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** RE: Production of Supplemental Documents

Dear Mr. Pickering,

... Despite my repeated requests, none of the plaintiffs provided financial documents about receiving money from me.
At the same time, all the plaintiffs admit that they received money from me (S-info LLC) for many years (5-10, some more than 10 years).
Plaintiffs refer to such income only as "interest." And I assert: the plaintiffs regularly received both interest, and periodically, along with interest, they received money to repay the principal amount of borrowed funds.
Latour and Dmitriev admit that they received money on cards, Osmanov - in cash and to the account of the Spanish bank Sabadell, Ryazanov and Semenets, as can be understood from their testimony, received money in cash. Semenets provided the details of Otkritie Bank for settlements, Ryazanov paid off his daughter's mortgage with the help of my personal funds at Ergo Bank.

But there is not a single financial document in the file that reflects the financial relationship between me and any of the plaintiffs throughout the entire period of our business relationship! There aren't even any "interest payments"...

I believe that only through financial documents can one understand the real amount of debt (or lack thereof).
Moreover, all these financial documents must be available to the plaintiffs.

At the same time, the plaintiffs do not provide explanations as to why they refuse to provide financial documents.
Rule 36(5) states: "(5) Objections. The grounds for objecting to a request must be stated. A party must not object solely on the ground that the request presents a genuine issue for trial."

Sincerely,
Andrei Mann