Exhibit 9

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 3 марта 2025 г. 18:15
**Кому:** Mann Andrei <andreimann@hotmail.com>
**Тема:** >>: Supplemental Document Production - №7 (Last and Final): Recording of a conversation with Ryazanov

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 7 июня 2024 г. 16:49
**Кому:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** Supplemental Document Production - №7 (Last and Final): Recording of a conversation with Ryazanov

Dear Mr. Pickering,

Attached the recording of my telephone conversation with Ryazanov.
I would like to make some comments.

1. It was not me who made the recording - it was made by a private detective agency that has all the permits for this activity on the territory of the Russian Federation.
2. The conversation took place approximately in July-August 2018.
3. At that moment Ryazanov was on the territory of the Russian Federation. I was outside the Russian Federation. At the same time, I would especially like to emphasize: I was not in the United States at the time of this conversation.
4. I decided to send only one entry (I have 48 in total). This conversation, in my opinion, gives a complete picture of Ryazanov's true intentions and methods.
5. You kindly agreed for me to send you a conversation in Russian - as it actually happened. If you require a certified translation, please let me know.
6. While listening to the recording, I ask you to pay attention to the following points:
- *the topic of conversation is the closure of the criminal case against me, which Ryazanov opened in June 2018 in the Russian Federation.;*
- *Ryazanov does not hide the fact that "the case was opened in order to get money from me";*
- *"you have to pay to close the case" (blackmail, extortion);*
- *Ryazanov, who initially demanded from me a total of 6 - 7 million dollars, now "agrees to 2.7 million dollars - then the case will be closed";*
- *At this point I would like to especially draw your attention: Ryazanov is not talking about any "debt" of 6-7 million dollars, he is bargaining about "some kind of payment to him," and "is ready to agree to the amount of 2.7 million dollars."*
***Ryazanov connects this payment precisely with the closure of the criminal case in the Russian Federation against me;***
- *Our conversation with Ryazanov took place following a meeting between my lawyer, his lawyer and the investigator who brought this case against me;*

*- The purpose of the meeting is "to agree to close the case";*
*- In this conversation with me, Ryazanov makes a proposal: "You are depositing money in a bank safe deposit box, the safe deposit box will be open for him, Ryazanov, only if he brings a paper about the complete closure of the criminal case";*
*- Ryazanov emphasizes several times that he "completely controls this case, controls the investigator": "everything depends on me in this situation!";*
*- To my question: "What is the mechanism for closing a criminal case?", Ryazanov replies: "You yourself know what the mechanism is: certain people will come to the investigator, tell him that that's it, the case is closed, they will put out the necessary stamps - and that's it";*
*- Ryazanov offers me quite seriously: "**If I deceive you, then you can kill me.**"*
*I answered: "I don't want to even talk about such things as a joke, let alone seriously";*
*- During the conversation it was said that "we worked together for many years, that we always trusted each other, that together we did big things for large sums, that Ryazanov even invested his own money in the enterprise, that I trusted him to manage a large enterprise" and etc.*


**Sincerely,**
**Andrei Mann**

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 7 июня 2024 г. 16:45
**Кому:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** Supplemental Document Production - №3: Ryazanov controls a criminal case in the Russian Federation, blackmail

Dear Mr. Pickering,

Attached the letter from a certain "assistant" Ryazanov Akhilgov.

Akhilgov calls himself a "lawyer," he is a representative of Ingush nationality, and was closely associated with the leadership of Ingushetia and, according to some sources, with "local bandits." I can neither confirm nor refute all this data.
But Akhilgov's letter to me well illustrates the methods of Ryazanov and his "assistants."

Akhilgov, with an implied or direct threat, makes it clear that if I pay an extraordinary amount of "ransom", then all persecution will stop: **"no one wants (your) blood."**

Akhilgov did not hide the fact that they have a large administrative resource: "In our case, our administrative resource rather works in the opposite direction, towards containing" the criminal case.

Akhilgov directly says that he controls the investigators: "the situation is under control. Now two months are running out and the investigator must extend the investigation, which will be done, since so far **we have no grounds** for terminating or changing the status to another."

Sincerely,
Andrei Mann

**От:** АКС <ahikaloy@gmail.com>
**Отправлено:** 21 августа 2018 г. 1:30
**Кому:** andreimann@hotmail.com <andreimann@hotmail.com>
**Тема:** По поводу мирового

Добрый день!

Согласен, что, действительно, у прокурора есть право отмены прекращения, независимо от решения мирового судьи. Но подчеркну – теоритически. На практике такое происходит, если только иметь административное давление. В нашем случае административный ресурс , скорее, работает в обратную сторону – в сторону сдерживания процесса, поскольку мы вступили в стадию переговоров для заключения мирового соглашения.

Перевод спора из уголовно-правовой плоскости в гражданско-правовую дает основания для прекращения и вопрос этот уже согласован со всеми инстанциями, которые одобрили и само возбуждение.

Тут есть два варианта: либо мы доверяем друг другу и идем в сторону разрешения вопроса, либо мы цепляемся за формальности и теорию и придем к активным действиям со стороны следствия.

Напомню, что переговоры и мирном разрешении вопроса идут уже НЕ ОДИН ГОД и все эти годы Рязанов терпеливо ждал. Инициация уголовного дела

– мера вынужденная, поскольку иных инструментов мы не видели.

Если же у вас есть намерение пойти на мировую, то никто не хочет крови и не желает кого-либо преследовать.

P.S.: Напомню, что уголовное дело возбуждено по факту. Это значит, что Манн А.Ю. не признан ни подозреваемым, ни свидетелем, ни тем более – обвиняемым. И за эти два месяца не допрошен ни один свидетель, не вызван сам А.Ю. Это показатель того, что ситуация находится под контролем. Сейчас истекает два месяца  и следователь должно продлевать сроки расследования, что и будет сделано, поскольку пока у нас нет оснований для прекращения или изменения статуса на иной.

Но чем дальше мы будем растягивать эти переговоры, тем выше риски.

--
с наилучшими пожеланиями,

Калой Ахильгов