# Exhibit 10

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 7 июня 2024 г. 16:46
**Кому:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** Supplemental Document Production - №5: Ryazanov-Osmanov, apartment

Dear Mr. Pickering,

The documents are attached:
1. Information dated March 10, 2017 on Ryazanov's loan in the amount of $384,067 (at the exchange rate of the day), which Osmanov records in our accounting department.

2. Below is confirmation that this table was sent from Osmanov's mail:
UP <hausmann@bk.ru>

3. Protocol on the auction for the sale of the apartment of Ryazanov's daughter dated March 29, 2017. The auction did not take place.

4. Ryazanov asked me to help with money to close the mortgage on his daughter's apartment. He's worried. He fears that Ergo Bank will sell this apartment at auction.
Therefore, on May 16, 2017, he writes me the following SMS (it was sent from Ryazanov's Moscow phone +7 (925) 562-3080 to my Moscow phone +7 (903) 723-2376):
*"Ryazanov: Won't they take away my daughter's apartment?*
*Mann: No. Excluded.*
 *Why such a question?"*

Sincerely,
Andrei Mann

---

**От:** UP <hausmann@bk.ru>
**Отправлено:** 10 марта 2017 г. 3:12
**Кому:** МАНН АНДРЕЙ
**Тема:** Отправка: ЭРГО.xlsx

  Андрей, добрый день!

С уважением, Юсуп Османов.

| Заемщик | Валюта кредита | Долг | проценты | пени на долг | пени на % | сумма по требованию | АУКЦИОН АСВ | ЛОТ | примерная сумма в валюте | курс | ЗАЛОГ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Рязанов | USD | | | | | | 22 775 153 | лот 50 | 384 067 | SSS / 59,3 | квартира по ипотеке |

**ПРОТОКОЛ №  *3464-ОАЗФ/1/50***

ОБ ОПРЕДЕЛЕНИИ УЧАСТНИКОВ ТОРГОВ В ФОРМЕ АУКЦИОНА ПО ПРОДАЖЕ ИМУЩЕСТВА

*ООО КБ «ЭРГОБАНК»*

**Лот №  *50***

**Дата подписания протокола:  *«29» марта 2017 г.***

**Настоящий протокол подписан в подтверждение следующего:**

На участие в торгах, подлежащих проведению в соответствии с извещением, опубликованным в газете «Коммерсантъ» от *«11» февраля 2017 г.* и газете  от *«11» февраля 2017 г.* на следующих условиях:

Организатор торгов: *Государственная корпорация «Агентство по страхованию вкладов»*

Собственник продаваемых вещей (предмета торгов): *Коммерческий банк «ЭРГОБАНК» (Общество с ограниченной ответственностью)*

Наименование арбитражного суда, рассматривающего дело о несостоятельности (банкротстве): *Арбитражный суд г. Москвы*

№ дела о банкротстве: *А40-12417/2016*

Арбитражный управляющий должника: *Михеев Илья Владимирович*

Форма торгов: *открытые торги*

Форма подачи предложений о цене: *закрытая*

Порядок и критерии определения победителя торгов: *Победителем Торгов (далее – Победитель) признается Участник, предложивший наибольшую цену за лот, но не ниже начальной цены продажи лота. В случае, если равную цену за лот, но не ниже начальной цены продажи лота, предложили два и более Участника, Победителем среди них признается Участник, ранее других указанных Участников представивший заявку на участие в Торгах.*

Дата подведения итогов торгов: *«03» апреля 2017 г.*

Место подведения итогов торгов: *Итоги торгов подводятся на электронной площадке ООО «Аукционный тендерный центр» - www.atctrade.ru*

Время подведения итогов торгов: *14:00*

По **лоту №50**.
Предмет торгов: *Рязанов Юрий Юрьевич, КД 39/13-ФЛ от 08.04.2013, г. Москва (22 775 153,06 руб.)*
*Права требования к физическим лицам*

Начальная цена лота *22 775 153,06* рублей ().

Не подано ни одной заявки.

Организатор торгов

(*Государственная корпорация «Агентство по страхованию вкладов»*)


_____ ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ "АГЕНТСТВО ПО СТРАХОВАНИЮ ВКЛАДОВ"

Рязанов Моб

16 мая 2017 г., 5:28 PM

Квартиру у дочери не отнимут?

Нет. Исключено.

А с чего такой вопрос?

Прочитано 5/16/17

YURI RYAZANOV'S RESPONSE TO ANDREI MANN'S REQUEST FOR ADMISSION

Pursuant to the provisions of Local Rule 36.1, and Rule 36 of the Federal Rules of Civil Procedure, plaintiff, Yuri Ryazanov ("Plaintiff"), hereby responds to the Request for Admission issued by the defendant Andrei Mann ("Defendant") as follows:

Request No. 9: On April 8, 2014, RYAZANOV took out a loan from Ergo Bank (full corporate name LLC KB Ergobank, in Cyrillic, LLC KB Ergobank) to buy an apartment for his daughter Anna Yuryevna Ryazanova. The apartment was located at: Moscow, st. Gilyarovskogo, house 50, apt. 68.
Response to Request No. 9: Admitted.

Request No. 10: RYAZANOV was unable to repay the loan to the bank, according to the mortgage schedule, in 2017-2018. Response to Request No.
10: Admitted. Request No.

Request No. 11: Ergo Bank put the apartment up for sale for 22,775,153 rubles, or $384,067, and published a public announcement about the forced sale in the Kommersant newspaper on November 2, 2017.
Response to Request No. 11: Plaintiff is not aware if the apartment was put up for sale by Ergo Bank. Plaintiff ended up buying the apartment with his own money.

