# Exhibit 11

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 7 июня 2024 г. 16:44
**Кому:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** Supplemental Document Production №2: screenshots of Osmanov's sms: blackmail, intimidation

Dear Mr. Pickering,

Attached three SMS messages from Osmanov with threats against Vadim Bridney, who was for a long time one of the leaders of the Moda-Alyas Company (Moscow)..
Osmanov's indignation was caused by the fact that I presented evidence in court that I had invested a lot of money in this Company. Apparently, Osmanov would not want this fact to be revealed to the court.
Attached to this letter you will also find the specified document - a letter from Fashion Alliance about my investments.
Please note that **all of my investments, including these, were declared on my US tax returns.**

In text messages, Osmanov suggested that Bridna meet and discuss the "situation." Since he refused, **Osmanov switched to direct threats:** he promised to pursue Bridnya with the help of law enforcement agencies and tax authorities, "the next step is criminal prosecution."
And at the end: **"You shouldn't have refused to meet with me... I warned you."**

In this case, one more thing is important: Osmanov reports that he easily receives all the documents he needs from the United States in this case (not from me). **Having received documents from the United States, he uses them to threaten and blackmail "dissenters" in the Russian Federation.**

Sincerely,
Andrei Mann

# EXHIBIT 14

Limited Liability Company

OOO «Moda Alliance»

4, Bldg. 1 A, Leninsky Prospect

Moscow Russia, 119049

---

Ref. No. 34

Date: March 23, 2017

**Dear Andrei Yurievich!**

We hereby inform you that the total debt to you after repayment is $4,118,854 USDChatzy.com/53992189275449a.

The total debt prior to repayment is $12,407,246 USD

Repaid in 2014: $3,688,392 USD

Repaid in 2015: $2,500,000 USD

Repaid in 2016: $2,100,000 USD

The total remaining debt: $4,118,854 USD

**General Director**

**OOO «Moda Alliance»** /signature/ **A.V. Pronyaeva**

*Round Stamp OOO «Moda Alliance»*

**CERTIFICATE OF TRANSLATOR**

I, Tatyana Albert, herewith state that I am a U.S. citizen, that by virtue of my education and work experience, I am a professional translator and interpreter from, and into, the Russian language and that the foregoing translation of the document: Letters Ref. Nos 34 and 35 from Moda Alliance, LLC of March 23, 2017 in the Russian language is true and correct, to the best of my knowledge. Made in Washington, D.C.

Date: August 16, 2021

Tatyana Albert

Общество с ограниченной ответственностью
«Мода Альянс»
Россия, 119049, г. Москва, Ленинский
Проспект, д. 4, стр. 1 А

Исх. № 34

От «23» марта 2017 г.

**Уважаемый Андрей Юрьевич!**

Настоящим сообщаем, что общая задолженность перед Вами после погашения составляет 4 118 854 долларов СШChatzy.com/53992189275449А.

Общая задолженность до погашения – 12 407 246 Долларов США

Погашено в 2014 году – 3 688 392 Долларов США

Погашено в 2015 году – 2 500 000 Долларов США

Погашено в 2016 году – 2 100 000 Долларов США

Итого остаток задолженности – 4 118 854 Долларов США

**Генеральный директор**
**ООО «Мода Альянс»** **Проняева А.В.**

«Мода Альянс»
Общество с ограниченной ответственностью ОГРН 1127747063142 * МОСКВА *

**Вадим Викторович**

сегодня в 10:16

съорганизовать с ней встречу? Спасибо. 13:52

Как я вижу отвечать Вы не хотите и встречаться тоже. Жаль, я бы показал Вам документы Манна, где он все руководство Мода Альянс подставляет под уголовку. Ваше решение. Я хотел чтобы ни на кого не писали в следственный комитет. 14:28

Сегодня

Добрый день! Следственный комитет сегодня направил запросы в ФНС о руководстве Моды Альянс  и о всех счетах. Заявление в следственный комитет написано группой пострадавших от Манна. Руководство компании будет вызвано на допрос. Зря не захотели общаться. Более я ничего писать по этому поводу не буду. Я предупреждал. 16:24

Вадим Викторович

24.08.2021 в 09:42

Tele2 LTE 16:42 73 %

1

Юсуп Магомедович

Приветствую! Хотел переговорить. Возможно? 13:03

Мы хотим переговорить с Алиной. Манн предоставляет документы, что Алина ему передала наличными 8 мил. долларов. Все кредиторы хотят на нее написать в следственный комитет в рамках уголовного дела о мошенничестве Манна, и привлечь ее к соучастию. Чтобы этого избежать я бы хотел встретиться с ней. Не хочется, чтобы из-за Манна невиновный чел. шел как соучастник. Заявление от всех пострадавших в следственный комитет будет подано в конце недели. Если я не встречусь и не переговорю с ней, то ее уже будет искать следствие. Вы можете сьорганизовать с ней встречу? Спасибо. 13:52

Вадим Викторович
сегодня в 10:16

Tele2You

17:15 64 %

Юсуп Магомедович

съорганизовать с ней встречу? Спасибо. 13:52

Как я вижу отвечать Вы не хотите и встречаться тоже. Жаль, я бы показал Вам документы Манна, где он все руководство Мода Альянс подставляет под уголовку. Ваше решение. Я хотел чтобы ни на кого не писали в следственный комитет. 14:28

Сегодня

Добрый день! Следственный комитет сегодня направил запросы в ФНС о руководстве Моды Альянс и о всех счетах. Заявление в следственный комитет написано группой пострадавших от Манна. Руководство компании будет вызвано на допрос. Зря не захотели общаться. Более я ничего писать по этому поводу не буду. Я предупреждал. 16:24