IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV, and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant. | CIVIL ACTION No. 21cv40068-NMG |

**DEFENDANT'S Submission of Exhibits 1-12 to Pretrial Memorandum dated 03/07/2025**

Defendant Andrey Mann hereby submits his Exhibits 1-12 to Pretrial Memorandum dated 03/07/2025:

Due to the court's order that Mann may appear remotely at the 3/14/25 Final Pretrial Conference, he is submitting Exhibits 1-12 for online presentation during the conference on 03/14/25.

Pretrial Memorandum sent to court 03/07/25 - USPS and by email to Ms Noreen A. Russo, Esq.:
Noreen_Russo@mad.uscourts.gov

The Pretrial Memorandum and Exhibits 1-12 were sent to Mr. Pickering on March 7, 2025 by email to:
kpickering@pickering-legal.com

Date: March 10, 2025

_/s/ Andrei Mann_
Andrei Mann

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, March 10, 2025, the foregoing Motion was served on the parties as follows:

Kenneth C. Pickering,

BBO #634121

Pickering Legal LLC
100 Grove Street
Worcester, MA 01605

Phone: (508) 498-3880

kpickering@pickering-legal.com

Date: March 10, 2025

_____
Andrei Mann

2