# EXHIBIT 1

Patient:
Andrei Mann, 12.21.1957

Diagnosis: Cholelithiasis. (gall bladder stones)

Predicted risk:
A gallbladder attack that has occurred can cause severe complications such as acute cholecystitis, bile duct blockage (choledocholithiasis), jaundice, cholangitis, and acute pancreatitis. There may also be gangrene and rupture of the gallbladder.
These complications can be life-threatening and difficult to treat.
The acute period of cholecystitis can last from 5-10 days to a month.

Doctor's prescription:
Emergency surgery

Recovery prognosis:
After surgery, rehabilitation time will be required, approximately: 3-4 weeks

03.15.2025

ALEXANDER MERSON, M.D.
2379 65th STREET
BROOKLYN, NY 11204
(718) 375-0392

## ABSENCE FROM WORK

Please excuse ___Mann, Q___ from work.

Dates of illness   From ___3.13.25___ To ___3.31.25___

May return to work on: ___4.1.25___

Restrictions ○   Light Work ○   Normal Work ●

Comments: ___Chelsea Hansen's s/p hospitalization. Consider Surgery ASAP.___

Practitioner Signature: _____

Alexander Merson
2379 65th street
Brooklyn, NY 11204
Tel: 718-375-0392
Fax: 718-375-4324

*[Stamp:]* ALEXANDER MERSON, M.D.
2379 65th STREET
BROOKLYN, NY 11204
(718) 375-0392