FILED
IN CLERKS OFFICE

2025 MAR 27 AM 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMINETS<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI MANN<br><br>Defendant. | CIVIL ACTION No. 21cv40068=NMG<br><br>**AFFIDAVIT OF DEFENDANT ANDREI MANN**<br><br>**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLERK'S RECORD OF DEFAULT PURSUANT TO MASS. R. CIV. P. 55(c)** |

I, ANDREI MANN, defendant in this action, state, declare and depose as follows.

I make this AFFIDAVIT OF DEFENDANT ANDREI MANN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLERK'S RECORD OF DEFAULT PURSUANT TO MASS. R. CIV. P. 55(c) in this matter.

I also support the "DEFENDANT'S MOTION TO DISMISS CLERK'S RECORD OF DEFAULT" filed by me on the same day, which I approve as reflecting the true and correct facts.

1. March 11, 2025 Mann was admitted to the Maimonides Medical Center, Brooklyn, NY (Ayesha Sattar, DO) with acute pain.

2. March 13, 2025 Defendant Andrei Mann filed a "Motion for adjournment of the hearing due to illness." The Motion was accompanied by medical certificates, including a Certificate of Exemption from Work - "Absence from Work".

1

3. On the same day, March 13, 2025, the Motion was denied: "Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered denying 183 MOTION for adjournment of the hearing due to illness. In the absence of more information concerning the defendant's diagnosis and prognosis, the motion is denied. (NR) (Entered: 03/13/2025)"

4. March 15, 2025 Andrei Mann submitted "DEFENDANT'S Renewed Motion for Adjournment of the Hearing Due to Illness", attached the updated medical reports, taking into account the Court's recommendations.

5. March 14-15, 2025 Mann had an email correspondence with Ms Noreen A. Russo, Esq., Courtroom Clerk the Magistrate Judge Donald L. Cabell. Purpose of the correspondence: To provide as much information as possible to The Honorable Magistrate Judge Donald L. Cabell about Mann's current medical condition, namely:

a) Mann is scheduled for surgery in the near future and is currently undergoing urgent pre-operative tests;

b) Mann is currently under the influence of medications, particularly strong painkillers;

c) Mann has been ordered to limit his movements even in his daily life.

d) Mann was granted medical leave from work until April 1, 2025, due to health reasons.

6. EXHIBIT 1: Medical certificates submitted to the court.

7. March 17, 2025, on the day of the trial, Mann again addressed The Honorable Magistrate Judge Donald L. Cabell with the following statement:

"With all due respect to the court and personally to the Honorable Judge Donald L. Cabell, with all my desire to defend myself during the hearing, I cannot in any way participate in it today: answer questions,

ask questions, or analyze what is happening normally. My current disability to work follows from the medical documents presented.

I am not happy about my illness, the fact that at the moment all my thoughts and actions are connected with it.

Once again, I apologize to the Honorable Judge Donald L. Cabell, the plaintiffs for the inconvenience I unwittingly caused."

8. On March 17, 2025, Ms. Noreen A. Russo emailed Mann at "andreimann@hotmail.com": "Judge Cabell would like you to call into the courtroom at 617-748-9227".

9. To this email, Mann responded: "Of course, I will definitely call". Mann respectfully advised that since he was undergoing urgent medical procedures, he would be able to make the necessary call in the afternoon.

10. EXHIBIT 2: March 14-17, 2025, email correspondence Mann with Ms Noreen A. Russo, Esq., Courtroom Clerk the Magistrate Judge Donald L. Cabell.

11. March 17, 2025, Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered denying 189 Renewed MOTION for adjournment of the hearing due to illness. For the reasons stated in open court this date.

12. March 17, 2025, #191, Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Bench Trial held and completed on 3/17/2025. Defendant Andrei Mann does not appear. The Clerk calls Mr. Mann but it goes to voice mail. The court finds the defendant in default. The court takes testimony as to damages. Russian Interpreter Sworn. Four witnesses sworn and examined. Petr Dmitriev, Yusup Osmanov, Yuri Ryazanov, Oleg Semenets (by zoom from Turkey). The court takes the matter as to damages under advisement. (Court Reporter: Catherine Zelinski at

CAL.Zelinski.Steno@gmail.com.)(Attorneys present: Pickering) Russian Interpreter: Alexander Tetradze. (NR) (Entered: 03/17/2025)

13. Thus, when Mann was released after the medical procedures, the court session ended.

14. March 21, 2025, #192,ELECTRONIC NOTICE: Clerk's ENTRY OF DEFAULT as to Andrei Mann. Due to the failure of the defendant, Andrei Mann, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted as of the 17th day of March, 2025. (NR) (Entered: 03/21/2025)

15. Background.

On February 27, 2025, Mann filed a "MOTION TO RESCHEDULE TRIAL DATE", arguing his Motion as follows:

- Lack of financial means to travel to Boston (travel, hotel, food);

- Inability to pay for the services of an interpreter;

- Due to the lack of an attorney, it was impossible to prepare for a quality defense.

Mann asked the court to schedule the trial no earlier than July 2025.

Mann believed that these few months would give him the opportunity to accumulate the necessary funds to resolve the listed issues.

The Honorable Magistrate Judge Donald L. Cabell denied Mann's Motion on the main issue of rescheduling the trial date, but allowed him not to attend the pre-trial conference.

Mann began to prepare for the March 17, 2025, trial as best he could.

On March 7, 2025, Mann filed the "DEFENDANT'S PRETRIAL MEMORANDUM" and PROPOSED EXHIBITS.

He resolved the issue of traveling to Boston (in his son's car), was in the process of resolving the issue of living in Boston, and resolving the issue of an interpreter.

Mann states with full responsibility that the filing of both Motions to Adjourn the Trial Due to Illness is in no way related to the filing of the "MOTION TO RESCHEDULE TRIAL DATE", on February 27, 2025.

The only thing that can be said in this case is that the stress experienced in connection with the scheduled court hearings and preparation for them may have provoked the acute phase of the illness.

But be that as it may, objective medical examinations, first conducted in the hospital and then by the attending physician, indicate with absolute certainty that in the days immediately preceding the court hearing, as well as on the day of the hearing itself, March 17, 2025, Mann was completely incapacitated.

I declare under the penalties of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 23, 2025                             _____
                                                  Andrei Mann

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, March 23, 2025, the AFFIDAVIT OF DEFENDANT ANDREI MANN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLERK'S RECORD OF DEFAULT PURSUANT TO MASS. R. CIV. P. 55(c) was served on the parties as follows:

Kenneth C. Pickering,

BBO #634121

Pickering Legal LLC
100 Grove Street
Worcester, MA 01605

Phone: (508) 498-3880

kpickering@pickering-legal.com

Date: March 23, 2025 _____ ANDREI MANN