# EXHIBIT 1

Patient:
Andrei Mann, 12.21.1957

Diagnosis: _Cholelithiasis (gallbladder stones)_

Predicted risk:
A gallbladder attack that has occurred can cause severe complications such as acute cholecystitis, bile duct blockage (choledocholithiasis), jaundice, cholangitis, and acute pancreatitis. There may also be gangrene and rupture of the gallbladder.
These complications can be life-threatening and difficult to treat.
The acute period of cholecystitis can last from 5-10 days to a month.

Doctor's prescription:
Emergency surgery

Recovery prognosis:
After surgery, rehabilitation time will be required, approximately: _3-4 weeks_

03.15.2025

ALEXANDER MERSON, M.D.
2379 65th STREET
BROOKLYN, NY 11204
(718) 375-0392

## ABSENCE FROM WORK

Please excuse _Mann, Q_ from work.

Dates of illness   From _3.13.25_ To _3.31.25_

May return to work on: _4.1.25_

Restrictions ○   Light Work ○   Normal Work ⊘

Comments: _Chelsei Thrower's stp_
_hospitalization_
_Cornelu surgery ASAP_

Practitioner Signature: _[signature]_

Alexander Merson
2379 65th street
Brooklyn, NY 11204
Tel: 718-375-0392
Fax: 718-375-4324

ALEXANDER MERSON, M.D.
2379 65th STREET
BROOKLYN, NY 11204
(718) 375-0392

# EXHIBIT 2

**От:** Noreen Russo <Noreen_Russo@mad.uscourts.gov>
**Отправлено:** 14 марта 2025 г. 15:36
**Кому:** Mann Andrei <andreimann@hotmail.com>
**Копия:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** RE: Dmitriev et al v. Mann et al (zoom invite for 3/14/25 at 2:15 PM)

Mr. Mann,

Judge Cabell denied your motion as it contained no information about diagnosis or prognosis. Will you be appearing on Monday at 9:30 AM in Boston for the bench trial?

| | | |
|---|---|---|
| 3/13/2025 | view183 | MOTION for adjournment of the hearing due to illness by Andrei Mann. (NMC) (Additional attachment( on 3/13/2025: # 1 Exhibit 1) (NMC). (Entered: 03/13/2025) |
| 3/13/2025 | view184 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered denying 183 MOTION for adjournmen hearing due to illness. In the absence of more information concerning the defendant's diagnosis and pr the motion is denied. (NR) (Entered: 03/13/2025) |

Please respond as soon as possible.

Best,



Noreen A. Russo, Esq.
Courtroom Clerk to the Hon. Donald L. Cabell, U.S.M.J.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
☎ 617-748-9233

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 14 марта 2025 г. 16:28
**Кому:** Noreen Russo <Noreen_Russo@mad.uscourts.gov>
**Копия:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** RE: Dmitriev et al v. Mann et al (zoom invite for 3/14/25 at 2:15 PM)

Dear Ms. Russo,

Thank you for this letter and information.

1

Tomorrow, during the next appointment, I will discuss the information I received from you with the doctor, including the fact that, as I understand it, in the Certificate of Exemption from Work - "Absence from Work" "no information about diagnosis or prognosis".
I think that this can be fixed.

As for my participation in the court hearing on 03.17.25, today it is difficult for me to imagine how I will be able to do this with such a state of health associated with painkillers.
In addition, there are restrictions on movement.

In any case, I will also discuss this issue with the doctor and will answer you as soon as possible. I realize how important this is, and that it is in my interests.

Sincerely,
Andrei Mann

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 15 марта 2025 г. 15:34
**Кому:** Noreen Russo <Noreen_Russo@mad.uscourts.gov>
**Копия:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** RE: Dmitriev et al v. Mann et al (zoom invite for 3/14/25 at 2:15 PM)

Dear Ms. Russo,

Unfortunately, I will most certainly not be able to attend the March 17, 2025 court hearing due to health reasons.

I also inform that I have sent you by e-mail and to the court by USPS mail the "Renewed Motion for Adjournment of the Hearing Due to Illness", to which are attached the updated medical report, taking into account the Court's recommendations.

