UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER DMITRIEV, YUSOP OSMANOV,
YURI RYAZANOV and OLEG
SEMENETS,
    Plaintiffs,

v.

ANDREI MANN,
    Defendant.

Civil Action No. 1:21-CV-40068-DLC

**PLAINTIFFS' MOTION TO FILE SUR-REPLY AND COMPEL
PRODUCTION OF RECORDS PROVIDED TO THE COURT IN CAMERA**

Pursuant to Local Rule 7.1(b)(3), plaintiffs hereby request leave of court to file a sur-reply and motion to compel the production of medical records provided to the court in camera.

Plaintiffs request leave to file a sur-reply because the defendant filed new evidence for the first time – under seal – that has not been provided to plaintiffs' counsel. The defendant provided plaintiffs' counsel with a copy of his 3-page reply brief, but has not provided counsel with any of the medical documentation supporting his claim that he was unable to participate at trial due to urgent medical circumstances.

WHEREFORE, plaintiffs request leave of court to file the attached sur-reply and motion to compel the production of medical records provided to the court in camera.

Respectfully submitted,

PETR DMITRIEV, YUSUP OSMANOV, YURI RYAZANOV and OLEG SEMENETS,

By their attorney,

_____
Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
Phone: (508) 498-3880
*kpickering@pickering-legal.com*

Dated: May 9, 2025

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Kenneth C. Pickering, counsel for the plaintiffs, hereby certify that I conferred with the defendant, Andrei Mann, concerning the filing of this request to file a sur-reply and motion to compel the production of records provided to the court in camera in a good faith effort to narrow the issues. The parties were unable to reach agreement.

_____
Kenneth C. Pickering

Dated: May 9, 2025

CERTIFICATE OF SERVICE

    I, Kenneth C. Pickering, hereby certify that this day I served the foregoing document, via email, on the defendant, Andrei Mann, 8855 Bay Parkway, Brooklyn, New York 11217, *andreimann@hotmail.com*.

Dated: May 9, 2025                                      Kenneth C. Pickering