Request No. 12: RYAZANOV turned to MANN with an urgent request to help him prevent the sale of his daughter's apartment. Response to Request No.
12: Admitted.

Request No. 13: On November 13, 2017, MANN provided the bank with a personal guarantee of repayment of RYAZANOV's debt. The letter of guarantee stated that MANN" ... undertakes to pay the loan agreement No. 39/13-FL dated April 8, 2014 until January 14, 2018." Response to Request No. 13: Denied, Plaintiff does not believe this to be true. Request No.

14: In December 2017, MANN transferred this amount through his driver from his own money to RYAZANOV in cash. RYAZANOV asked that this money be delivered to him at his dacha in the Klyazminsky district of the Moscow region.
Response to Request No. 14: Denied.

Request No. 15: When MANN provided RYAZANOV with this money, the amount in rubles was 384,067 US dollars, RYAZANOV promised to pay this amount in an expedited manner.
Response to Request No. 15: Denied. Defendant did not provide the money to Plaintiff.

Request No. 16: Most of the documentation on RYAZANOV's loan received from MANN funds should be kept by Mann's authorized representative - Osmanov.
Response to Request No. 16: Denied. The Defendant did not provide a loan to Plaintiff.

YURI RYAZANOV,

By his attorney, Kenneth C. Pickering,
Dated: June 17, 2024

13 ноября 2017 года                    г. Москва

## Поручительство

Я, Манн Андрей Юрьевич, зарегистрированный по адресу: г. Москва, ул. Маршала Бирюзова д.32,к.1, кв.71, подтверждаю, что я являюсь поручителем по кредитному договору №39/13-ФЛ от 08 апреля 2013 года.
В настоящее время в производстве судьи Мещанского районного суда г. Москвы находится гражданское дело № 02-6784/2017 по иску ООО КБ «Эргобанк» в лице ГК «Агентство по страхованию вкладов» к Рязанову Юрию Юрьевичу и Рязановой Анне Юрьевне о взыскании с последних задолженности по указанному кредитному договору и обращении взыскания на квартиру, находящуюся по адресу: г. Москва, ул. Гиляровского д.50, кв.69, являющейся предметом залога по указанному кредитному договору.
Стороной ответчика (Рязановым Ю.Ю.) в суде заявлено ходатайство о заключении мирового соглашения и уплате согласованной сторонами суммы в счет погашения задолженности по кредитному договору №39/13-ФЛ от 08 апреля 2013 года.
Как поручитель по указанному кредитному договору, обязуюсь уплатить согласованную сторонами сумму в счет погашения задолженности по кредитному договору №39/13-ФЛ от 08 апреля 2013 года до 14 января 2018 года.

14 ноября 2017 года       _____ /Манн А.Ю./

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 7 июня 2024 г. 16:46
**Кому:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** Supplemental Document Production - №4: Ryazanov, guarantee, apartment

Dear Mr. Pickering,

Attached my letter of guarantee to the bank stating that I will close Ryazanov's loan to Ergo Bank. Here is also correspondence with Dmitry Shumskikh, this is my employee - a lawyer.

*I write to him:*
*"Dmitry, greetings!*
*I signed the guarantee.*
*When you approve everything with the bank, let me know. I will immediately transfer the money to Yu.Yu. Only you will formalize this debt "from me to him" as expected. I talked everything over with him.*

*Thank you.*

*Sincerely,*
*AYu"*

It is also clear that I forwarded this letter to Ryazanov on November 13, 2017. Ryazanov's mail: uu9603288@gmail.com

Sincerely,
Andrei Mann

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 13 ноября 2017 г. 8:23
**Кому:** uu9603288@gmail.com <uu9603288@gmail.com>
**Тема:** FW: Поручительство

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 13 ноября 2017 г. 7:53
**Кому:** Шумских Дмитрий
**Тема:** Поручительство

*Дмитрий, приветствую!*
*Поручительство подписал.*
*Когда все утвердите с банком, дайте мне знать. Я тут же передам деньги Ю.Ю. Только Вы оформите это долг "от меня к нему" как положено. С ним все проговорил.*

*Спасибо.*

*С уважением,*
*АЮ*

**13 ноября 2017 года**                                                                 **г. Москва**

Поручительство

Я, Манн Андрей Юрьевич, зарегистрированный по адресу: г. Москва, ул. Маршала Бирюзова д.32,к.1, кв.71, подтверждаю, что я являюсь поручителем по кредитному договору №39/13-ФЛ от 08 апреля 2013 года.
В настоящее время в производстве судьи Мещанского районного суда г. Москвы находится гражданское дело № <u>02-6784/2017</u> по иску ООО КБ «Эргобанк» в лице ГК «Агентство по страхованию вкладов» к Рязанову Юрию Юрьевичу и Рязановой Анне Юрьевне о взыскании с последних задолженности по указанному кредитному договору и обращении взыскания на квартиру, находящуюся по адресу: г. Москва, ул. Гиляровского д.50, кв.69, являющейся предметом залога по указанному кредитному договору.
Стороной ответчика (Рязановым Ю.Ю.) в суде заявлено ходатайство о заключении мирового соглашения и уплате согласованной сторонами суммы в счет погашения задолженности по кредитному договору №39/13-ФЛ от 08 апреля 2013 года.
Как поручитель по указанному кредитному договору, обязуюсь уплатить согласованную сторонами сумму в счет погашения задолженности по кредитному договору №39/13-ФЛ от 08 апреля 2013 года до 14 января 2018 года.

*14 ноября 2017 года*            _____/_____/