Understanding the urgency and importance of this matter, I request that you please forward this information regarding my inability to attend the court hearing due to illness to the Honorable Judge Donald L. Cabell as soon as possible.

Thank you in advance.

Sincerely,
Andrei Mann

2

---

From: Mann Andrei <andreimann@hotmail.com>
Sent: Saturday, March 15, 2025 4:34 PM
To: Noreen Russo <Noreen_Russo@mad.uscourts.gov>
Cc: Kenneth Pickering <kpickering@pickering-legal.com>
Subject: Case 1:21-cv-40068-DLC Dmitriev et al v. Mann: Renewed Motion for Adjournment of the Hearing Due to Illness

Dear Ms. Russo,

Attached to this letter is a copy of the "Renewed Motion for Adjournment of the Hearing Due to Illness".

Understanding the urgency and importance of this matter, I request that you please forward this "Renewed Motion for Adjournment of the Hearing Due to Illness" to the Honorable Judge Donald L. Cabell as soon as possible.

The original "Renewed Motion for Adjournment of the Hearing Due to Illness" was sent to court by USPS mail today and should be received by the court next week.

Thank you in advance.

Sincerely,
Andrei Mann

---

От: Noreen Russo <Noreen_Russo@mad.uscourts.gov>
Отправлено: 17 марта 2025 г. 8:42
Кому: Mann Andrei <andreimann@hotmail.com>
Копия: Kenneth Pickering <kpickering@pickering-legal.com>
Тема: RE: Case 1:21-cv-40068-DLC Dmitriev et al v. Mann: Renewed Motion for Adjournment of the Hearing Due to Illness

Mr. Mann,
I left you a message but Judge Cabell would like you to call into the courtroom at 617-748-9227.



**Noreen A. Russo, Esq.**
Courtroom Clerk to the Hon. Donald L. Cabell, U.S.M.J.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
☎ 617-748-9233

---

**From:** Mann Andrei <andreimann@hotmail.com>
**Sent:** Monday, March 17, 2025 10:19 AM
**To:** Noreen Russo <Noreen_Russo@mad.uscourts.gov>
**Cc:** Kenneth Pickering <kpickering@pickering-legal.com>
**Subject:** RE: Case 1:21-cv-40068-DLC Dmitriev et al v. Mann: Renewed Motion for Adjournment of the Hearing Due to Illness

Dear Ms. Russo,

Thank you for your letter. Of course, I will definitely call.
Can I do this this afternoon since I am busy with medical procedures right now?

Sincerely,
Andrei Mann

---

**От:** Noreen Russo <Noreen_Russo@mad.uscourts.gov>
**Отправлено:** 17 марта 2025 г. 9:24
**Кому:** Mann Andrei <andreimann@hotmail.com>
**Копия:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** RE: Case 1:21-cv-40068-DLC Dmitriev et al v. Mann: Renewed Motion for Adjournment of the Hearing Due to Illness

Mr. Mann.

We are in fact now conducting judicial proceedings in the case. Judge Cabell did not grant your motion.

4



**Noreen A. Russo, Esq.**
Courtroom Clerk to the Hon. Donald L. Cabell, U.S.M.J.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
☎ 617-748-9233

---

**От:** Mann Andrei <andreimann@hotmail.com>
**Отправлено:** 17 марта 2025 г. 10:50
**Кому:** Noreen Russo <Noreen_Russo@mad.uscourts.gov>
**Копия:** Kenneth Pickering <kpickering@pickering-legal.com>
**Тема:** RE: Case 1:21-cv-40068-DLC Dmitriev et al v. Mann: Renewed Motion for Adjournment of the Hearing Due to Illness

Dear Ms. Russo,

Excuse me, but I obviously misunderstood you.

As you wrote, the Honorable Judge Donald L. Cabell "did not grant your motion".

With all due respect to the court and personally to the Honorable Judge Donald L. Cabell, with all my desire to defend myself during the hearing, I cannot in any way participate in it today: answer questions, ask questions, or analyze what is happening normally. My current inability to work follows from the medical documents presented.

I am not happy about my illness, the fact that at the moment all my thoughts and actions are connected with it.

Once again, I apologize to the Honorable Judge Donald L. Cabell, the plaintiffs for the inconvenience I unwittingly caused.

Sincerely,

Andrei Mann

5